IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VISTEON CORP., et al.,[1] | ) | Case No. 09-11786 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Hearing Date: August 13, 2009 at 3:00 p.m. |
| | ) | Objection Deadline: August 6, 2009 at 4:00 p.m. |

## NOTICE OF APPLICATION FOR ORDER UNDER 11 U.S.C. §§ 327(a) AND 328 (a) AUTHORIZING THE EMPLOYMENT OF CHANIN CAPITAL PARTNERS AS INVESTMENT BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS NUNC PRO TUNC TO JUNE 10, 2009

PLEASE TAKE NOTICE that on July 23, 2009, the Official Committee of Unsecured Creditors filed its **Application for Order Under 11 U.S.C. §§ 327(a) and 328(a) Authorizing Employment of Chanin Capital Partners as Investment Banker for the Official Committee of Unsecured Creditors Nunc Pro Tunc to June 10, 2009** (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that responses, if any, to the Application must be in writing, in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Delaware, filed with the Bankruptcy Court and served upon, so as to be received by, the undersigned proposed counsel on or before **August 6, 2009 at 4:00 p.m. (prevailing Eastern Time)**. Only properly and timely filed responses will be considered.

PLEASE TAKE FURTHER NOTICE that this Application is scheduled to be heard by the Court on **August 13, 2009 at 3:00 p.m. (prevailing Eastern Time)** before The Honorable

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Visteon Corporation (9512); ARS, Inc. (3590); Fairlane Holdings, Inc. (8091); GCM/Visteon Automotive Leasing Systems, LLC (4060); GCM/Visteon Automotive Systems, LLC (7103); Halla Climate Systems Alabama Corp. (9188); Infinitive Speech Systems Corp. (7099); MIG-Visteon Automotive Systems, LLC (5828); SunGlas, LLC (0711); The Visteon Fund (6029); Tyler Road Investments, LLC (9284); VC Aviation Services, LLC (2712); VC Regional Assembly & Manufacturing, LLC (3058); Visteon AC Holdings Corp. (9371); Visteon Asia Holdings, Inc. (0050); Visteon Automotive Holdings, LLC (8898); Visteon Caribbean, Inc. (7397); Visteon Climate Control Systems Limited (1946); Visteon Domestic Holdings, LLC (5664); Visteon Electronics Corporation (9060); Visteon European Holdings Corporation (5152); Visteon Financial Corporation (9834); Visteon Global Technologies, Inc. (9322); Visteon Global Treasury, Inc. (5591); Visteon Holdings, LLC (8897); Visteon International Business Development, Inc. (1875); Visteon International Holdings, Inc. (4928); Visteon LA Holdings Corp. (9369); Visteon Remanufacturing Incorporated (3237); Visteon Systems, LLC (1903); Visteon Technologies, LLC (5291). The location of the Debtors' corporate headquarters and the service address for all the Debtors is: One Village Center Drive, Van Buren Township, Michigan 48111.

{00316770;v1}

Christopher S. Sontchi, Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: July 23, 2009
      Wilmington, Delaware

ASHBY & GEDDES, P.A.

/s/ William P. Bowden

William P. Bowden (No. 2553)
Gregory A. Taylor (No. 4008)
Stacy L. Newman (No. 5044)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: 302-654-1888
Facsimile: 302-654-2067

-and-

**BROWN RUDNICK LLP**
Robert Stark *(Admitted Pro Hac Vice)*
7 Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

and

Howard Siegel *(Admitted Pro Hac Vice)*
City Place 1
185 Asylum Street
Hartford, CT 06103
Telephone: 860-509-5600
Facsimile: 860-509-5601

*Proposed Co-Counsel to Official Committee of Unsecured Creditors*