# Exhibit A

## (Williams Affidavit)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| VISTEON CORPORATION., et al.,[2] | ) Case No. 09-11786 (CSS) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Hearing Date: August 13, 2009 at 3:00 p.m. (ET)** |
| | ) **Objection Deadline: August 6, 2009 at 4:00 p.m. (ET)** |
| | ) |

**DECLARATION OF BRENT C. WILLIAMS IN SUPPORT OF
APPLICATION FOR ORDER UNDER 11 U.S.C. §§ 327(A) AND 328(A)
AUTHORIZING EMPLOYMENT OF CHANIN CAPITAL
PARTNERS AS INVESTMENT BANKER FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS NUNC PRO TUNC TO JUNE 10, 2009**

Brent C. Williams, under penalty of perjury, hereby declares as follows:

1.      I am a Managing Director at Chanin Capital Partners ("Chanin"), a professional

services firm engaged in the business of providing investment banking and related financial

advisory professional services, the corporate parent of which is Duff & Phelps, LLC ("D&P").  I

submit this affidavit on behalf of Chanin in support of the Application (the "Application") for

order authorizing employment of Chanin as investment banker for the Official Committee of

---

[2]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax
identification number, are: Visteon Corporation (9512); ARS, Inc. (3590); Fairlane Holdings, Inc. (8091);
GCM/Visteon Automotive Leasing Systems, LLC (4060); GCM/Visteon Automotive Systems, LLC
(7103); Halla Climate Systems Alabama Corp. (9188); Infinitive Speech Systems Corp. (7099); MIG-
Visteon Automotive Systems, LLC (5828); SunGlas, LLC (0711); The Visteon Fund (6029); Tyler Road
Investments, LLC (9284); VC Aviation Services, LLC (2712); VC Regional Assembly & Manufacturing,
LLC (3058); Visteon AC Holdings Corp. (9371); Visteon Asia Holdings, Inc. (0050); Visteon
Automotive Holdings, LLC (8898); Visteon Caribbean, Inc. (7397); Visteon Climate Control Systems
Limited (1946); Visteon Domestic Holdings, LLC (5664); Visteon Electronics Corporation (9060);
Visteon European Holdings Corporation (5152); Visteon Financial Corporation (9834); Visteon Global
Technologies, Inc. (9322); Visteon Global Treasury, Inc. (5591); Visteon Holdings, LLC (8897); Visteon
International Business Development, Inc. (1875); Visteon International Holdings, Inc. (4928); Visteon
LA Holdings Corp. (9369); Visteon Remanufacturing Incorporated (3237); Visteon Systems, LLC
(1903); Visteon Technologies, LLC (5291).  The location of the Debtors' corporate headquarters and the
service address for all the Debtors is: One Village Center Drive, Van Buren Township, Michigan 48111.

Unsecured Creditors (the "Committee") of Visteon Corporation ("Visteon") and certain of its affiliated debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") nunc pro tunc to June 10, 2009, pursuant to Bankruptcy Code Sections 327(a), 328(a) and 1103, and Bankruptcy Rules 2014(a) and Local Rule 2014-1. I have personal knowledge of the matters set forth herein, and if called as a witness, would testify competently thereto.

## QUALIFICATIONS OF PROFESSIONALS

2.      The Committee has selected Chanin as its investment banker. The firm has diverse experience and extensive knowledge in corporate restructurings and business reorganizations.

3.      Chanin is well qualified and uniquely able to provide investment banking services to it in these cases in an efficient manner. Moreover, Chanin has advised debtors and creditors committees in numerous restructuring transactions, including some of the largest and most complicated cases. Some of Chanin's more prominent recent creditor committee representations were in the following Chapter 11 cases:

> Allied Holdings
> Birch Telecom, Inc.
> Citation Corporation
> Cable & Wireless USA, Inc.
> Collins & Aikman Corporation
> Dura Automotive Systems, Inc.
> Global Crossing
> Global Power Equipment Group, Inc.
> Motor Coach International Inc.
> O'Sullivan Industries
> Scotia Development LLC
> Washington Group International

4.      Chanin has considerable experience with collecting and analyzing financial and other information to committees and other parties in numerous Chapter 11 cases. As such, Chanin is qualified to perform the work required in these cases.

## SERVICES TO BE RENDERED

5.      Chanin anticipates that it may render the following services, among others, in these cases:

i.   Analyze and evaluate the liquidity position and financial condition of the Debtors;

ii.  Review, analyze and monitor DIP financing and other financing alternatives;

iii. Review and analyze the Debtors' operations and businesses and financial projections, including but not limited to, financial condition, business plan, strategy, operating forecasts, cash flow projections, and budgets;

iv.  Determine a theoretical range of values for the Debtors on a going concern basis as well as any securities to be issued or distributed in connection with the Chapter 11 cases, including without limitation any securities to be distributed under a plan of reorganization;

v.   Analyze proposed sales of assets of the Debtors, the terms thereof and options and issues relating thereto, including strategic alternatives available to the Debtors;

vi.  Assist the Committee in any plan of reorganization negotiations;

vii. Provide testimony, including without limitation expert testimony, as necessary, in any proceeding before the Court; and

viii. Provide the Committee with other appropriate general restructuring advice.

6.      The Committee has also filed an application for authority to retain FTI Consulting, Inc. ("FTI") to provide financial advisory services to the Committee. The financial advisory services that FTI is to provide to the Committee are separate and distinct from the investment banking services that Chanin will be providing to the Committee. In order to ensure that there is no unnecessary duplication of services by either firm during the pendency of these chapter 11 cases, Chanin and FTI will coordinate the services they are providing to the Committee. Chanin and FTI have identified areas of focus designed to prevent overlapping in services provided to the Committee.

7.      Subject to this Court's approval of the Application, Chanin is willing to serve as

the Committee's investment banker and to perform the services described above.

## DISINTERESTEDNESS OF PROFESSIONALS

8. Based upon the information supplied by Committee counsel, Chanin conducted an extensive review (the "Conflict Check") of Chanin's and D&P's databases ("Connections Databases") to ascertain whether Chanin had any "connection" (as such term is used in Bankruptcy Rule 2014(a)) with the Debtors, their creditors, any other party in interest herein or their respective attorneys or accountants, to the extent any such entities were known at such time (the "Case Parties").

9. Attached hereto as Schedule 1 is a list of Case Parties that were checked against the Connections Databases, and then manually reviewed to identify any matters on which work was performed in the last three years.

10. In addition, the Case Parties list was emailed or otherwise circulated to all Chanin professionals for further review, for the purpose of identifying connections.

11. A copy of the results of Chanin's Conflict Check is annexed hereto as Schedule 2.

12. Based on the Conflict Check described above, Chanin does not represent any other entity having an adverse interest in connection with these cases, and does not represent or hold an interest adverse to the interests of the estates with respect to the matter on which Chanin will be employed, in accordance with Bankruptcy Code Sections 328(c) and 1103(b).

13. To the best of my knowledge and except as set forth on Schedule 2 attached hereto and as described below in paragraph 17, (a) Chanin has no connections with the Debtors, their creditors, and any other party-in-interest, or their respective attorneys and accountants; and (b) the Chanin professionals working on this matter are not relatives of the United States Trustee of the District of Delaware or of any known employee in the office thereof, or any United States

Bankruptcy Judge of the District of Delaware.

14.    Chanin has been involved in a number of unrelated cases with various professionals involved in these cases, both in adverse and non-adverse roles.

15.    Moreover, Chanin has a well-known reorganization and restructuring practice, which encompasses the representation of many investors, financial institutions and other persons or entities, some of which may become creditors or parties in interest including, without limitation, potential acquirers of the Debtors' assets in these Chapter 11 cases. Furthermore, as part of its practice, Chanin appears in cases, proceedings, and transactions involving numerous attorneys, accountants, investment bankers and financial advisors, some of which may represent the Debtors, their creditors, or parties in interest, or themselves be creditors or parties in interest in these Chapter 11 cases. Chanin has not and will not represent any of these creditors, investors, potential acquirers, parties in interest, attorneys, accountants, financial advisors, or any other entity in connection with these Chapter 11 cases.

16.    Chanin has represented, currently represents, and may represent in the future the entities as described in Schedule 2 as clients (or their affiliates), in matters unrelated to the Debtors. Also, Chanin represents, in unrelated matters, numerous entities, including entities listed on Schedule 2 that buy and sell distressed debt of Chapter 11 debtors. Because distressed bank and note debt is actively traded in the commercial markets, Chanin may be unaware of the actual holder of such debt at any given moment.

17.    Contained in Schedule 2 is a list of entities having current or recent relationships with D&P (in unrelated matters), with which Chanin has established an ethical wall in these cases (i.e. no sharing of information, personnel and facilities).

18.    During 2007, D&P delivered a capital surplus opinion to the Board of Directors of

Visteon in connection with a common stock repurchase program, which was never consummated.

19.     Anjan Chatterjee, a Senior Automotive Industry Advisor to Chanin was employed by Visteon from August 2003 to September 2004, and during which time served as Acting CFO and Senior VP of Business Development & Corporate Strategy.  In addition, Mr. Chatterjee was a Member of Visteon's Strategy Council.

20.     Chanin will file an appropriate supplemental disclosure(s) with the Court to the extent that additional information concerning connections is discovered.

21.     Notwithstanding the above, I believe Chanin is a disinterested person, and does not hold or represent an interest adverse to the Debtors' estates with respect to the matters for which Chanin is being employed, as required by Bankruptcy Code Section 328(c).

## PROFESSIONAL COMPENSATION

22.     In accordance with Bankruptcy Code Section 504, I hereby state that there is no agreement or understanding between Chanin and any other entity for the sharing of compensation received or to be received for services rendered in connection with these cases. These cases are likely to raise complex issues and the Committee will require investment bankers with extensive experience in insolvency and bankruptcy cases.

23.     Chanin intends to apply to the Court for the reimbursement of expenses incurred in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules.  Chanin has agreed to accept as compensation such sums as may be allowed by the Court.  Chanin understands that interim awards are subject to final approval by this Court.

24.     A flat monthly rate of $175,000 per month for the first two months, and $150,000 per month thereafter to be charged to the Committee by Chanin, along with a cash transaction fee

in the amount of $1,500,000, is in the range of compensation as compared to other professional services firms providing similar investment banking and related financial advisory services. It is Chanin's policy to charge its clients in all areas of practice for all other expenses incurred in connection with each client's engagement. The expenses charged to clients include, but are not limited to, reasonable travel expenses, computer and research charges, messenger services, and long distance telephone calls incurred by Chanin in connection with the services to be provided to the Committee. Chanin will charge for these expenses in a manner and at rates consistent with charges made generally to Chanin's bankruptcy and non-bankruptcy clients in a manner consistent with the Local Rules.

25.     Chanin's restructuring professionals will keep time records detailing and describing their daily activities, the identity of persons who performed such tasks and the amount of time expended on a daily basis. Chanin will record its time in increments of 1/2 of one hour. It is hereby requested that Chanin be authorized to file its fee applications in accordance with the streamlined time recording format outlined above.

25.     Based upon the foregoing, I respectfully submit that the requirements for the Committee's retention of Chanin have been met.

I have read the Application, and to the best of my knowledge, information and belief, the contents of said Application are true and correct.

Executed on July 22, 2009

_____
Brent C. Williams
Managing Director

SWORN TO AND SUBSCRIBED before me, a notary public on this 22 day of

July , 2009.

_____
Notary Public

Sylvia Leung 31-4785816
Notary Public, State of New York
Qualified in New York County
Commission Expires May 31, 2011

**Schedule 1**

## EXHIBIT 1(a)

## CONSOLIDATED LIST OF CREDITORS HOLDING THE 50 LARGEST UNSECURED CLAIMS

Bank Of New York Trust Co. NA,
The Pension Benefit Guarantee Corporation
Jabil Circuit Inc.
EPC Columbia Inc.
IBM Corp.
Freescale Semiconductor
QAD Inc.
Ogura Corp.
Hollingsworth Logistics Management
Brown Corp. of America
AT&T
Nissan Trading Corp.
USA MSX International / Peoplenet
Panasonic Corp.
Siemens Information & Communication
Unigraphics Solutions Fraen Corp.
Leon Plastics Inc.
K&S Wiring
Konan Tokushu Sangyo
Ultra Manufacturing Ltd.
Ciber Inc.
Kenwood Electronics Latin America
Casco Products Corp.

New Technologies Inc.
Kantus Corp.
Shotic America Corp.
Reko Tool & Mould
NXP Semiconductors USA Inc.
Sensus Precision Die. Casting Inc.
Ford Werke GMBH
Verizon Wireless
Key Plastics Inoac De Mexico
Information Builders Inc.
Satyam Computer Services Ltd.
Nexgen Consulting Inc.
Software Solutions Unlimited Inc.
Hill Machinery Co.
Exel Inc.
Phillips Automotive Lighting
Janesville Acoustics
Summit Polymers Inc.
Ansys Inc.
Texas Instruments Inc.
Boston Acoustics
Niles USA Inc.
Sunningdale Precision Industries
Gul Technologies Singapore Ltd.

EXHIBIT 1(b)

## COUNTERPARTIES TO EXECUTORY CONTRACTS AND LEASES

ChangAn Ford
Chicago Manufacturing
Campus LLC
Cornerstone Alliance
Farias Development Ltd.
Ford Motor (China) Ltd.
Ford Motor Co.
F-Star Development LP
Holmes County Economic Development Authority (MS)
1-79 Storage Inc.
International Business Machines Corp.
Jabil Circuit Inc.
JCIM LLC
Jiangxi Nanchang Xiao Lan Economic Development Zone Investment Development Co. Ltd.
Marketing Associates
Morris Road Investors LP
National Logistics Management Inc.
Nissan North American Inc.
NL Ventures V Carlisle LP
Oakland Park LLC
Pine Harbour Investment Co. LLC
ProLogis North American Properties Fund
Redico Holdings LLC
Shanghai Modern Logistics Investment Development Co. Ltd.
Shanghai Shangtou Investment Management Co. Ltd.
Shorter, Town of (AL)
Sonwil Distribution Center Inc.
VECP LLC
Verizon Business Network Services Inc.
Visteon Climate Control (Nanchang) Co. Ltd.
Walbridge Group Inc., The
Yanfeng Visteon Automotive Electronics Company Ltd.
Yanfeng Visteon Automotive Tooling Co. Ltd.
Yanfeng Visteon Automotive Trim Systems Co. Ltd.
Yanfeng Visteon Jinqiao Automotive Trim Systems Co. Ltd.

EXHIBIT 1(c)

## CURRENT AND RECENT FORMER DIRECTORS & OFFICERS

Aguerrevere, Juan Jose
Allen, Michael
Anderson, Lauren
Andre, Remi
Aprilliano, Rob
Arita, Ted
Assis, Roberval
Attenberger, David
Baek, Man-Ki
Banerjee, S.K.
Banks, Alan A.
Bauer, Patrick
Bayart, Christian
Biddle, Kevin
Bilolikar, Sunil
Bird, Stuart Lawrence
Bolzenius, Beda
Boulet, Pierre
Boyd, Stuart
Caillet, Sylvain
Campbell, Michael
Cardinal, Jay
Casey, Brian P.
Chandramoule, Gopal
Changfa, Lai
Chen, Charles
Cheng-Tai, Ting
Chmielewski, Stefan V.
Choi, Kwon Tae
Choi, Y.S.
Cikova, Andrea
Cole, Matthew
Contador Filho, Jose Helio
Coque, Joel
Cornet, Marc
Coyne, Jennifer
Cua, Wilma M. Valdemoro
Dai, Qiyu Daisy
D'Amico, Horacio
Davies, David Huw
de Campos Pagotto, Claudio
de Sousa Ribeiro, Jose Paulo
de Souza e Silva, Celso
Dealtry, Andrew
DeMiro, Nick
Devanathan, Varadan
Dill, Andre J.
Dong, Cui

Dongjun, Zhang
Dongkai, Ma
Donhue, Nicholas
Donofrio, John
Doria, Alfeu
Drury, Leonard Thomas Charles
Dube, Sanjay
Egyud, Miklos
Embley, Charles
Esch, Schane
Esperon, Raul
Evans, Richard J.
Fadong, Zhou
Fangmin, Yan
Faraj, Albert
Feng, Sun
Fengyi, Hu
Field, Jason Frederick
Fiori, Giovanni John
Fream, Julie A.
Fulier, Rastislav
Gang, Yan
Gawne, Steve P.
Gazso, Maria Carolina Oliveira
Gill, Andrew Steven
Gist, Andre
Goetz, Richard G.
Gohl, Terrence G.
Goode, Kimberley Crews
Gray, William H., III
Greenway, Joy
Greff, Roland
Guoqing, You
Gupta, Amit
Gutierrez, Roy
Hammonds, Sutton
Hamp, Steven K.
Harbaugh, Don
Harbaugh, Mel
Heald, Greg
Heinrich, Andreas
Hernandez, Elena Ubeda
Hertel, Christophe
Higgins, Patricia L.
Hinkle, Robert
Holland, Kate Alleyne
Honda, Shuichi
Hongfeng, Tu

Hoynacki, Steve
Imamura, Fred
Isaac, Oliver
Ishimoto, Haruhiko
Jain, Sharad
Jaubert, Jacques
Jianhua, Shen
Jianping, Zhu
Jin, An
Jingwen, Wen
Jixiang, Cai
Johnston, Michael F.
Judt, Achim
Jun, Lu
Jun, Xu
Jung, Won Bae
Kanda, Tsumoru
Kang, Cheol Hoon
Kariko, Zsolt
Kazanowski, Lawrence M.
Kazuaki, Chiba
Kim, Ki Won
Kim, Kwang Ik
Kim, Man Huey
Kim, Sung Soo
Kittipeerachol, Sakul
Kohno, Hiroki
Koo, P.G.
Koshino, Michito
Koursova, Larissa
Kraemer, Peter
Krapek, Karl J.
Kraus, Todd
Krishnaswamy, J.
Kuecuekkaya, Nurdal
Lee, Chang Hyong
Lee, Jong Sook
Lee, Rae Jin
Lefebvre, William
Lewis, Michael P.
Lidai, Ma
Ligeti, Laszlo
Lillie, Bertha
Linan Mandl, Alex J.
Linder, Daniel Alan
Lipio, Eliseo, Jr.
Lishan, Zeng
Lloyd, Peter
Lombisano, Alejandro Daniel
Luna, Rina J.
Luo, Jason
Macias, Daniel

Marianos, Stephanie
Massiani, Olga
McGraw, Timothy
McLean, Julie
Mead, John
Meszaros, Steve
Militello, Jim
Milward, Marc
Minggang, Luo
Mingkang, He
Mingzheng, Miao
Minor, Glenda
Mitchell, Eric
Mohgaonkar, Hemant
Moure, Carlos Gabriel
Mukhopadhyay, Amitabha
Murray, Joe
Nagaoka, Takahiro
Nagasubramony, R.
Nagelmaker, Andre
Napoleao da Silva, Jomar
Nassde McGrath, Eimir
Nation, Tom
Neumaier, Karl K.
Newland, R.
Oh, S.W.
Onodera, Hidetoshi
Paborsky, David M.
Paik, Man Gi
Pallash, Robert
Park, Joon Taek
Park, Yong Hwan
Park, Yongseok
Parke, Alastair
Parra, Francisco Paz
Perez, Jose Lara
Perrin, Edgardo
Peterson, Clifford R.
Pontalti, Edison Tadeu
Pretzel, Jennifer
Pyle, Robert D.
Qiang, Xu
Qihua, Zhao
Qiyu, Dai
Quigley, William G., III
Quilty, Barbara Anti
Ramis, Alexandra Molina Martel
Robertson, Bill
Rocha, Fernando
Roden, D.M.
Rodriquez, Raul
Roesner, Thomas

| | |
|---|---|
| Ruihua, Wang | Trollope, Nicolas G. |
| Ruilong, Ke | Tsuchida, Nabunao |
| Sachs, Eric D. | Vaidyanathan, Murali |
| Salomon, Remi | Valkanoff, David A. |
| Sanders, Randy | Vanhoof, Paul |
| Schaffer, Charles L. | Varty, John |
| Scott, Ian | Viswanathan, Vish |
| Sepanik, Dan | Waddington, Margaret |
| Sepanik, Daniel J. | Weiming, Chen |
| Sepanik, Heidi A. | White, Karin |
| Sereno, Liliana | Whitlock, Lou G. |
| Sharnas, Michael K. | Widgren, Michael J. |
| Shin, Young Ju | Won, Sug Dong |
| Shiomoto, Kozo | Woodrow, Kenneth B. |
| Sinha, Sunil | Wu, C.C. |
| Smith, Dave | Wu, Celia |
| Sriram, G. | Xia, Yang |
| Stauffer, Carolyn | Xiang, Dong Jun |
| Stebbins, Donald J. | Xinbo, Wu |
| Stephenson, Dorothy L. | Xingbo, Zhang |
| Stevenson, Jeffrey D. | Xue, Brian |
| Swaminathan, Balasubramani | Yales, Mark |
| Swanston, Robert Ian | Yang, Shu |
| Szcaerba, Jean-Michel | Yangjie, Ou |
| Szulewicz, Marc | Yiping, Yang |
| Tim, Heon Kyung | Yong, Cai |
| Taggart, Richard J. | Yong, Gu |
| Tait, Brian J. | Yonggui, Han |
| Tanaka, Kazuhiko | Yoon, Kookjin |
| Tandon, Aj ay | Yun, Sunghee |
| Tao, Lu | Zanardo, Carl |
| Tashiro, Toshiaki | Zardis, John |
| Thompson, E. John | Zha, Jian Ping Peter |
| Thornton, James D. | Zhengang, Ma |
| Tokushigi, Masaaki | Zhengmin, Miao |
| Tommasi Filho, Ricardo | Zhengshen, Wang |
| Trokey, Jill T. | Ziparo, Peter M. |

**EXHIBIT 1(d)**

**CURRENT AND RECENT FORMER ENTITIES AFFILIATED WITH THE DEBTORS**

Aeropuerto Sistemas Automotrices S de RL de CV
Aerospace Communicaciones de Venezuela CA
Altec Electronica Chihuahua SA de CV ARS Inc.
Atlantic Automotive Components LLC
Automotive Products Ltd.
AutoNeural Systems LLC
Autovidrio SA de CV
Brasil Holdings Ltd.
Cadiz Electronica SA
Carplastic SA de CV
Changchun FAW Xugang Electronics Co. Ltd.
Chongqing Changan Visteon Engine Control Systems Co. Ltd.
Chongqing Xugang Electronics Co. Ltd. Climate Global LLC
Climate Systems India Ltd.
Climate Systems Mexicana SA de CV
Coclisa SA de CV
Dongfeng Visteon (Shiyan) Automotive Trim Systems Co. Ltd.
Dongfeng Visteon Automotive Trim Systems Co. Ltd.
Duck Yang Industry Co. Ltd.
Fairlane Holdings Inc.
FAWER Visteon Climate Control System (Changchun) Co. Ltd.
GCM/Visteon Automotive Leasing Systems LLC
GCM/Visteon Automotive Systems LLC Grupo Visteon S de RL de CV
Halla Climate Control (Dalian) Co. Ltd.
Halla Climate Control (Portugal) Ar Condicionado LDA
Halla Climate Control (Shanghai) Technology Co. Ltd.
Halla Climate Control (Thailand) Co. Ltd.
Halla Climate Control Canada Inc.
Halla Climate Control Corp.
Halla Climate Control Slovakia SRO
Halla Climate Systems Alabama Corp.
Infinitive Speech Systems Corp.
Infinitive Speech Systems UK Ltd.
Japan Climate Systems Corp.
Jiangsu Toppower Automotive Electronics Co. Ltd.

Jie Xi Si (Nanjing) Automotive Climate Control Co. Ltd.
MIG-Visteon Automotive Systems LLC
Oasis Holdings Statutory Trust
Reydel International NV
Reydel Ltd.
Reydel Nederland NV
R-Tek (UK)
Shanghai Yanfeng Johnson Controls Seating SunGlas LLC
TACO Visteon Engineering Private Ltd.
TATA Visteon Automotive Private Ltd.
Toledo Molding & Die Inc.
Tyler Road Investments LLC
VC Aviation Services LLC
VC Receivables Financing Corp.
VC Regional Assembly & Manufacturing LLC
Visteon (Thailand) Ltd.
Visteon AC Holdings Corp.
Visteon Adria d.o.o.
Visteon Amazonas Ltd.
Visteon Ardennes Industries SAS
Visteon Asia Holdings Inc.
Visteon Asia Pacific Inc.
Visteon Automotive Components Production Industry & Commerce AS
Visteon Automotive Holdings LLC
Visteon Automotive Systems India Private Ltd.
Visteon Brasil Trading Co. Ltd.
Visteon Canada Inc.
Visteon Caribbean Inc.
Visteon Climate Control (Beijing) Co. Ltd.
Visteon Climate Control (Chongqing) Co. Ltd.
Visteon Climate Control (Nanchang) Co.Ltd.
Visteon Climate Control Systems Ltd.
Visteon Climate Holdings (Hong Kong) Ltd.
Visteon Corp.
Visteon de Mexico S de RL
Visteon Deutschland GmbH
Visteon Domestic Holdings LLC
Visteon Electronics Corp.
Visteon Electronics Holdings (Hong Kong) Ltd.
Visteon Electronics Korea Ltd.
Visteon Engineering Services Ltd.
Visteon Engineering Services Pension Trustees Ltd.
Visteon European Holdings Corp.

Visteon Financial Corp.
Visteon Fund, The
Visteon Global Technologies Inc.
Visteon Global Treasury Inc.
Visteon Handels & Service GmbH
Visteon Holdings Espana SL
Visteon Holdings France SAS
Visteon Holdings GmbH
Visteon Holdings Italia SRL
Visteon Holdings LLC
Visteon Hungary Kft
Visteon Interior Systems Holdings France SAS
Visteon Interior Systems Italia SRL
Visteon Interiors Holdings (Hong Kong) Ltd.

Visteon Interiors Korea Ltd.
Visteon Interiors Slovakia SRO
Visteon International Business Development Inc.
Visteon International Holding Ltd. BVI
Visteon International Holdings (Hong Kong) Ltd.
Visteon International Holdings Inc.
Visteon International Trading Co. (Shanghai) Ltd.
Visteon Japan Ltd.
Visteon LA Holdings Corp.
Visteon Netherlands Finance BV
Visteon Netherlands Holdings BV

# EXHIBIT 1(e)

## GREATER THAN 1% EQUITYHOLDERS

Barclays Global Investors
Barclays PLC
Credit Suisse Corp.
DCM Partners LLC
Donald Smith & Co. Inc.
Frank Russell Trust Co.
Goldman Sachs Group
JP Morgan Chase & Co.
Knightsbridge Asset Management Ltd.
Northern Trust Corp.
Pardus Capital Management LP
Renaissance Technology
SAC Capital Advisors LLC
Schneider Capital Management
Shell Asset Management State Street Corp.
TIAA-CREF Investment

## EXHIBIT 1(f)

## INDENTURE TRUSTEES

Bank of New York Mellon Trust Co. N.A.
The Bank of New York Trust Co. N.A.
The Bank One Trust Co. N.A.
JP Morgan Trust Co. N.A.

## EXHIBIT 1(g)

## INSURERS

ACE USA
ACE USA Commercial Marine
AIG National Union
AIG Worldsource
Allied World Assurance Co. (US) Inc.
Aon Risk Services Central
Arch Bermuda
Arch US
Axis Financial Insurance Solutions
Chubb Federal Insurance
CNA Insurance
Firemans Fund
Generali
Glacier Reinsurance AG
Hartford -Twin City Fire Insurance
Hays Aviation
HCC-Houston Casualty
HDI-Gerling
Insurance Co. of the State of Pennsylvania
Lexington-AIG UK
Liberty Mutual Insurance Co.
Lloyds Global Excess Partners
Munich Re Great Lakes
Scor Reinsurance Co.
Society of Lloyds, The
Swiss Re International SE
US Specialty Insurance Co.
USAIG
XL Bermuda
XL US
Zurich American Insurance Co.

**EXHIBIT 1(h)**

**JOINT VENTURE PARTIES**

Beijing HaiNaChuan Automotive Components Stock Co. Ltd.
Beste Motor Co. Ltd.
Changan Automobile (Group) Co. Ltd.
Changchun FAW Xugang Electronics Co. Ltd.
Chongqing Changan Visteon Engine Control Systems Co. Ltd.
Chongqing Xugang Electronics Co. Ltd.
Climate Control (India) Private Ltd.
Climate Global LLC
Climate Systems India Ltd.
Dongfeng Electronic Technology Co. Ltd.
Dongfeng Visteon (Shiyan) Automotive Trim Systems Co. Ltd.
Dongfeng Visteon Automotive Trim Systems Company Ltd.
Duck Yang Industry Co. Ltd.
FAWER Automotive Parts LC
FAWER Visteon Climate Control System (Changchun) Co. Ltd.
Ford Motor Co.
Halla Climate Control (Shanghai) Technology Co. Ltd.
J. Reydel SA
Japan Climate Systems Corp.
Jiangling Motors Corp. Ltd.
Jiangsu Toppower Automotive Electronics Co. Ltd.
Jie Xi Si (Nanjing) Automotive Climate Control Co. Ltd.
Kasai Kogyo Co. Ltd.
Maruti Udyog Ltd.
Matsushita Electric Industrial Co. Ltd.
Mazda Motor Corp.
Reydel International NV

R-Tek Ltd.
Shanghai Bashi Industrial (Group) Co. Ltd
Shanghai Yanfeng Johnson Controls Seating Co. Ltd.
Sky Captain Developments Ltd.
Sky Faith Industries Ltd.
Sumitomo Corp.
TACO Visteon Engineering Private Ltd.
Tata AutoComp Systems Ltd.
TATA Visteon Automotive Private Ltd.
TV United Co. Ltd.
TYC Brother Industrial Co. Ltd.
Visteon Asia Pacific Inc.
Visteon Climate Control (Beijing) Co. Ltd.
Visteon Climate Control (Chongqing) Co. Ltd.
Visteon Climate Control (Nanchang) Co. Ltd.
Visteon Climate Holdings (Hong Kong) Ltd.
Visteon TYC Auto Lamps Co. Ltd.
Visteon TYC Corporation
Yanfeng Key Safety Systems Co. Ltd.
Yanfeng Plastic Omnium Automotive Exterior Systems Co. Ltd.
Yanfeng Visteon Automotive Electronics Co. Ltd.
Yanfeng Visteon Automotive Systems Co. Ltd.
Yanfeng Visteon Automotive Tooling Co. Ltd.
Yanfeng Visteon Automotive Trim Systems (Beijing) Co. Ltd.
Yanfeng Visteon Automotive Trim Systems (Chongqing) Co. Ltd.
Yanfeng Visteon Automotive Trim Systems Co. Ltd.
Zhejiang Shaohong Instrument Co. Ltd.
Zhejiang Shaoxing Betung Instruments Co. Ltd.

**EXHIBIT 1(i)**

## LITIGATION PARTIES

Aggressive Manufacturing Innovations
Airstream Inc.
Alexander, Rodney
Allen, Greg Allen, Patrick
Allums, James
Alsman, Cynthia
Amison, Isavelt
AVL North America Inc.
Bailey, Darlene
Bansek, Chad M.
Barnes, Sonny
Battenfield, Cecilia (Tina)
Becker, James
Bennett-Clark, Carol
Berg, Tim
Bickelhaupt, Charles D.
Blackhawk Automotive Plastics Inc.
Blacklock, Tim
Bogart, Kevin
Bolinger, William T.
Bortz, Danny
Boyles, Timothy
Brady, Stacy
Brandt, Ron
Burgess, Earl Thomas
Burkett, David
Byrd, Richard Evans, estate of
Caperton, Robert
Carbone Lorraine North America Corp.
Carter, Danny
Cassette, George
Cassette, Michael
Castillo, Raymundo
Castle, Jerry, Jr.
Centrum Equities XV LLC
Champion, Jeanette
Chinigo, Gary
Chipkewich, Anthony
Clayton, Lillian
Coffin, Randy
Combs, Claude
Condal-Byrd, Stefanie
Connor, Pam
Cook, Frederick Keith
Cook, Kennie, estate of
Dantzler, Rochelle
Davidson, Glen Barry
Davidson, Keith

Davis, James
Davis, Lacy K.
Dean Baughman Industrial Services Inc.
Denton, Marcia
DiFazio, Mauro
Dodson, Darwin
Domanski, Dennis
Dues, Michelle
Dura Automotive Systems Inc.
Elmotec Statomat Inc.
Elmotec Statomat Vertriebs
Ervin, Dennis
Evans, Rochelle
Ferguson, Tineno
Flanary, George, Jr.
Foamade
Ford Motor Co.
Ford, Damian, Sr.
Fort Wayne Foundry
Foster, Carl
Fox, Larry D.
Frasier, Katherine
Fujitsu Ten Corp. of America, as Plan Administrator
Gardner, Ann
Garey, Margaret
Gaskins, Daniel
Gatlin, Andra
Genworth Life & Health Insurance Co.
Glimps, Karen
Goldman, Robert
Goodwin, Thomas
Graham, Deborah
Greathouse, Mariedth
Griffin, Terry
Guffey, Frankie
Haley, Terry
Hancock, Cathy
Harmon, Brenda
Harper, Thaddeus O.
Harrell, Harold
Harris, Grant
Harris, Pearly
Hayes, Arnold
Hesco Parts
Holeman, Ronald
Holman, Ronald
Horowitz, Lynn

Horowitz, Marty
Horton, Linda
Hostetler, Thomas L.
Howard, Terry
Hungerford, Michael E.
Hunter-Ford, Latoya
Hutchinson FTS Inc.
Hutton, Darren
Ibarra, Claudia Mabel
Ibarra, Erik
Ibarra, Reynol T., estate of
Ibarra, Yazmin
ICU Security & Investigation Services Inc.
Indiana Department of Environmental Management
International Automotive Components
IUE
Jackson, Harold Wayne
Johnson Electric North America Inc.
Johnson, Kimber R.
Johnson, Maurice
Jost, Steve
Judge, Alan
Keller, George M.
King, Timothy
Kirkaldy, Pamela
Kirkland, Terry
Kraus, Ronald W.
Lance, Denise
Lance, Peggy
Laster, Wade
Lestelle, Gregory
Leung, Hiu
Ley, Glenn
Link, Ronald E.
Lisko, Joseph
Loar, Joe
Love, Lissa
LTD Parts Inc.
Malone, Clarence
Malong, Clarence J.
Mars, Yolanda
Marshall, Clifford
Marshall, Clifford, Jr.
Martin, Brenda
Mattingly, John
McCaw, Mike
McDonald, Carl J., Jr.
McGregory, Joseph
Meyer, David
Michigan Department of Environmental Quality
Middleton, Daryl

Miller, Sam
Milton, Arnee
Moran, Gerald H.
Morley, Paul C.
Mozingo, Helen Ann
Muegge, Frank
National Union Insurance Co.
Nycholas, Gregory
O'Daniels Craige
Parks, Nathan PBGC
Phan, Minh
Pierce, Darryl
Pierce, Sharon
Piston Automotive LLC
Playko, Leonard E.
Plaza Noreste
PLDS Germany GmbH
Poling, Donna
Prealow, Scottie
Pritchett, Robin
Puckett, Monica
Puerto Rico, Commonwealth of
Queen, Robert
Ray, Meredith Chadwick
Ray, Phillip
Reeder, Peggy
Reedy, Ronald
Remesch, Frank
Renier, Andre
Risner, Keith A.
Riviera, Denise
Riviera, Michael
Robinson, Kimberly
Robles, Isamel
Rogers, Dewey
Romain, Devon
Romero, Rodrigo
Roof, John
Roper, Rose
Rosenau, Tamara D.
Rybczynski, Virgil
Saad, Thomas
Sawyer, Diane
Schade, David A.
Schneider, John
Schwerdt, Stephen
Schwerer, Daniel J.
Scott, Tonoca
Scott, Tonocca
Seiter, William
Shilling, Everett
Simpson, Lynn

Sisian, Charles
Sook, Lori
Sparks, Angela
Stanley, Steven
Stewart, Junious Hoyt, estate of
Stratford, Benedetta
Sullivan, Martha
Sultini, Barbara
Summers, James
Tanna, Pankaj G.
Taylor, Mary
Thomas, Richard
Thomas, Teresa
Thompson, Douglas
Thorne, Stacy
Tillotson, Shawn
Toneguzzo, Paul
Tower Automotive
UAW Local 1695
UAW Local 228

Ulmer, Dave J.
Unicare Life & Health Insurance Co.
United Automobile, Aerospace & Agricultural
Implement Workers of America
Upper Gwynedd Township Board of
Commissioners
Van Nortwick, Kelvin Lee
Venditti, Paul
Vinson, Sherry
Wheeler, John W., Jr.
Whitehead, Otis
Wiedenheft, Steve M.
Wilken, Dave
Williamson, Michael D.
Wilson, Barbara
Wirtz, Suzanne
Wood, Sharon
Wood, Tammy
Young, San

**EXHIBIT 1(j)**

**NOTEHOLDERS,**

ABN Amro Asset Management Ltd.
Accessor Capital Management
AIG Annuity Insurance Co.
AIM Advisors Inc.
Alliance Bernstein Japan Ltd.
Alliance Capital Management LP
Alliancebernstein LP
Alliancebernstein Luxembourg SA
Amalgamated Gadget LP
American Century Investment Management
Archdiocese of Saint Louis
Ares Management LLC
Assetmark Investment Services
Banc of America Securities LLC
Barclays Capital Inc.
Barclays Capital London
Battery Park High Yield Opportunity Master Fund Ltd.
BlackRock Financial Management
BlackStone Group, The
Blue Cross Blue Shield of Michigan
BNP Paribas Securities Corp.
BNP Paribas Securities Corp./Fixed Income
BNY Mellon Wealth Management
Brandes Investment Partners LP
Brandes Offshore Investment Fund Ltd.
Brownstone Investment Group LLC
Butterfield Asset Management
California Public Employees' Retirement Systems
California State Teachers' Retirement System
Capital Research & Management
Capital Research & Management Co. (Fixed Income)
Charles Schwab & Co. Inc.
Citibank Global Asset Management
Citigroup Global Markets
CM Life Insurance Co.
Columbia Management Advisors Inc.
Conning Asset Management Co.
Credit Suisse (USA) Securities
Credit Suisse Asset Management LLC
Credit Suisse Asset Management Ltd.
Cyrus Capital Partners LP
Delaware Investment Advisors Inc. (US)
Deutsche Asset Management Investmentgesellschaft mbH
Deutsche Banc Securities Inc.

Deutsche Bank AG
DLJ Investment Management Corp.
DZ Bank International SA
Euroclear Bank
Federal Life Insurance Co.
Feingold O'Keefe Capital LLC
Fidelity Investments Luxembourg
Fidelity Management & Research
First Catholic Slovak Union of The United States of America & Canada
First Western Investment Management
Fortis Investment Management France
Fortis Investment Management SA
Forward Management LLC
Garban Intercapital
Gartmore Investment Management Ltd.
Global Investment Advisors
Goldman Sachs & Co. Inc.
Goldman Sachs Asset Management
Goldman Sachs Asset Management (US)
Goldman Sachs Asset Management International
Goldman Sachs International
Great Lakes Advisors Inc.
Greenwich Street Advisors
HSBC Bank plc
Invesco AIM Management Group Inc.
INVESCO Global Structured Products Group
Janus Capital Management LLC
Janus Capital Trust Management Ltd.
John Hancock Investment Management Services
JP Morgan Clearing Corp.
JP Morgan Investment Management Inc. (New York)
JP Morgan Securities Inc.
JPMorgan Chase Bank
Legg Mason Funds Management
Legg Mason Global Funds plc
Legg Mason Investors Unit Trust
Legg Mason Partners Fund Advisor
Lehman Brothers
Lincoln National Life Insurance Co.
Lord Abbett & Co.
M Financial Investment Advisers
M&G Investment Management Ltd.
Marathon Asset Management LLC
Mariner Investment Group Inc.
Mason Street Advisors LLC
Massachusetts Mutual Life Insurance Co.

Maxim Group LLC
Mediolanum International Funds
Merrill Lynch & Co.
Metlife Insurance Co. of Connecticut
Metropolitan Life Insurance Co.
Metropolitan West Asset Management LLC
Mitsubishi UFJ Trust & Banking Corp.
Mizuho Trust & Banking Co. Ltd.
Morgan Stanley & Co. Inc.
Morgan Stanley Dean Witter Inc.
Mount Vernon Associates
National Financial Services Corp.
Nationwide Life Insurance Co. of America
Natixis International Funds
Naxtixis Asset Management
New Jersey Division of Investment
Nomura Asset Management Co. Ltd.
Nomura Asset Management USA Inc.
Nomura Corp. Research & Asset
Nomura Corporate Research & Asset
Management
Northwestern Investment Management Co.
Northwestern Mutual Insurance Co.
Northwestern Mutual Life Insurance
Oaktree Capital Management
Oppenheim Kapitalanlagegesellschaft mbH
PENN Capital Management Inc.
Pentwater Capital Management LP Pershing Inc.
Pictet & Cie (Europe) SA
PPM America Inc.
Prudential Financial Inc.
Prudential Fixed Income
Prudential Insurance Co. of America
Prudential Investment Corp.
Prudential Retirement Insurance & Annuity
Pyramis Global Advisors LLC QVT Financial
LP

RBS Greenwich Capital
Regence Blue Cross Blue Shield of Oregon
Regence Blue Cross Blue Shield of Utah
Regence Blue Shield
Reich & Tang Asset Management LLC
Reinhart Partners Inc.
Rene Dahan
Saif Corp.
Salomon Brothers Asset Management
SEI Investments Fund Management
Seix Advisors
SG Americas Securities LLC
Smith Barney Consulting Group
Smith Breeden Associates Inc.
Societe Generale
Sun Life Assurance Co. of Canada
TCW Asset Management Co.
TD Ameritrade Clearing Inc.
Teachers Retirement System of Oklahoma
Tiedemann Global Catalyst LP
Transamerica Partners
Trilogy Capital LLC
Turnberry Capital Management LP
UBI Pramerica SGR SpA
UBS Global Asset Management (US) Inc.
UBS Securities LLC
Variable Annuity Life Insurance Co.
Wachovia Securities LLC
Wellington Management Co. LP
Wellmark Inc.
Wellmark of South Dakota Inc.
Wells Capital Management Inc.
Wells Fargo Bank
Western Asset Management Co. Ltd.
Whitebox Advisors LLC
William K. Warren Foundation
Wilshire Associates Inc.

**EXHIBIT 1(k)**

**POTENTIAL LIENHOLDERS**

| | |
|---|---|
| 1 Source Plastics Ltd. | JVH Engineering Inc. |
| Active Mould & Design Ltd. | KMT Robotic Solutions Inc. |
| Advanced Ventures In Technology Inc. | Konan Tokushu Sangyo |
| Ahaus Tool & Engineering Inc. | Lamko Tool & Mold Inc. |
| Automated Industrial Systems | MAAC Machinery Co. |
| Automation Technology Schwope Inc. | Manchester Tool & Die Co. |
| AV Gauge & Fixture Inc. | Manufacturas Metalicas Orozco SA |
| Barton Malow Rigging Co. | Maquinso RG SA de CV |
| Bates Landscaping & Maintenance | Merrimac Industrial Sales |
| Bielomatik Inc. | Met-L-Tec Inc. |
| Branson Ultrasonics Corp. | Michael Tool |
| Burton Industries Inc. | Microsys |
| Calsonic International | MiiC America Inc. |
| Comtel Instruments Co. | Mold-Tech |
| Conceptual Reality LLC | Motion Pac International |
| Conveyors & Materials Handling | New Technologies Inc. |
| Corsal de Monterrey SA de CV | North American Tooling Co. |
| D&F Corp. | Paragon Molds Corp. |
| Daishin Industrial Co. | Phoenix Engineering Inc. |
| DBM Reflex Enterprises Inc. | Plymouth, Charter Township of (MI) |
| Domino Printing de Mexico SA de CV | Precision Masking Inc. |
| Dukane Corp. | Prospect Mold Inc. |
| Durkopp Adler America Inc. | Rapid Granulator |
| Engel Machinery Inc. | Redoe Mold Co. Ltd. |
| Famoltro Tooling SA de CV | Reko Tool & Mould |
| Fanuc Robotics Corp. | Rofin Sinar |
| Finishing Tool Design Ltd. | Saint-Gobain Advanced Ceramics Co. |
| Frimo Inc. | Servicios y Productos Industriales |
| Gefit Livernois Engineering | Specialized Assembly Systems LLC |
| Geiss Thermoforming USA LLC | Synergetic M2M Group |
| Generation Tool Inc. | TA Systems Inc. |
| Glycon Corp. | Trantek Inc. |
| Great Lakes Technology | TS Automation Inc. |
| Halla Climate Control Corp. - Korea | Tyton Corp. |
| Hexagon Metrology Inc. | Universal Dynamics Inc. |
| Hill Machinery Co. | Vorzeigen Machining Inc. |
| Hi-Tech Mold & Engineering | Wauseon Machine & Manufacturing |
| J&W Automated Tooling Inc. | WW Grainger Inc. |
| Jenoptik Automatisierungstechnik Gm | Xigent Automation Systems Inc. |
| Jenoptik Laser Technologies | |

**EXHIBIT 1(1)**

**PROFESSIONALS**

| | |
|---|---|
| Accretive Solutions | Hill Fulwider McDowell Funk & Matthews |
| Adcox Associates LLC | Honigman Miller Schwartz & Cohn LLP |
| Akerman Senterfitt | Houlihan Lokey |
| Almeida, Rotenberg E. Boscoli | Jacob & Weingarten |
| Alston & Bird | Jacome, J. |
| Alvarez & Marsal Inc. | Kamiyacho International Law Office |
| Barnes & Thornburg LLP | Kekst & Co. |
| Basham Ringe Y Correa SC | Kim & Chang |
| Bauer Vorberg Kayser | Kizer Law |
| Bingham McCutchen | KPMG |
| Brinks Hofer Gilson & Lione | Kurtzman Carson Consultants LLC |
| Brooks & Kushman | Lewis Rice & Fingersh |
| Bush Seyferth & Paige PLLC | Lhermet La Bigne & Remy |
| Butzel Long | Maeda Patent Office |
| Cabinet Nuss | Martins, G. |
| Cacheaux Cavazos Newton | MCA Legal |
| Cermak Horejs Myslil a spol. | Medlantic LLC |
| Chadbourne & Parke LLP | Mercer Human Resource Consulting |
| Clark Hill PLC | Messulam, Alex |
| Clifford Chance Europe LLP | Miller Johnson Snell & Cummiskey |
| Clifford Chance US LLP | Miyoshi & Miyoshi |
| Collins Einhorn Farrell & Ulanoff Corptax | Nakamura & Partners |
| COST (Counsil on State Taxation) | NTD Patent & Trademark Office |
| Danubia Patent & Law Office | O'Neill & Borges |
| De Penning & De Penning | Osier Hoskin & Harcourt |
| Deloitte LLP | Pachulski Stang Ziehl & Jones LLP |
| Dennemeyer & Co. Luxembourg | Paris Orleans |
| Dickinson Wright | Plews Shadley Racher & Braun LLP |
| Dummett Copp | Pricewaterhousecoopers LLP |
| Eggertsen & Associates PC | Pritchard & Elliott |
| Ernst & Young LLP | Publicis |
| Estudio Beccar Varela | Reed Smith LLP |
| Evans Petree PC | Richards Layton & Finger |
| Evergreen Law Group | Rincon Mounts |
| Foley & Lardner | Ryan & Co. |
| Fox Rothschild LLP | Salsbury & Salsbury LPA |
| Fragomen Del-Rey Bernsen & Loewy | Sanada International Patent Office |
| Franco Caiado Guerreiro & Associados | Siam Premier |
| Franco, D. | Simunovic & Batur |
| Fraser Martin Buchanan Miller LLC | Sperling, Dr. |
| Frederic W Cook & Co. Inc. | Sprain & Meighen PC |
| Frost Brown Todd | Squire Sanders & Dempsey LLP |
| Fulbright & Jaworski LLP | Steptoe & Johnson LLP |
| George Johnson & Co. | Stout Risius Ross |
| Hafeli Staran Hallahan Christ & Dudek PC | Towers Perrin Forster & Crosby Inc. |
| Haight Brown & Bonesteel | Uria & Menendez Abogados |
| Hewitt Associates | Verde, M. |
| Heyner, Dr. | Weil Gotshal & Manges LLP |

Willette & Guerra LLP  
Willkie Farr & Gallagher  

Witman, Steven B.  
Womble Carlyle Sandridge & Rice

**EXHIBIT 1(m)**

**SECURED LENDERS**

1 Source Design Ltd.
Accu Die & Mold Inc.
ACS Auxiliaries Group Inc.
Aegon USA Investment Management
AIG Global Investment Corp.
Aladdin Capital Management LLC
AllianceBernstein LP
Amida Capital Management II LLC
Anchorage Capital Group LLC
Ares Management LP
ATEL Capital Equipment Fund IX LLC
ATEL Leasing Corp. Bain Capital LLC
Banc of America Leasing & Capital LLC
Bank of America NA
Bank of Nova Scotia, The
Bank One NA
Barloworld Fleet Leasing LLC
Barloworld Handling LP
BDCM Fund Adviser LLC
Bennett Management Corp.
Bielomatik Inc.
Black River Cos.
Blue Mountain Capital Management LLC
Bluebay Asset Management plc
Branson Ultrasonics Corp.
BRP Acquisition Group Inc.
Callidus Capital Management LLC
Carl Zeiss IMT Corp.
Cast Iron Credit Corp.
CG Automation & Fixtures Inc.
Churchill Pacific Asset Management LLC
CIT Group Inc.
Citadel Investment Group LLC
Citibank NA
Citicorp North America Inc.
Citigroup North America Inc.
Clutterbuck Capital Management
Comdoc Inc.
Comerica Bank
Comerica Inc.
Latigo Partners LP
Lease Corp. of America
Constellation Capital Management LLC
Courage Capital Management LLC
Credit Capital Investment LLC
Credit Suisse Group AG
Deerfield Capital Management LLC
Delaware Management Business Trust

Deutsche Bank AG DKR Capital Inc.
Dynamic Machine of Detroit Inc.
Engel Canada Inc.
Engel Machinery Inc.
Feingold O'Keefe Distressed Loan Master
Fidelity Invest
Fig LLC
Fleet Capital Corp.
Ford Motor Credit Co.
Fremont Plastic Molds
GE Asset Management Inc.
General Electric Capital Corp.
Goldman Sachs Credit Partners LP
Gulf Stream Asset Management LLC
Hallmark Technologies Inc.
Hill Machinery Co.
Hillmark Capital Management LP
HS Die & Engineering Inc.
HSBC Bank USA NA
Hyperion Brookfield Asset Management Inc.
Hyundai Motor Manufacturing Alabama LLC
IBM Credit LLC
IDB Leasing Inc.
Ideal Technology Corp.
JPMorgan Bank, Branch 0802
JPMorgan Chase Bank NA
JR Automation Technologies LLC
Katonah Debt Advisors LLC
KDP-Boeing Company Employee Retirement
Plan Master Trust
King Street Capital Management LLC
Lakefront Capital LLC
Legacy Bank, The
Lehman Commercial Paper Inc.
Levine Leichtman Capital Partners Inc.
Logan Circle Partners LP
Lufkin Advisors LLC
M2M International, Inc.
MacroLease International Corp.
Magid Glove & Safety Manufacturing Co. LLC
Magnum Manufacturing Inc.
Makino Inc.
Marathon Asset Management LLC
Mariner Investment Group Inc.
Mattson Tool & Die Corp.
MB Financial Bank NA
McDonnell Investment Management LLC
Merrill Lynch Capital Metal Processors Inc.

Metropolitan West Asset Management LLC
MJX Asset Management LLC
Mold-Tech Michigan Morgan Stanley
Motion Industries Inc.
New York Life Investment Management
Newstart Factors Inc.
Nomura Corporate Research & Asset Management Inc.
Northwestern Mutual Life Insurance Co.
Novelis Corp., The
Oakwood Metal Fabricating Co.
Oasis Holdings Statutory Trust
Orbotech Inc.
Orix Corp.
ORIX Financial Services Inc.
Paloma Partners Management Co. Inc.
Peoples Energy Corp. Pension Trust
Pinehurst Trading Inc.
Premier Industries Corp.
Primus Asset Management Inc.
Proper Group International Inc.
Proper Mold & Engineering Inc.
Prospect Akro-Mold Inc.
Prudential Investment Management Inc.
Putnam
QME Inc.
R3 Capital Management LP
Radiance Mold & Engineering Inc.
Rapid Die & Engineering Inc.
Reams Asset Management Co. LLC
Reko Tool & Mould (1987) Inc.
Relational LLC
Riversource Investments LLC
Royal Bank of Scotland plc

RRR Capital Management LP
Russell Investment Co. plc
Sandelman Partners LP
Sankaty Advisors LLC
Scoggin LLC
Shenkman Capital Management Inc.
Siemens Financial Services Inc.
Silvermine Capital Management LLC
Societe Generale
Standex International Corp.
Stanfield Capital Partners LLC
Star CNC Machine Tool Corp.
Sterling Inc.
Stichting Pensioenfonds ABP
Sumitomo Mitsui Banking Corp.
Synergetic/M2M Group
TA Systems Inc.
TCW Asset Management Co.
Teak Hill Master Fund LP
Tech Mold & Tool Co.
Tennebaum Capital Partners LLC
UBS AG, Stamford Branch
US Gauge & Fixture Inc.
VC Receivables Financing Corp. Ltd
Verizon Credit Inc.
Wachovia Bank NA
Wells Fargo Bank NA
Western Asset Management Co.
WestLB AG
Whitebox Advisors LLC
Whitehorse Capital Partners LP
Wilmington Trust FSB
XXX-1221 Funding Corp.

**EXHIBIT 1(n)**

## SIGNIFICANT CUSTOMERS

Bayerische Motoren Werke AG
Chrysler LLC
Fiat Automobiles SpA
Ford Motor Company
Ford Customer Service Division
General Motors Corporation
Honda Motor Company, Ltd.
Hyundai Motor America
Jaguar Cars Limited
Kia Motors Corporation
Land Rover Group, Ltd.
Mazda Motor Corporation
Nissan Motor Co., Ltd.
PSA Peugeot Citroen
Renault Motors SA
Toyota Motor Corporation
Volkswagen AG

**EXHIBIT 1(o)**

## TAX AUTHORITIES & REGULATORY AGENCIES

Alabama Child Support Payment Center
Alabama Department of Environmental
Management
Alabama Department of Revenue
Alabama Department of Revenue Collection
Services
Alabama Sales Tax Division Alabama, State of
Arizona, State of
Bedford, City of (IN)
Bellevue, City of (OH)
California, State of
Colorado, State of
Connersville, City of (IN)
Dearborn, City of (MI)
Delaware, State of
Detroit, City of (MI)
Durant, City of (MS)
Eureka, City of (MO)
Florida Bureau of Unclaimed Property
Florida Disbursement Unit, State of
Florida, State of
Georgia, State of
Groveport, Village of (OH)
Highland Park, City of (MI)
Holmes County (MS)
Holmes County Tax Assessor (MS)
Illinois, State of
Indiana Department of Revenue
Indiana, State of
Internal Revenue Service Kentucky,
Commonwealth of
LaVergne, City of (TN)
Louisville, City of (KY)

Macon County Revenue Commission (AL)
Madison County Tax Collector
Maryland, State of
Massachusetts, Commonwealth of
Michigan, State of
Minnesota, State of
Mississippi State Tax Commission
Mississippi, State of
Missouri Department of Revenue
Missouri, State of
Nevada, State of
New Jersey, State of
New Mexico, State of
New York Commissioner of Taxation &
Finance
New York, State of
North Carolina, State of
Ohio Department of Taxation
Ohio, State of
Oklahoma, State of
Oregon, State of
Pennsylvania, Commonwealth of
Sandusky, City of (OH)
Springfield, City of (OH)
Sterling Heights, City of (MI)
Tennessee Department of Revenue
Tennessee, State of
Texas, State of
Tulsa County Treasurer (OK)
Tuscaloosa, City of (AL)
Tuscaloosa, County of (AL)
Virginia, Commonwealth of

**EXHIBIT 1(p)**

**UNIONS**

The International Union, United Automobile, Aerospace and Agricultural Implement Workers of America

## EXHIBIT 1(q)

## UNITED STATES TRUSTEE, JUDGES, AND COURT CONTACTS
## FOR THE DISTRICT OF DELAWARE,
## (AND KEY STAFF MEMBERS)

Andrew R. Vara
Brendan L. Shannon
Christopher S. Sontchi
David Buchbinder
Diane Giordano
James R. O'malley
Jane Leamy
Jeffrey Heck
Joseph Mcmahon
Judith K. Fitzgerald
Kevin Gross
Kevin J. Carey
Mark Kenney
Mary F. Walrath
Michael Panacio
Michael West
Peter J. Walsh
Richard Schepacarter
William K. Harrington

## EXHIBIT 1(r)

## UTILITIES

AEP Indiana Michigan Power
Alabama Gas Corp.
Alabama Power
AmerenUE
AT&T Inc.
Atmos Energy Corp.
Benton Harbor City Clerk (MI)
Benton Township Clerk (MI)
Centerpoint Energy Inc.
Columbia Gas of Ohio
ComEd
Concordia, City of (MO)
Connersville Utilities (IN)
Constellation New Energy
Consumers Energy of Michigan
DTE Energy Co.
DTE Energy of Michigan
Duke Energy Corp.
Durant Municipal Utilities (MS)
El Paso Electric Co. (TX)
El Paso Water Utility (TX)
Energy Cooperative of New York
Energy USA-TPC Corp.
Erie County Water Authority (NY)
Eureka, City of (MO)

Ferrell Gas
Highland Park, City of (MI)
Kansas City Power & Light Co.
Laclede Gas Co.
Laredo, City of (TX)
Macon County Water Authority (AL)
Michigan Gas Utilities
Middle Tennessee Electric Membership Corp.
Missouri Gas Energy
North Wales Water Authority (PA)
NYSEG
Ohio Edison
Ohio Valley Gas Corp.
PECO
Peoples Gas Natural Gas Delivery
Plymouth, Charter Township of (MI)
Smyrna Utilities (TN)
Springfield, City of (OH)
SUEZ Energy Resources NA
TDS
Texas Gas Service
Tuscaloosa, City of (AL)
UGI Energy Services Inc.
Van Buren Township Water & Sewer Dept
Verizon Communications, Inc.

EXHIBIT 1(s)

## VENDORS

A Raymond GmbH & Co. KG
A Raymond Inc.
A Raymond SARL
ABC Plastic Moulding
Acord Holdings LLC
Advanced Composites Inc.
Akzo Nobel Industries
Alcoa Aluminum
Alkor GmbH
Americhem Inc.
Arkema Inc.
Asyst Technologies LLC
Atlantic Automotive Components
Autocam Corporation
Autoliv Argentina SA
Basell Polyolefins
Basell USA Inc.
BASF Mexicana SA de CV
Bayer Material Science
Benecke-Kaliko AG
BOE-LA Siebdrucktechnik GmbH
Bourbon Fabi Automobile
Brown Corp. of America
Brown Corp. of Green
Brown Corp. of Ionia
Brown Corp. of Waverly Ohio
Caldwell Industries Inc.
Cemm Mex SA de CV
Cemm Thome
Chan Industries Pte. Ltd.
Chin Poon Industrial Co. Ltd.
Ching Ming Aluminum Die Casting
Manufactory Ltd.
Clarion Co. Ltd.
Clarion Corp.
Clarion Dongguan
CMO Caoutchouc Manufacture de l'Oise
Colonial Diversified
COTCO Group
Curtidos Trevinos SA
Daejung High Polymer Ind. Co. Ltd.
Dainippon Ink & Chemicals
Dalphi Metal Espana SA
Dana Canada Corp.
Dana Chemicals
Dana Corp.
Dana Holding Corp.
Dana Thermal Product

Delphi Automotive
Delphi Electronics & Safety
Delphi Mechatronic
Delphi Packard Electric
Delphi Saginaw Steer
Delta Products Corp.
Doctor-Optics GmbH
Dr Franz Schneider SA
Dr Schneider Kunststoffwerke GmbH
Dura Automotive Systems Inc.
E.I. Dupont De Nemours & Co.
Emrick Plastics
Epcos Inc.
Fawn Industries Inc
Fawn Mexico Inc.
Ferro Corp.
Flextronics International Ltd.
Fraen Corp.
Freescale Semiconductor
Freudenberg-Nok General Partnership
Friction Holdings, LLC
Fujikoki Corp.
Futaba Corp. of America
Futufarma SA de CV
Gibbs Die Casting Corp.
Goodyear Tire & Rubber Co., The
Griffine Enduction
Gul Technologies Singapore Ltd.
HCC Korea
Hitachi Automotive
Hitachi Chemical
Holophane SA
HTP Fohnsdorf GmbH
Hugo Schnippering GmbH & Co. KG Iberofon
Plasticos SA
Illinois Tool Works Inc.
Imprenta Ochoa
Industrias Alegre SA
Industrielle Desmarquoy
Ineos Group Ltd.
Jabil Circuit Inc.
Jing Mei Automotive Ltd.
JM USA Inc.
Jones Plastic & Engineering Co. LLC
Jones Plastic Servicios de Monterrey SA de
CV
Kamaya Inc.
Kaumagraph Flint Corp.

Key Plastics Inoac
Key Plastics Italy
Key Plastics LLC
Key Plastics Portugal
Key Quimica SA de CV
LDM Technologies Inc.
Leon Plastics Inc.
Liberty Global Inc.
Light Engine Ltd.
Lumileds Lighting
Mankiewicz Gebr. & Co. (GmbH & Co. KG)
May & Scofield LLC
Merix Corp.
MES SA
Metal Improvement Co. Inc.
Micron Semiconductor
Modem Metals
Mollertech
Monroe LLC
MPI International Inc.
NEC Electronics Inc.
Nicholas Plastics
Noritake Co. Inc.
Novelis
Novem Chemicals
NXP Semiconductors
Nypro Atlanta
Nypro Chihuahua
Ogura Clutch Co. Ltd.
Oleff & Holtmann OHG
On Semiconductor Corp.
Osram Sylvania Inc.
O'Sullivan Films Inc.
Panasonic Automotive
Panasonic Electric Works of America
Parker-Hannifin Corp.
Parkview Metal Products LLC
Pass-Gummiwerke GmbH & Co KG
Phillips Automotive Lighting
Red Spot Paint Varnishing
Rehau Entreprise SARL
Rehau Industries SA
Rohm Co. Ltd.
Sabic Commercial
Saia Burgess
Sam IL Industrial Co. Ltd.
SCE Electronis Co. Ltd.
Sensata Technologies BV
Sensus Precision Die Casting Inc.
Serigraph Inc.
Showa Aluminum

Siegel-Robert Inc.
Sl Sunsan
Sodecia-Sociedade Industrial de Metalurgia da Guarda SA
Sonceboz Automotive SA
Sonceboz SA
Soritec
Spring Engineering & Manufacturing Corp.
STMicroelectronics NV
Sun Microstamping Technologies
Sunningdale Precision
Sunningdale Technology
Switec
Taiho Corp. of America
Tata Autocomp Systems Ltd.
Texas Instruments Inc.
Thermoplastiques Cousin Tessier
TMD
Tohoku Pioneer Thail
Toledo Molding & Die Inc.
TPO Displays Corp.
Tyco Electronics Corp.
Tyco Electronics Logistics
United Plastics Group Inc.
Universal Scientific Industries
Wellman
Wintek Electro-Optics Corp.
Yanfeng Visteon Automotive Trim Systems Co. Ltd.
Yanfeng Visteon Jinqiao Automotibe Trim Systems Co. Ltd.

**<u>Schedule 2</u>**

# CHANIN CAPITAL PARTNERS

## CONFLICT CHECK

| PARTY IN INTEREST | RELATIONSHIP TO CHANIN |
| --- | --- |
| Aegon USA Investment Management | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| AIG Annuity Insurance Co. (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| AIG Global Investment Corp. (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| AIG National Union (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| AIG Worldsource (or related entity) | Working or worked with or against on other engagements in wholly unrelated matters |
| Alvarez & Marsal Inc. | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Anchorage Capital Group | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Ares Management LLC | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| AT&T | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| AT&T Inc. | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Banc of America Leasing & Capital LLC (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Banc of America Securities LLC (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Bank of America NA (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Bank of New York Mellon Trust Co., N.A. (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Bank of New York Trust Co., NA | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |

| | |
|---|---|
| Bingham McCutchen | Working or worked with or against on other engagements in wholly unrelated matters |
| BlackRock Financial Management | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Blackstone Group | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| BNY Mellon Wealth Management (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Butzel Long | Working or worked with or against on other engagements in wholly unrelated matters |
| CIT Group Inc. | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Citadel Investment Group LLC | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Citibank Global Asset Management (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Citibank NA | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Citicorp North America Inc. (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Citigroup Global Markets (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Citigroup North America Inc. (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Credit Suisse (USA) Securities (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Credit Suisse Asset Management Ltd. (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Credit Suisse Corp. (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Credit Suisse Group AG | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Cyrus Capital Partners LP | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |

| | |
|---|---|
| Dana Canada Corp. (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Dana Chemicals (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Dana Corp. (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Dana Holding Corp. (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Dana Thermal Product (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Deloitte LLP | Working or worked with or against on other engagements in wholly unrelated matters |
| Delphi Automotive (or related entity) | Chanin acted as financial advisor to the IEU in Delphi's chapter 11 bankruptcy case. |
| Delphi Electronics (or related entity) | Chanin acted as financial advisor to the IEU in Delphi's chapter 11 bankruptcy case. |
| Delphi Mechatronic (or related entity) | Chanin acted as financial advisor to the IEU in Delphi's chapter 11 bankruptcy case. |
| Delphi Packard Electric (or related entity) | Chanin acted as financial advisor to the IEU in Delphi's chapter 11 bankruptcy case. |
| Delphi Saginaw Steer (or related entity) | Chanin acted as financial advisor to the IEU in Delphi's chapter 11 bankruptcy case. |
| Deutsche Asset Management | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Deutsche Banc Securities Inc. | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Deutsche Bank AG (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Dura Automotive Systems | Chanin acted as financial advisor to the UCC in this Company's chapter 11 bankruptcy case. Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| E.I. Dupont De Nemours & Co. | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Ernst & Young LLP | Working or worked with or against on other engagements in wholly unrelated matters. |
| Flextronics International Ltd. | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |

| | |
|---|---|
| Foley & Lardner | Working or worked with or against on other engagements in wholly unrelated matters. |
| Fox Rothschild LLP | Working or worked with or against on other engagements in wholly unrelated matters. |
| Freescale Semiconductor | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Fulbright & Jaworkski LLP | Working or worked with or against on other engagements in wholly unrelated matters. |
| GE Asset Management Inc. (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Goldman Sachs & Co. Inc | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Goldman Sachs Asset Management (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Goldman Sachs Asset Management (US) (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Goldman Sachs Asset Management International (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Goldman Sachs Credit Partners LP (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Goldman Sachs International (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Greenwich Street Advisors (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Houlihan Lokey | Working or worked with or against on other engagements in wholly unrelated matters. |
| HSBC Bank | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| HSBC Bank USA NA | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Johnson Electric North America, Inc. | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| JP Morgan Bank, Branch 0802 (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| JP Morgan Chase & Co. | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |

| | |
|---|---|
| JP Morgan Chase Bank (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| JP Morgan Clearing Corp. (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| JP Morgan Investment Management Inc. (New York) (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| JP Morgan Securities (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| JP Morgan Trust Co., N.A. | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Kekst & Co. | Working or worked with or against on other engagements in wholly unrelated matters. |
| Key Plastics Inoac | Chanin acted as financial advisor to Key Plastics in its US chapter 11 bankruptcy case. |
| Key Plastics Inoac De Mexico | Chanin acted as financial advisor to Key Plastics in its US chapter 11 bankruptcy case. |
| Key Plastics Italy | Chanin acted as financial advisor to Key Plastics in its US chapter 11 bankruptcy case. |
| Key Plastics LLC | Chanin acted as financial advisor to Key Plastics in its US chapter 11 bankruptcy case. |
| Key Quimica SA de CV | Chanin acted as financial advisor to Key Plastics in its US chapter 11 bankruptcy case. |
| Kirkland & Ellis LLP | Working or worked with or against on other engagements in wholly unrelated matters. |
| KPMG | Working or worked with or against on other engagements in wholly unrelated matters. |
| Kurtzman Carson Consultants LLC | Working or worked with or against on other engagements in wholly unrelated matters. |
| Law Debenture Trust Company of New York | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Lehman Brothers | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Lehman Commercial Paper Inc. (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Marathon Asset Management LLC | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| McDonnell Investment Management LLC | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Merrill Lynch & Co. | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |

| | |
|---|---|
| Merrill Lynch Capital (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Morgan Stanley & Co. Inc. (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Morgan Stanley Dean Witter Inc. (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| New York Life Investment Management | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Nomura Asset Management Co. Ltd. (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Nomura Asset Management USA Inc. (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Nomura Corp. Research & Asset Management | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Nomura Corporate Research & Asset Management Inc. | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Oaktree Capital Management | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Pachulski Stang Ziehl & Jones LLP | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Pension Benefit Guaranty Corporation | Working or worked with or against on other engagements in wholly unrelated matters. |
| PPM America Inc. | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| PricewaterhouseCoopers LLP | Working or worked with or against on other engagements in wholly unrelated matters. |
| R3 Capital Management LP (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| RBS Greenwich Capital | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Reams Asset Management Co. LLC | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Reed Smith LLP | Working or worked with or against on other engagements in wholly unrelated matters. |
| Richards Layton & Finger | Working or worked with or against on other engagements in wholly unrelated matters. |

| | |
|---|---|
| Royal Bank of Scotland | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Sabic Commercial | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Sankaty Advisors | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Scoggin LLC | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Smith Barney Consulting Group (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Stanfield Capital Partners LLC | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| TCW Asset Management Co. | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| TCW Asset Management Co. (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Tyco Electronics Corp. | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Tyco Electronics Logistics (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| UAW Local 1695 (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| UAW Local 228 (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| UBS AG, Stamford Branch (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| UBS Global Asset Management (US) Inc. (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| UBS Securities LLC (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| United Automobile Aerospace & Agricultural Implement Workers of America (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Verizon Business Network Services, Inc. (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |

| | |
|---|---|
| Verizon Communications, Inc. | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Verizon Credit Inc. (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Verizon Wireless (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Wachovia Bank NA | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Wachovia Securities LLC (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Weil Gotshal & Manges LLP | Working or worked with or against on other engagements in wholly unrelated matters. |
| Wellington Management Co. LP (or related entity) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Wells Fargo Bank | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Wells Fargo Bank NA | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Whitebox Advisors LLC | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Willkie Farr & Gallagher | Working or worked with or against on other engagements in wholly unrelated matters. |
| Wilmington Trust FSB | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Womble Carlyle Sandridge & Rice | Working or worked with or against on other engagements in wholly unrelated matters. |

# DUFF & PHELPS (PARENT COMPANY OF CHANIN CAPITAL PARTNERS)

## CONFLICT CHECK RESULTS

Duff & Phelps has active engagements with the following entities (or a related entity):

Alston & Bird
American Century Investment Management
Ares Management LLC
AT&T
Atmos Energy Corp.
Autoliv Argentina SA
Barclays entities
Black River Cos.
BlueBay Asset Management plc
BNP Paribas Securities Corp.
California Public Employees' Retirement System
Centerpoint Energy Inc
Citibank Global Asset Management
Citigroup Global Markets
Deutsche Bank entities
DTE entities
El Paso entities
Fiat Automotive SpA
Fidelity entities
Freescale Semiconductor
Fujitsu Ten Corp of America, as Plan Administrator
Fulbright & Jaworski
GE Asset Management Inc, General Electric Capital Corp
Goldman Sachs
Goodyear Tire & Rubber Co.
Hitachi entities
HSBC Bank plc
IBM Corp.
International Automotive Components
Kirkland & Ellis LLP
KPMG (Ellis Koeneke)
Legg Mason entities
Lehman Brothers
Lincoln National Corporation
McDonnell Investment Management LLC
Merrill Lynch & Co.
Mitsubishi UFJ Trust & Banking Corp
Morgan Stanley entities
National Financial Services Corp.
Novelis Corp.
NXP Semiconductors USA Inc.
Oaktree Capital Management
PBGC
Prudential entities
Russell Investment Co plc

Sac Capital Advisors LLC
Saint-Gobain Advanced Ceramics Co.
Satyam Computer Services Ltd
Sensata Technologies BV
Siemens Information & Communications
Squire Sanders & Dempsey L.L.P.
State Street Corp.
SUEZ Energy Resources NA
Sumitomo Mitsui Banking Corp.
The Blackstone Group
TIAA-CREF Investment
Toyota Motor Corporation
Tyco entities
UBS entities
Verizon Wireless
Wachovia Securities LLC
Weil Gotshal & Manges LLP
Wells Fargo Bank
Zurich American Insurance Co

Duff and Phelps has recent (within the last 5 years) or current client relationships with the following entities:

ABN Amro Asset Management Ltd.
Aegon USA Investment Management
AEP Indiana Michigan Power
AIG entities
Akzo Nobel Industries
Alcoa Aluminum
Alston & Bird Ameren UA
American Century Investment Management
Ares Management LLC
AT&T
Atmos Energy Corp.
Autocam Corp (Holland & Knight engagement)
Autoliv Argentina SA
Axis Financial Insurance Solutions
Bain Capital LLC
Banc of America Securities LLC
Bank of New York entities
Barclays entities
BASF Mexicana SA de CV
Bayer Material Science
Bingham McCutchen
Black River Cos.
Black Rock Financial Management
BlueBay Asset Management plc
Blue Cross Blue Shield of Michigan
BNP Paribas Securities Corp.
Brandes Investment Partners LP; Brandes Offshore Investment Fund Ltd. (Kolodny eng.)
Butzel Long
California Public Employees' Retirement System
California State Teacher's Retirement System
Carl Zeiss IMT Corp (Nixon Peabody engagement)
Centerpoint Energy Inc
Chadbourne & Parke LLP
Charles Schwab & Co. Inc.
Chrysler LLC
Chubb Federal Insurance
Churchill Pacific Asset Management LLC
Citadel Investment Group LLC
Citibank Global Asset Management
Citicorp North America Inc.
Citigroup Global Markets
Clarion entities
Clark Hill, PLC
ComEd
Constellation New Energy
Cornerstone Alliance
Credit Suisse entities
Cyrus Capital Partners LP

Dana entities
Delaware Management Business Trust
Deloitte LLP
Deutsche Bank entities
DTE entities
Duke Energy Corp
E.I. Dupont De Nemours & Co.
El Paso entities
Ernst & Young LLP
Ferro Corp.
Fiat Automotive SpA
Fidelity entities
Foley & Lardner
Ford Motor entities
Fortis Investment Management
Freescale Semiconductor
Fremont Plastic Molds
Fujitsu Ten Corp of America, as Plan Administrator
Fulbright & Jaworski
GE Asset Management Inc, General Electric Capital Corp
General Motors Corporation
Goldman Sachs Group
Goodyear Tire & Rubber Co.
Hitachi entities
Hollingsworth Logistics Management
Honda Motor Corp Ltd
HSBC Bank plc
Hyperion Brookfield Asset Management, Inc.
Hyundai Motor America
Hyundai Motor Manufacturing Alabama LLC
IBM Corp.
International Automotive Components
Jaguar Cars Limited
JP Morgan Chase entities
KDP-Boeing Company Employee Retirement Plan Master Trust
Kirkland & Ellis LLP
KPMG (Ellis Koeneke)
Latigo Partners LP
Legg Mason entities
Lehman Brothers
Liberty Global Inc
Lincoln National Corporation
Lumileds Lighting
McDonnell Investment Management LLC
Merix Corp
Merrill Lynch & Co.
Metropolitan Life Insurance Co.
Michigan, State of
Miller Johnson Snell & Commiskey
Mitsubishi UFJ Trust & Banking Corp
Mizuho Trust & Banking Co Ltd

Morgan Stanley entities
National Financial Services Corp.
National Union Insurance Co.
Nexgen Consulting Inc
Nomura entities
Northern Trust Corp.
Northwestern Investment Management Co.
Northwestern Mutual Life Insurance, Northwestern Mutual Insurance Co.
Novelis Corp.
NXP Semiconductors USA Inc.
Nypro entities
Oaktree Capital Management
Ogura Corp.
On Semiconductor Corp
Oregon, State of
Orix Financial Services, Inc.
PBGC
Pension Benefit Guaranty Corp
Peoples Energy Corp Pension Trust
Pershing Inc
Pinehurst Trading Inc
PPM America Inc
PricewaterhouseCoopers LLP
Prudential entities
Publicis
RBS Greenwich Capital
Red Spot Paint Varnashing
Reed Smith LLP
Royal Bank of Scotland
Russell Investment Co plc
Sac Capital Advisors LLC
Sandelman Partners LP
Satyam Computer Services Ltd
SEI Investments Fund Management
Sensata Technologies BV
Siegel-Robert Inc
Siemens Information & Communications
Societe Generale
Squire Sanders & Dempsey L.L.P.
State Street Corp.
Steptoe & Johnson LLP
STMicroelectronics NV
SUEZ Energy Resources NA
Sumitomo Corp
Sumitomo Mitsui Banking Corp.
Swiss Re International SE
TDS
Technology Co Ltd.
TWC Asset Management Co.
The Blackstone Group
TIAA-CREF Investment

Tower Automotive
Toyota Motor Corporation
Transamerica Partners
Tyco entities
UBS entities
Verizon Wireless
Wachovia Securities LLC
Weil Gotshal & Manges LLP
Wells Fargo Bank
Whitebox Advisors
Willkie Farr & Gallagher
Wilmington Trust FSB
Womble Carlyle Sandridge & Rice
Zurich American Insurance Co