# Exhibit C

**(Proposed Order)**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| VISTEON CORPORATION., et al.,[1] | ) Case No. 09-11786 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | Related Docket No. _____ |

## ORDER UNDER 11 U.S.C. §§ 327(A) AND 328(A) AUTHORIZING RETENTION OF CHANIN CAPITAL PARTNERS AS RESTRUCTURING AND FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Upon the supplemental application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for an order pursuant to sections 327(a), 328(a) and 1103 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), authorizing them to retain Chanin Capital Partners ("Chanin"), as investment banker to the Committee, nunc pro tunc to June 10, 2009; and upon the Affidavit of Brent C. Williams in support of the Application; and due and adequate notice of the Application having been given; and it appearing that no other notice need be given; and it appearing that Chanin is not representing any adverse interests in connection with these cases; and it appearing that the relief requested in the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Visteon Corporation (9512); ARS, Inc. (3590); Fairlane Holdings, Inc. (8091); GCM/Visteon Automotive Leasing Systems, LLC (4060); GCM/Visteon Automotive Systems, LLC (7103); Halla Climate Systems Alabama Corp. (9188); Infinitive Speech Systems Corp. (7099); MIG-Visteon Automotive Systems, LLC (5828); SunGlas, LLC (0711); The Visteon Fund (6029); Tyler Road Investments, LLC (9284); VC Aviation Services, LLC (2712); VC Regional Assembly & Manufacturing, LLC (3058); Visteon AC Holdings Corp. (9371); Visteon Asia Holdings, Inc. (0050); Visteon Automotive Holdings, LLC (8898); Visteon Caribbean, Inc. (7397); Visteon Climate Control Systems Limited (1946); Visteon Domestic Holdings, LLC (5664); Visteon Electronics Corporation (9060); Visteon European Holdings Corporation (5152); Visteon Financial Corporation (9834); Visteon Global Technologies, Inc. (9322); Visteon Global Treasury, Inc. (5591); Visteon Holdings, LLC (8897); Visteon International Business Development, Inc. (1875); Visteon International Holdings, Inc. (4928); Visteon LA Holdings Corp. (9369); Visteon Remanufacturing Incorporated (3237); Visteon Systems, LLC (1903); Visteon Technologies, LLC (5291). The location of the Debtors' corporate headquarters and the service address for all the Debtors is: One Village Center Drive, Van Buren Township, Michigan 48111.

Application is in the best interest of the Committee; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Application be, and it hereby is, granted; and it is further

ORDERED that the capitalized terms not defined herein shall have the meanings ascribed to them in the Application; and it is further

ORDERED that in accordance with Bankruptcy Code Section 1103, the Committee is authorized to employ and retain Chanin as of June 10, 2009 as its restructuring and financial advisor under Bankruptcy Code Section 328(a) on the terms set forth in the Application; and it is further

ORDERED that to the extent accrued during their retention, Chanin shall receive its Monthly Fixed Fee, and the Restructuring Transaction Fee as specified in their Application; and it is further

ORDERED that to the extent accrued during their retention, Chanin is entitled to reimbursement of actual and necessary expenses, including any reasonable legal fees incurred for Chanin's defense of its retention and fee applications in this matter, subject to Court approval; and it is further

ORDERED that Chanin shall provide hours expended at a summarized level that includes the total number of hours worked by professional and the total number of hours spent by task category. For each task category, Chanin shall provide an explanation of the type of work performed; and it is further

ORDERED that this court shall retain jurisdiction with respect to all matters arising or related to the implementation of this order.

Dated: _____, 2009

                                                                     Christopher S. Sontchi
                                                                     United States Bankruptcy Judge