IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )  |
| VISTEON CORPORATION, et al.,[1] | ) Case No. 09-11786 (CSS) ) (Jointly Administered) ) |
| Debtors. | ) ) **Related Docket Nos. 1200, 1241** ) |

## NOTICE OF FILING OF <u>REVISED EXHIBIT B AND E</u> TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (A) AUTHORIZING THE DEBTORS TO OBTAIN SENIOR SUPERPRIORITY, PRIMING POSTPETITION FINANCING; (B) GRANTING PRIMING AND OTHER LIENS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS; (C) GRANTING ADEQUATE PROTECTION TO PREPETITION SECURED PARTIES; (D) AUTHORIZING THE USE OF CASH <u>COLLATERAL; AND (E) MODIFYING THE AUTOMATIC STAY</u>

**PLEASE TAKE NOTICE THAT** on October 28, 2009, the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>"), filed the *Debtors' Motion for Entry of an Order (A) Authorizing the Debtors to Obtain Senior Superpriority, Priming Postpetition Financing; (B) Granting Priming and Other Liens and Superpriority Administrative Expense Claims; (C) Granting Adequate Protection to Prepetition Secured Parties; (D)*

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Visteon Corporation (9512); ARS, Inc. (3590); Fairlane Holdings, Inc. (8091); GCM/Visteon Automotive Leasing Systems, LLC (4060); GCM/Visteon Automotive Systems, LLC (7103); Infinitive Speech Systems Corp. (7099); MIG-Visteon Automotive Systems, LLC (5828); SunGlas, LLC (0711); The Visteon Fund (6029); Tyler Road Investments, LLC (9284); VC Aviation Services, LLC (2712); VC Regional Assembly & Manufacturing, LLC (3058); Visteon AC Holdings Corp. (9371); Visteon Asia Holdings, Inc. (0050); Visteon Automotive Holdings, LLC (8898); Visteon Caribbean, Inc. (7397); Visteon Climate Control Systems Limited (1946); Visteon Domestic Holdings, LLC (5664); Visteon Electronics Corporation (9060); Visteon European Holdings Corporation (5152); Visteon Financial Corporation (9834); Visteon Global Technologies, Inc. (9322); Visteon Global Treasury, Inc. (5591); Visteon Holdings, LLC (8897); Visteon International Business Development, Inc. (1875); Visteon International Holdings, Inc. (4928); Visteon LA Holdings Corp. (9369); Visteon Remanufacturing Incorporated (3237); Visteon Systems, LLC (1903); Visteon Technologies, LLC (5291). The location of the Debtors' corporate headquarters and the service address for all the Debtors is: One Village Center Drive, Van Buren Township, Michigan 48111.

89462-001\DOCS_DE:154790.1

*Authorizing the Use of Cash Collateral; and (E) Modifying the Automatic Stay* (the "DIP Motion") [Docket No. 1200].

    **PLEASE TAKE FURTHER NOTICE THAT** attached hereto as <u>Exhibit A-1</u> is a revised version of Exhibit B (DIP Agreement) that was attached to the DIP Motion. A blacklined copy of the revised version against the version attached to the DIP Motion is attached hereto as <u>Exhibit A-2</u>.

    **PLEASE TAKE FURTHER NOTICE THAT** attached hereto as <u>Exhibit B-1</u> is a revised version of Exhibit E (Lender Fee Letter) that was attached to the DIP Motion. A blacklined copy of the revised version against the version attached to the DIP Motion is attached hereto as <u>Exhibit B-2</u>.

*[Remainder of Page Left Intentionally Blank]*

| | |
|---|---|
| Dated: November 12, 2009 | KIRKLAND & ELLIS LLP<br>James H.M. Sprayregen, P.C. (IL 6190206)<br>Marc Kieselstein, P.C. (IL 6199255)<br>James J. Mazza, Jr. (IL 6275474)<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: james.sprayregen@kirkland.com<br>      marc.kieselstein@kirkland.com<br>      james.mazza@kirkland.com<br><br>-and-<br><br>PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Mark M. Billion*<br>Laura Davis Jones (Bar No. 2436)<br>James E. O'Neill (Bar No. 4042)<br>Timothy P. Cairns (Bar No. 4228)<br>Mark M. Billion (Bar No. 5263)<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>      joneill@pszjlaw.com<br>      tcairns@pszjlaw.com<br>      mbillion@pszjlaw.com<br><br>Counsel for the Debtors and Debtors in Possession |