# EXHIBIT B-1

VISTEON CORPORATION
One Village Center
Van Buren Township, Michigan 4811

November __, 2009

Lenders, under and as defined in
the Credit Agreement (as defined herein)

Ladies and Gentlemen:

Reference is hereby made to that certain Senior Secured Super Priority Priming Debtor in Possession Credit and Guaranty Agreement (the "DIP Credit Agreement"), among Visteon Corporation (the "Borrower"), certain of the Borrower's subsidiaries (the "Guarantors"), the various lenders from time to time party thereto (the "Lenders"), and Wilmington Trust FSB, as administrative agent. Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Credit Agreement.

In addition to and without limitation of any fees or other amounts payable by the Borrower and Guarantors to the Lenders under the terms of the DIP Credit Agreement, the Borrower and each Guarantor agrees, jointly and severally, to pay to each Lender on the Closing Date a commitment fee equal to 2.75% of its Pro Rata Share of the amount by which the Term Loan Commitment exceeds the Initial Term Loan.

This letter agreement shall become effective on the date on which the Closing Date occurs.

Each of the Borrower, Guarantors and Lenders agrees that on the Closing Date the Initial Term Loan will be advanced by the Lenders, and the Borrower shall receive proceeds of the Initial Term Loan based on a purchase price of 97.25% of the principal amount thereof. For the avoidance of doubt, on the Closing Date each Lender shall advance to the Borrower an amount equal to 97.25% of its Pro Rata Share of the Initial Term Loan, in exchange for the Borrower's and Guarantors' obligations to repay in full the face amount of the Initial Term Loan, plus interest accrued thereon in accordance with the Credit Agreement.

This letter agreement may be executed in several counterparts and by each party on a separate counterpart, each of which when so executed and delivered shall be an original, and all of which together shall constitute one instrument. Delivery of an executed signature page of this letter agreement by facsimile or electronic transmission shall be effective as delivery of a manually executed counterpart thereof. In proving this letter agreement it shall not be necessary to produce or account for more than one such counterpart signed by the party against whom enforcement is sought. This letter agreement shall be construed and enforced in accordance with, and the rights of the parties shall be governed by, the law of the State of New York excluding choice-of-law principles of the law of such State that would permit the application of the laws of a jurisdiction other than such State.

A/73182248.3

If the foregoing is in accordance with your understanding, please sign and return this letter agreement to us.

Very truly yours,

VISTEON CORPORATION, as Borrower

By:_____
   Name:
   Title:

THE GUARANTORS

ARS, INC.

By:_____
Name:
Title:

FAIRLANE HOLDINGS, INC.

By:_____
Name:
Title:

GCM/VISTEON AUTOMOTIVE SYSTEMS, LLC

By:_____
Name:
Title:

GCM/VISTEON AUTOMOTIVE LEASING SYSTEMS, LLC

By:_____
Name:
Title:

INFINITIVE SPEECH SYSTEMS CORP.

By:_____
Name:
Title:


MIG-VISTEON AUTOMOTIVE SYSTEMS, LLC

By:_____
Name:
Title:


SUNGLAS, LLC


By:_____
Name:
Title:


THE VISTEON FUND


By:_____
Name:
Title:


TYLER ROAD INVESTMENTS, LLC


By:_____
Name:
Title:


VC AVIATION SERVICES, LLC


By:_____
Name:
Title:

A/73182248.3

VC REGIONAL ASSEMBLY &
MANUFACTURING, LLC

By:_____
Name:
Title:

VISTEON AC HOLDINGS CORP.

By:_____
Name:
Title:

VISTEON ASIA HOLDINGS, INC.

By:_____
Name:
Title:

VISTEON AUTOMOTIVE HOLDINGS, LLC

By:_____
Name:
Title:

VISTEON CARRIBEAN, INC.

By:_____
Name:
Title:

VISTEON CLIMATE CONTROL SYSTEMS
LIMITED

By:_____
Name:
Title:

VISTEON DOMESTIC HOLDINGS, LLC

By:_____
Name:
Title:

VISTEON ELECTRONICS CORPORATION

By:_____
Name:
Title:

VISTEON EUROPEAN HOLDINGS CORPORATION

By:_____
Name:
Title:

VISTEON FINANCIAL CORPORATION

By:_____
Name:
Title:

VISTEON GLOBAL TECHNOLOGIES, INC.

By:_____
Name:
Title:

VISTEON GLOBAL TREASURY, INC.

By:_____
Name:
Title:

VISTEON HOLDINGS, LLC

By:_____
Name:
Title:


VISTEON INTERNATIONAL BUSINESS DEVELOPMENT, INC.

By:_____
Name:
Title:


VISTEON INTERNATIONAL HOLDINGS, INC.

By:_____
Name:
Title:


VISTEON LA HOLDINGS CORP.

By:_____
Name:
Title:


VISTEON REMANUFACTURING, INCORPORATED

By:_____
Name:
Title:


VISTEON SYSTEMS, LLC

By:_____
Name:
Title:

VISTEON TECHNOLOGIES, LLC

By:_____
Name:
Title:

ACCEPTED AND AGREED:

[Lender Name], as Lender under the DIP Credit Agreement

By:_____
   Name:
   Title: