IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | ) Chapter 11 |
| VISTEON CORPORATION, et al.,[1] ) | ) Case No. 09-11786 (CSS) |
| Debtors. ) | ) Jointly Administered |
| ) | ) Related Docket Nos. 380, 481, 599, 689, 792, 952, 1110, 1161, 1242, 1303 |

**CERTIFICATION OF COUNSEL REGARDING NINTH INTERIM ORDER (I) AUTHORIZING THE USE OF CASH COLLATERAL UNDER 11 U.S.C. § 363, (II) GRANTING ADEQUATE PROTECTION UNDER 11 U.S.C. §§ 361, 362 AND 363 AND (III) SCHEDULING A FINAL HEARING UNDER BANKRUPTCY RULE 4001(B)**

The undersigned hereby certifies that:

1. On May 28, 2009, the *Motion of the Debtors for Entry of an Interim Order (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection to Prepetition Secured Lenders, and (C) Scheduling Final Hearing* (the "Motion") was filed [Docket No. 18].

2. On May 29, 2009, the *Interim Order (I) Authorizing the Use of Cash Collateral Under 11 U.S.C. § 363, (II) Granting Adequate Protection Under 11 U.S.C. §§ 361,*

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Visteon Corporation (9512); ARS, Inc. (3590); Fairlane Holdings, Inc. (8091); GCM/Visteon Automotive Leasing Systems, LLC (4060); GCM/Visteon Automotive Systems, LLC (7103); Infinitive Speech Systems Corp. (7099); MIG-Visteon Automotive Systems, LLC (5828); SunGlas, LLC (0711); The Visteon Fund (6029); Tyler Road Investments, LLC (9284); VC Aviation Services, LLC (2712); VC Regional Assembly & Manufacturing, LLC (3058); Visteon AC Holdings Corp. (9371); Visteon Asia Holdings, Inc. (0050); Visteon Automotive Holdings, LLC (8898); Visteon Caribbean, Inc. (7397); Visteon Climate Control Systems Limited (1946); Visteon Domestic Holdings, LLC (5664); Visteon Electronics Corporation (9060); Visteon European Holdings Corporation (5152); Visteon Financial Corporation (9834); Visteon Global Technologies, Inc. (9322); Visteon Global Treasury, Inc. (5591); Visteon Holdings, LLC (8897); Visteon International Business Development, Inc. (1875); Visteon International Holdings, Inc. (4928); Visteon LA Holdings Corp. (9369); Visteon Remanufacturing Incorporated (3237); Visteon Systems, LLC (1903); Visteon Technologies, LLC (5291). The location of the Debtors' corporate headquarters and the service address for all the Debtors is: One Village Center Drive, Van Buren Township, Michigan 48111.

DOCS_DE:154075.2

*362 and 363 and (III) Scheduling a Final Hearing Under Bankruptcy Rule 4001(b)* was entered [Docket No. 93].

3. Subsequently, this Court has entered a number of supplemental interim orders with respect to the Motion, the latest being the *Eighth Supplemental Interim Order (I) Authorizing the Use of Cash Collateral Under 11 U.S.C. § 363, (II) Granting Adequate Protection Under 11 U.S.C. §§ 361, 362 and 363 and (III) Scheduling a Final Hearing Under Bankruptcy Rule 4001(B)*, entered on November 12, 2009 [Docket No. 1303].

4. Attached hereto as Exhibit A is the proposed *Ninth Supplemental Interim Order (I) Authorizing the Use of Cash Collateral Under 11 U.S.C. § 363, (II) Granting Adequate Protection Under 11 U.S.C. §§ 361, 362 and 363 and (III) Scheduling a Final Hearing Under Bankruptcy Rule 4001(b)* (the "Proposed Order") that has been reviewed by, and is acceptable to, the Debtors, the Prepetition ABL Lenders, and the Committee.

5. A blackline comparing the Proposed Order to the Eighth Supplemental Interim Order is attached hereto as Exhibit B.

6. Accordingly, by way of this certification, the Debtors respectfully request the Court enter the Proposed Order attached hereto as Exhibit A at its earliest convenience.

Dated: December 10, 2009

KIRKLAND & ELLIS LLP
James H.M. Sprayregen, P.C. (IL 6190206)
Marc Kieselstein, P.C. (IL 6199255)
James J. Mazza, Jr. (IL 6275474)
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.sprayregen@kirkland.com
      marc.kieselstein@kirkland.com
      james.mazza@kirkland.com

-and-

PACHULSKI STANG ZIEHL & JONES LLP

_/s/_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
Mark M. Billion (Bar No. 5263)
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
      joneill@pszjlaw.com
      tcairns@pszjlaw.com
      mbillion@pszjlaw.com

Counsel for the Debtors and Debtors in Possession

3

DOCS_DE:154075.2