12-27-09

Honorable Judge Christopher S. Sontchi

Dear Sir:

My name is Sue Ann Erk. I worked at Ford + Visteon for 32½ yrs. retiring 2½ yrs. before they closed their doors. I retired early as others did to lock in my benefits or so they said. I just don't think it's fair to take away our benefits especially during a recession. I've already been hit hard being forced to sell our house, practically giving it away because of the economy. I thought retiring I'd get away from the competition, but I guess I'll be in competition until I die.

My new address is:
Sue Erk
8250 Floral Spring Dr.
Cordova, TN 38016
(901 791-4533)

FILED 2010 JAN -4 PM 3:42 CLERK U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE

Sincerely,
Sue Erk