North Little Rock Office Furniture
205 E Broadway
North Little Rock Ar 72114
501.374.9999.Phone
501.374.9998 FAX

# Estimate

| DATE | ESTIMATE # |
|---|---|
| 12/31/09 | 133 |

**BILL TO**

The Honorable Christopher S. Sontchi
US Bankruptcy Court for District of Delaware
824 Market St. 5th floor
Wilmington, Delaware 19801

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Dear Judge Sontchi; | | | 0.00 |
| | I apoligize for the format that this letter is sent to you in, but I am in the middle of invoicing some of my customers here in LIttle Rock, Arkansas and I wanted to get this in the mail today. | | | 0.00 |
| | I am writting to you as a concerned stockholder of Visteon Corp., which I'm sure you are aware is in bankrupcy in your district. I am asking that you help protect my, as well as thousands of other stockholders rights, against the fraudulent actions of the management of this company.There shell game of shiftting assets around currently and in the past with Ford Motor Co. are on a scale that would make Mr. Maddoff proud. | | | 0.00 |
| | I have been a small business owner for over 30 years and have never seen the kind of corruption and decay of ethics as I have witnessed over the last several years. | | | 0.00 |
| | I really believe that should companys like this continue to steal from there stockholders by cancellation of stocks, that the American free enterprise systems will decline into a free for all from which we can not climb out of, much to the detriment of this great nation. | | | 0.00 |
| | Respectfully yours; | | | 0.00 |
| | Jeffrey Joy | | | 0.00 |

Subtotal
8% Tax
**Total**