# SOTIRIOS I SIDERIS
## 6620 MESEDGE DR
## COLORADO SPRINGS, CO 80919

Judge Christopher S. Sontchi
824 North Market Street - 5th Floor
Wilmington, DE 19801

December 30, 2009

Dear Judge Sontchi,

I have just received a letter from Visteon Corporation indicating that they plan to cancel my family's health care. They have based this action on the court's recent decision to grant their request to be allowed to cancel health care for Visteon retirees.

I'm asking that you amend your ruling in this action, similarly to the exception granted to exclude the 110 North Penn workers, to exclude individuals who did NOT retire from Visteon but rather from Ford Microelectronics, Inc. I believe the following reasons justify this request.

1. The health insurance for myself and other FMI retirees has always been managed separately from the Visteon retirees as evidenced by the most recent health plan documents showing a separate plan for FMI retirees only.

2. Health insurance for the very small number of FMI retirees can hardly constitute a 'hardship' for a corporation the size of Visteon and hence should be continued on this basis alone.

3. Visteon 'inherited' the obligation to provide insurance for the FMI retirees from Ford Electronics Division who had been providing the coverage up until the time of the Visteon spin-off. The fact that Visteon continued to provide this coverage showed that they recognized this 'inherited obligation'.

4. That they did not combine the FMI health plan with that of Visteon retirees shows that they recognized this obligation as separate and distinct from their obligation to their own retirees.

Thank you very much for your attention in this matter. I hope you will decide to make the requested amendment to your ruling in the Visteon case.

Very Truly Yours,

Sotirios I Sideris
Ford Microelectronics, Inc. - Retired