Thursday, December 31, 2009  Court Case # 09-11786 (CSS)

To:

United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

FILED 2010 JAN -5 AM 11:04 CLERK U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE

Copy to:

Visteon Claims Processing
c/o Kurtzman Carson Consultant
2335 Alaska Ave.
El Segundo, CA 90245

Subject: Hearing on Visteon Pensions

I am writing to object to letting Visteon move its pension responsibility to Federal Gov't. I worked for FERCO all twenty seven years of my employment. I never worked one day for Visteon. I was a cost analyst in the controllers office and know we made money in Connersville plant until Visteon took over. I feel Ford has as much responsibility as Visteon since they just got rid of their obligation by selling us out. It's bad enough to lose our health insurance and life insurance but now they want to cut our pension. I spent a third of my life trying to keep good records & making sure each department stayed within their budget. I realize economy has been bad, but the

Page 1 of 2

CEO and upper fat cats always take their large bonus. If they can't manage a company they shouldn't have a job, let alone get a bonus for failing.

I am grateful I had a job with FERCO, as I was able to raise my three children, but I don't believe Visteon and Ford should be allowed to neglect their responsibility by taking the easy way out for the fat cats and letting us common hard working individuals pay for their inability to manage a company.

I feel if we have to lose they should too, let them close all their plants and have to give up their big salaries and all benefits.

I certainly hope you have compassion for all of us and do the morally right thing and let us keep our pension. You can put a stop to all this greediness of Visteon and Ford.

Sincerely,

Helen J. STRONG
2011 E. Wellsview Rd
Connersville, IN 47331
T: (765) 265-9711