December 29, 2009

United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801



RE: Case #09-11786

Dear Sir or Madam

My name is Joan Brockman and **I am a displaced worker** from what was Visteon Systems, LLC in Connersville, IN. The Connersville, Visteon Systems, LLC plant was closed. Production ceased in December 2007.

My husband is Mark Brockman and he is also a displaced worker from the Connersville Visteon Systems plant. Fortunately, when the plant closed, he met the minimum retirement requirements so he is currently drawing his pension. He is 58, I am 54, **and his pension is our main source of income.**

It is tough enough that we both lost our jobs; and, as I am sure you know, it has been decided that we are also losing our health insurance. My husband is now looking at having his pension reduced if the pension liabilities are moved to the government run PBGC and I will probably never see any of my pension if/when I reach the age at which I could draw my pension.

I object to Visteon moving its current pension liabilities to the PBGC and ask the court to deny the Visteon request. I believe we should ask some questions as to "who was minding the store" as our pensions went unprotected .**The Board of Directors of Ford/Visteon and its wholly owned subsidiaries did not protect the pensions.** We would not be writing these letters today if the Visteon Corporation Board of Directors and its management teams had not run the company into the ground. **Why is it that a small group of individuals can give themselves bonuses when its organization is losing money hand over fist? This same group of individuals that ran the company into the ground is now asking to drastically change the lives of many while they basically walk away unscathed.**

I am currently working for a third of my last salary with no pension benefits included in my benefit package. I am 8 years away from early social security, and 11 years away from Medicare. Gee, I wonder if there will be any social security or Medicare when my husband and I need it. Let's see, my future looks like this:

    I will have no pension/my husband's pension will be drastically reduced.
    I nor my husband will probably have no social security.
    I nor my husband will probably have no Medicare.

One thing is for sure, we will probably still being paying taxes and he and I will probably be working at McDonalds until we die. What a life.

Sincerely

Joan and Mark Brockman
903 Shawnee Place
Connersville, IN 47331
765-825-0758