Dear Sirs

Subj. Visteon Bankruptcy Case # 09-11786 Moving Pension to PBGC.

My name is William Rauthe and I had to take early retirement due to plant closure in Connersville Indiana. Where I was a production supervisor for 21 years.

I am objecting to allowing Visteon to move it's pension liabilities to the government run PBGC.

I worked for Ford wholly owned companies for 21 years 14 years prior to the spin off of Visteon as a separate company. Which was Ford Electronics and Refrigeration Corperation and its predeccesors.

During that time I paid into the retirement fund the maximum amount allowed over the 21 years. I believe, as a result of working for Ford Motor Company's wholly owned subsidiaries for the 14 years prior to the spin off of Visteon that Ford Motor Company did not protect the pensions of those of us who spent many years and contributed to our own pension under the Ford name.

Visteon pension and social security is the major part of my income. I am working a part time job trying the make ends meet. I was 61 years old when the plant closed and I was laid off. I had to take the early retirement to have money coming in while I was trying to find another full time job. I sent out many resumes and did not receive even a no thank you letter. Also exhausting my 401K before finally filing for social security at age 62 so I could pay rent and cover utilities. Like many others I had to file for bankruptcy and surrender my home and property which had been in the family since the late 1800's because I could not make the mortgage payments.

After already loosing my medical and life insurance as of April 1st 2010, loosing all or part of my pension would be an extreme hard ship on my family and me.

Therefore I object to allowing Visteon to move it's current pension liabilities to the PBGC and ask the court to deny the Visteon request.

I also ask the court to review the actual spin-off of Visteon in regards to how Ford Motor Company handled the pension liabilities.

Thank you for your consideration.

William C. Rauthe
7856 N. 450 W.
Milton, In. 47357