CASE # 09-11786

FILED
2010 JAN -6 PM 3:47
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Jan 3, 2010

Dear Judge Sontchi,

My wife worked at Visteon 32 yrs & I worked at Visteon 32 yrs. I retired in 2004 with 32 yrs & am only 56 yrs old. On April 1 I will have no insurance & my wife has medicare but on April 1 will have no supplement unless we pay for it ourselves. Now Visteon is wanting to send our pension plan to the Government for payment. My total temporary pension benefit is $2,250 per month until I am 62, of this $1,780.26/xxx is a early retirement supplement & $469.74/xxx is a life income benefit until I get 62 & then I receive $36.00/xxx for each year of my 32.06 years of employment $1,154.16/xxx plus Social Security. I know the Government doesn't have to pay the early supplement to me. How am I at 54 yrs old suppose to live if the Government sends me a check for $469.74/xxx per month cut from $2,250.00/xxx per month and also pay for all of my Insurance. How would a person who has worked 32 yrs. live on $469.74/xxx per month and no insurance till they get 62 and are supposed to receive $1,154.16/xxx starting at 62. Something is wrong if this is allowed to happen in the United States. Let Visteon keep paying our hourly pensions because they are not that bad off yet. My wife & I were both hourly employees. We will have to pay our insurance & now they want to do this to our pension that we worked for all those years. Thanks for your time Judge Sontchi. If I get cut to $469.74/xxx per month that wouldn't pay for a decent major medical insurance plan let alone be able to live.

Sincerely, Dean + Wanda McQueen
1069 Chappelow Road
West Harrison, Indiana 47060