Friday, January 01, 2010

To: US Bankruptcy Court

Subject: Visteon bankruptcy, case # 09-11786

Moving the Pensions to PBGC

From: James E Becht

Dear Sirs,

I am a thirty seven year, (thirty two years with Ford Motor Co. wholly owned subsidiaries) retiree from Visteon Sysytems, LLC

I am writing to object to the move of the pension plans to PBGC. I have contributed to this plan for the allowed years.

When I retired under the Voluntary Termination Incentive, the terms provided for my full pension.

Based on my service years, eighty six percent of my pension was with Ford Motor Co.

Ford Motor Co. has not protected these pensions, and I ask the court to deny this move to PBGC.

Thank you,

*James E. Becht 1/1/10*

James E Becht

cc: Kurtzman Carson Consultants, LLC