December 30, 2009

Dear Sirs:

Subject: Visteon Bankruptcy Case #09-11786, Moving Pension to PBGC



My name is Larry Corsaro. I am a retired Material Control Manager from Visteon, a previously wholly owned Ford Motor Company subsidiary.

I am objecting in allowing Visteon to move its pension liabilities to the Government run PBGC. I worked for Ford Motor Company for 28 years before it spun off to Visteon. My total seniority was 35 years with FERCO and VISTEON. I paid into the retirement fund the maximum allowed over that time frame. Something has got to be wrong with the transfer of retirement funds at the time of spin-off.

I lost approx. 2 years of income due to the edict by Visteon that anyone eligible for retirement had to do so prior to June 1, 2006 in order to keep their medical and life insurance. Per the recent Judge ruling, our medical and life insurances ends April 1, 2010. By having to pick up the total cost of medical insurance for my wife and I will be extremely expensive. Taking an additional reduction in my pension will be devastating.

On the day I retired, I was told that the Visteon retirement account was FULLY FUNDED. I object to allowing Visteon to move its current pension liabilities to PBGC and ask the court to deny the Visteon request.

Thank You.

*Larry Corsaro*
Larry Corsaro

144 E. County Road 450 N.

Connersville, IN 47331