Date:01-04-2010

Subject: Visteon Bankruptcy Case # 09-11786

Dear Sirs,
I retired In October of 1991 after 29 years of service as a salaried employee with Ford Electronics and Refrigeration Co. and Philco-Ford in various management positions.

I strongly object to allow Visteon to move its pension liabilities to the PBGC. I paid into the pension fund for many years with the above companies and never worked for Visteon yet my Major Medical and my Life insurance has already been cancelled by the court. In my opinion, Ford has some responsibility in this case.
I respectfully ask the court to deny this Visteon request for all the Ford Electronic and Refrigeration who are now retired and rely on their pensions along with Social Security to exist in these tough times.
.

Thank you for your kind attention.

> Sincerely,
> John H Cobb
> 685 Ivyland Rd
> Warminster, Pa. 18974
> 215-675-2999