Dear Sirs
Subject: Visteon Bankruptcy Case# 09-11786
Moving Pension to PBGC



My name is Charles Bishop and I am a retired from Visteon and previously wholly owned Ford Motor company subsidiaries

I am objecting to allowing Visteon to move it's pension liabilities to the Government run PBGC.

I worked for Ford wholly owned companies for 28 years prior to the spin off of Visteon as a separate company.
(Ford Electronics and Refrigeration Corp and it's predeccesors)

I paid into the retirement fund the maximum allowed for over 30 years.
I believe as a result of working for Ford Motor Company's wholly owned subsidiaries for all those years that Ford Motor Company did not protect the pensions of those of us who spent many years and contributed to our own pension under the Ford Name

I object to allowing Visteon to move the current pension liabilities to the PBGC and ask the court to deny the Visteon request.
I also asked the court to review the actual spin-off of Visteon in regards to how Ford Motor handled the pension liabilities

Thank You
Charles Bishop.

604 Cherokee Lane.
Connersville Ind. 47331.

12-30-09