JAN. 1, 2010

REF: COURT CASE 09-11786

SIRS:

I RECENTLY FOUND OUT THAT VISTEON HAS PROPOSED MOVING OUR PENSION TO A FEDERAL GOVERMENT PROGRAM. I HOPE THIS IS NOT TRUE. I WORKED FOR 42 YEARS RETIRING WHEN IT WAS FERCO, A PART OF FORD MOTOR CO.

I HAVE NOT RECEIVED ANY INFORMATION FROM VISTEON ABOUT THIS. IT SEEMS STRANGE THEY WOULD BE DOING THIS JUST AS THE ECONOMY APPEARS TO BE RECOVERING.

I HOPE THE BANKRUPTCY COURT RULES IN OUR FAVOR. IF WE TAKE A LOSS OF INCOME FROM SUCH A MOVE I FEAR IT WILL BE PERMANENT.

HERBERT H. STANTON
402 N. GRAY RD.
CONNERSVILLE, IN. 47331

(FORMER SALARY EMPLOYEE)

FILED 2010 JAN -6 AM 11:00 CLERK U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE