Case # 09-11786

Jan 4, 2010

Dear Judge Sontchi,

This is a follow up letter to our Jan 3rd letter. Enclosed are copies of our hourly pension plan statement for 2007. As you can tell the plan assets were $276,151,763 and expenses that year were $24,709,366 the plan earned interest of $20,833,947 which meant the plan was costing $3,875,419 even if Visteon made no contributions to the plan. If everything continued at this rate the company had enough money in the plan to pay benefits for 71 years. That is if no one in the plan passed away. Your Honor you can't tell us that Visteon needs to shift this pension plan to the Government for payment. At the outside none of the participants could live over 40-45 years. The company has enough money in this plan to pay us 71 years and they want to shift this to the Government? Anyone with any common sense can see that they are just doing this to possibly cut the younger retirees benefits. They already are taking our insurance and we respectfully request that you not let them get away with this. This would ruin all of the younger people who retired from Connersville + Bedford for no reason. Thanks for you time Judge Sontchi,

Sincerely,

Dean + Wanda McQueen
1069 Chappelow Rd.
West Harrison, Indiana 47060

P.S. This pension plan isn't in bad shape at all + doesn't need to be transferred to the Government.

P.P.S. THIS MEANS OUR SURVIVAL YOUR HONOR.

Case # 09-11786



To: Participants and Beneficiaries

Re: 2007 Financial Summary Annual Report

As required by the Employee Retirement Income Security Act of 1974, Visteon is providing the following summary annual report (SAR) to all participants and beneficiaries in the Plan named below. The SAR provides a brief financial summary of a comprehensive report that Visteon prepares and submits annually to the Internal Revenue Service and the Department of Labor. *No action on your part is required unless you want to receive a copy of the full report.*

December 15, 2008

## FOR PENSION PLAN OF VISTEON SYSTEMS LLC CONNERSVILLE AND BEDFORD PLANTS

This is a summary of the annual report for the PENSION PLAN OF VISTEON SYSTEMS LLC CONNERSVILLE AND BEDFORD PLANTS, EIN 38-3451903, Plan No. 003, for period January 1, 2007 through December 31, 2007. The annual report has been filed with the Employee Benefits Security Administration, U.S. Department of Labor, as required under the Employee Retirement Income Security Act of 1974 (ERISA).

### Basic Financial Statement

Benefits under the Plan are provided through a trust fund. Plan expenses were $24,709,366. These expenses included $760,279 in administrative expenses and $23,949,087 in benefits paid to participants and beneficiaries. A total of 5,218 persons were participants in or beneficiaries of the Plan at the end of the Plan year, although not all of these persons had yet earned the right to receive benefits.

The value of Plan assets, after subtracting liabilities of the Plan, was $276,151,763 as of December 31, 2007, compared to $267,527,182 as of January 1, 2007. During the Plan year the Plan experienced an increase in its net assets of $8,624,581. This increase includes unrealized appreciation and depreciation in the value of Plan assets; that is, the difference between the value of the Plan's assets at the end of the year and the value of the assets at the beginning of the year or the cost of assets acquired during the year. The Plan had total income of $33,333,947 including employer contributions of $12,500,000 and earnings from investments of $20,833,947.

### Minimum Funding Standards

An actuary's statement shows that enough money was contributed to the Plan to keep it funded in accordance with the minimum funding standards of ERISA.

### Your Rights To Additional Information

You have the right to receive a copy of the full annual report, or any part thereof, on request. The items listed below are included in that report:

1. an accountant's report;
2. financial information and information on payments to service providers;
3. assets held for investment;
4. information regarding any common or collective trusts, pooled separate accounts, master trusts or 103-12 investment entities in which the Plan participates; and
5. actuarial information regarding the funding of the Plan.

To obtain a copy of the full annual report, or any part thereof, write or call VISTEON SYSTEMS LLC, ONE VILLAGE CENTER DRIVE, VAN BUREN TWP, MI 48111-5711, (734) 710-5784. The charge to cover copying costs will be 25 cents per page.

You also have the right to receive from the Plan administrator, on request and at no charge, a statement of the assets and liabilities of the Plan and accompanying notes, or a statement of income and expenses of the Plan and accompanying notes, or both. If you request a copy of the full annual report from the Plan administrator, these two statements and accompanying notes will be included as part of that report. The charge to cover copying costs given above does not include a charge for the copying of these portions of the report because these portions are furnished without charge.

You also have the legally protected right to examine the annual report at the main office of the Plan (VISTEON SYSTEMS LLC, ONE VILLAGE CENTER DRIVE, VAN BUREN TWP, MI 48111-5711) and at the U.S. Department of Labor in Washington, D.C., or to obtain a copy from the U.S. Department of Labor upon payment of copying costs. Requests to the Department should be addressed to: Public Disclosure Room, Room N1513, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue, N.W., Washington, D.C. 20210.

3.VI-C-770R.101

Form r

Case # 09-11786

Jan 4, 2010

As you can see from the previous page even if the $276,151,743 were put in a 5 yr CD at say 3% it would pay $8,284,552 and if expenses (which continue to drop every year as people turn 62) were $24,709,344 the plan even with no Visteon contributions would pay out 16,424,814. (which of course will drop every year as people pass away + turn 62) the $276,151,743 would last 16.8 years and of course as the younger retirees turn 62 the plan expenses continue to drop every year. The younger retirees probably only have 6 yrs to reach age 62 which means the plan would probably not run out of money until (a rough guess 25 or 30 years and by that time most of the participants will have passed away. Judge Sontchi as you can tell the Connersville, Bedford pension plan for hourly employees doesn't need to be transferred to the Government for payment and we respectfully request that you not allow Visteon to transfer this plan to the Government for no reason in your ruling. Visteon has already taken our insurance. Please don't let them take our pensions when it doesn't have to be done as you can plainly see. In your heart you know this is not right. Thank you for your time Judge Sontchi.

Sincerely,
Dean + Wanda McQueen
1069 Chappelow Rd.
West Harrison, Indiana
47060