# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| VISTEON CORPORATION, et al.,[1] | ) Case No. 09-11786 (CSS) |
| Debtors. | ) Jointly Administered |

## AFFIDAVIT OF SERVICE

I, Michael J. Robin, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the claims and noticing agent for the Debtors in the above-captioned cases.

On January 11, 2010, at my direction and under my supervision, employees of KCC caused the following document to be served via First Class mail on the service list attached hereto as **Exhibit A**:

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Visteon Corporation (9512); ARS, Inc. (3590); Fairlane Holdings, Inc. (8091); GCM/Visteon Automotive Leasing Systems, LLC (4060); GCM/Visteon Automotive Systems, LLC (7103); Infinitive Speech Systems Corp. (7099); MIG-Visteon Automotive Systems, LLC (5828); SunGlas, LLC (0711); The Visteon Fund (6029); Tyler Road Investments, LLC (9284); VC Aviation Services, LLC (2712); VC Regional Assembly & Manufacturing, LLC (3058); Visteon AC Holdings Corp. (9371); Visteon Asia Holdings, Inc. (0050); Visteon Automotive Holdings, LLC (8898); Visteon Caribbean, Inc. (7397); Visteon Climate Control Systems Limited (1946); Visteon Domestic Holdings, LLC (5664); Visteon Electronics Corporation (9060); Visteon European Holdings Corporation (5152); Visteon Financial Corporation (9834); Visteon Global Technologies, Inc. (9322); Visteon Global Treasury, Inc. (5591); Visteon Holdings, LLC (8897); Visteon International Business Development, Inc. (1875); Visteon International Holdings, Inc. (4928); Visteon LA Holdings Corp. (9369); Visteon Remanufacturing Incorporated (3237); Visteon Systems, LLC (1903); Visteon Technologies, LLC (5291). The location of the Debtors' corporate headquarters and the service address for all the Debtors is: One Village Center Drive, Van Buren Township, Michigan 48111.

- **Notice of Status Conference to Consider the Appointment of an Official Committee of Pension Plan Participants; to be Held on January 21, 2010 at 11:00 a.m. Prevailing Eastern Time** [attached hereto as **Exhibit B**]

Dated: January 12, 2010

                                              Michael J. Robin
                                              Kurtzman Carson Consultants LLC
                                              2335 Alaska Avenue
                                              El Segundo, CA 90245
                                              Phone: (310) 823-9000

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on January 12, 2010, by Michael J. Robin, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

```
GABRIELA MEDINA
Commission # 1853581
Notary Public - California
Los Angeles County
My Comm. Expires Jun 11, 2013
```

# EXHIBIT A

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Andrews Kurth LLP | Jonathan Levine Esq | 450 Lexington Ave 15th Fl | Ad Hoc Comm of 12.25% Noteholders | New York | NY | 10017 |
| Arent Fox LLP | J M Sullivan Esq & H M Vogel Esq | 1675 Broadway | | New York | NY | 10019 |
| Arnall Golden Gregory LLP | Darryl S Laddin & Frank N White | 171 17th St NW Ste 2100 | | Atlanta | GA | 30363-1031 |
| Ashby & Geddes PA | William P Bowden & Gregory A Taylor | 500 Delaware Ave 8th Fl | | Wilmington | DE | 19801 |
| AT&T Services Inc | Attn James W Grudus | One AT&T Way Rm 3A218 | Law Group Counsel | Bedminster | NJ | 07921 |
| Attorneys for TDK Corp of America | Anthony Michael Sabino | 92 Willis Ave 2nd Fl | | Mineola | NY | 11501 |
| Baker & Hostetler LLP | Eric R Goodman | 3200 National City Center | 1900 E 9th St | Cleveland | OH | 44114-3485 |
| Baker & McKenzie LLP | David W Parham & R Adam Swick | 2300 Trammell Crow Ctr | 2001 Ross Ave | Dallas | TX | 75201 |
| Ball Ball Matthews & Novak PA | Jason R Watkins | 107 St Francis St Ste 2515 | PO Box 2648 | Mobile | AL | 36652 |
| Bank of NY Trust Co | | 2 N LaSalle St Ste 1020 | | Chicago | IL | 60602 |
| Barnes & Thornburg LLP | John T Gregg | 171 Monroe Ave NW Ste 1000 | | Grand Rapids | MI | 49503 |
| Barnes & Thornburg LLP | Peter A Clark Esq | One N Wacker Dr Ste 4400 | | Chicago | IL | 60606 |
| Bingham McCutchen LLP | Marc R Leduc | One Federal St | | Boston | MA | 02110-1726 |
| Bingham McCutchen LLP | Michael J Reilly | 399 Park Ave | | New York | NY | 10022-4689 |
| Bingham McCutchen LLP | P S Willett A Kyle & R Rutkowski | One Federal St | | Boston | MA | 02110-1726 |
| Bingham McCutchen LLP | Peter H Bruhn | One State St | | Hartford | CT | 06103-3178 |
| Bodman LLP | Colin T Darke Esq | 6th Floor at Ford Field | 1901 St Antoine St | Detroit | MI | 48226 |
| Bodoff & Associates PC | Joseph S.U. Bodoff Esq | 120 Water St | | Boston | MA | 02109 |
| Borges & Associates LLC | Wanda Borges Esq | 575 Underhill Blvd Ste 118 | | Syosset | NY | 11791 |
| Bradley Arant Boult Cummings LLP | Austin L McMullen | 1600 Division St Ste 700 | PO Box 340025 | Nashville | TN | 37203 |
| Bradley Arant Boult Cummings LLP | J R Bender Esq & J H Henderson Esq | One Federal Pl | 1819 Fifth Ave N | Birmingham | AL | 35203 |
| Bradley Arant Boult Cummings LLP | Roger G Jones & Austin L McMullen | 1600 Division St Ste 700 | PO Box 340025 | Nashville | TN | 37203 |
| Bronwen Price | Gail B Price Esq | 2600 Mission St Ste 206 | | San Marino | CA | 91108 |
| Brooks Wilkins Sharkey & Turco PLLC | Paula A Hall | 401 S Old Woodward Ave Ste 460 | | Birmingham | MI | 48009 |
| Brown & Connery LLP | Donald K Ludman Esq | 6 N Broad St Ste 100 | | Woodbury | NJ | 08096 |
| Brown Rudnick LLP | Howard L Siegel | CityPlace I | | Hartford | CT | 06103 |
| Brown Rudnick LLP | Jeremy B Coffey | One Financial Center | | Boston | MA | 02111 |
| Brown Rudnick LLP | Robert J Stark | Seven Times Square | | New York | NY | 10036 |
| Bryan Cave LLP | C J Lawhorn Esq & D M Unseth Esq | One Metropolitan Sq | 211 N Broadway Ste 3600 | St Louis | MO | 63102 |
| Bryan Cave LLP | Michelle McMahon Esq | 1290 Avenue of the Americas | | New York | NY | 10104 |
| Buchalter Nemer PC | Shawn M Christianson Esq | 333 Market St 25th Fl | | San Francisco | CA | 94105-2126 |
| Burr & Forman LLP | D C Carson D F Meek & J B Kimble | 420 N 20th St Ste 3400 | | Birmingham | AL | 35203 |
| Carmody MacDonald PC | John E Hilton | 120 S Central Ste 1800 | | Clayton | MO | 63105 |
| Carson Fischer PLC | L A Lichtman & C A Grosman | 4111 Andover Rd W 2nd Fl | | Bloomfield Hills | MI | 48302 |
| Central States Law Dept | Timothy C Reuter Esq | 9377 W Higgins Rd 10th Fl | | Rosemont | IL | 60018-4938 |
| Clark Hill PLC | Robert D Gordon | 151 S Old Woodward Ave Ste 200 | | Birmingham | MI | 48009 |
| Cleary Gottlieb Steen & Hamilton LLP | Lisa M Schweitzer Esq | One Liberty Plz | | New York | NY | 10006 |
| Connell Foley LLP | S V Falanga & C M Hemrick | 85 Livingston Ave | | Roseland | NJ | 07068 |
| Connolly Bove Lodge & Hutz LLP | K C Bifferato & M J Phillips | The Nemours Bldg 1007 N Orange St | PO Box 2207 | Wilmington | DE | 19899 |
| Cooch and Taylor PA | Susan E Kaufman Esq | The Brandywine Bldg | 1000 W St 10th Fl | Wilmington | DE | 19801 |
| Corporate Counsel QAD Inc | Stephen R Tyler Esq | 10000 Midlantic Dr Ste 100 W | | Mount Laurel | NJ | 08054 |
| Cross & Simon LLC | Joseph Grey | 913 N Market St 11th Fl | | Wilmington | DE | 19801 |
| Dakmak Peurach PC | Robert A Peurach | 615 Griswold Ste 600 | | Detroit | MI | 48226 |
| Delaware Dept of Justice | Div of Securities | 820 N French St 5th Fl | | Wilmington | DE | 19801 |
| Delaware Secretary of the State | Division of Corps Franchise Tax | PO Box 898 | | Dover | DE | 19903 |
| Delaware Secretary of the Treasury | | PO Box 7040 | | Dover | DE | 19903 |
| Dickinson Wright PLLC | Michael C Hammer | 301 E Liberty Ste 500 | | Ann Arbor | MI | 48104 |
| Dickinson Wright PLLC | Trent B Collier | 301 E Liberty Ste 500 | | Ann Arbor | MI | 48104 |
| Eckert Seamans Cherin & Mellott LLC | Margaret F England Esq | 300 Delaware Ave Ste 1210 | | Wilmington | DE | 19801 |
| ECT | Katherine H Pierce SVP | 3701 NW 98th St | | Gainesville | FL | 32606-5004 |

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Edwards Angell Palmer & Dodge LLP | Larry D Henin | 750 Lexington Ave | | New York | NY | 10022 |
| Edwards Angell Palmer & Dodge LLP | R Craig Martin & Cynthia Moh | 919 N Market St Ste 1500 | | Wilmington | DE | 19801 |
| Edwards Angell Palmer & Dodge LLP | Richard Hiersteiner & Judy A Groves | 111 Huntington Ave | | Boston | MA | 02199-7613 |
| Edwards Angell Palmer & Dodge LLP | Stuart M Brown & Cynthia E Moh | 919 Market St 15th Fl | | Wilmington | DE | 19801 |
| Elliott Greenleaf | R Zahralddin Aravena & S Kinsella | 1105 N Market St Ste 1700 | | Wilmington | DE | 19801 |
| Erman Teicher Miller Zucker | Julie B Teicher & David M Eisenberg | 400 Galleria Officentre Ste 444 | | Southfield | MI | 48034 |
| Exel Inc | Martin Boratyn General Counsel | 570 Polaris Pkwy | | Westerville | OH | 43082 |
| Faegre & Benson LLP | M R Stewart & J D Miernicki | 2200 Wells Fargo Ctr | 90 S Seventh St | Minneapolis | MN | 55402-3901 |
| Ford Motor Company | Daniella Saltz Esq | Office of the General Counsel | One American Rd Ste 416 WHQ | Dearborn | MI | 48126 |
| Freescale Semiconductor | Randy Hyzak | 6501 William Cannon Dr W | | Austin | TX | 78735 |
| Frost Brown Todd LLC | Ronald E Gold | 2200 PNC Ctr | 201 E Fifth St | Cincinnati | OH | 45202 |
| Fulbright & Jaworski LLP | Berry D Spears & Anna Maria Mendez | 600 Congress Ave Ste 2400 | | Austin | TX | 78701 |
| Fulbright & Jaworski LLP | David A Rosenzweig Esq | 666 Fifth Ave | | New York | NY | 10103 |
| Fulbright & Jaworski LLP | Johnathan C Bolton Esq | Fulbright Tower | 1301 McKinney Ste 5100 | Houston | TX | 77010-3095 |
| Fulbright & Jaworski LLP | Michael M Parker | 300 Convent St Ste 2200 | | San Antonio | TX | 78205 |
| Gibbons PC | David N Crapo Esq | One Gateway Ctr | | Newark | NJ | 07102-5310 |
| Goldberg Kohn Bell Black Rosenbloom | Jeremy M Downs | 55 E Monroe St Ste 3300 | | Chicago | IL | 60603-5792 |
| Gordon Feinblatt Rothman | Hoffberger & Hollander LLC | Lawrence D Coppel Esq | 233 E Redwood St | Baltimore | MD | 21202 |
| Haynes & Boone LLP | Judith Elkin | 1221 Avenue of the Americas 26th Fl | | New York | NY | 10020-1007 |
| Hodgson Russ LLP | Attn Julia S Kreher Esq | 140 Pearl St Ste 100 | The Guaranty Bldg | Buffalo | NY | 14202 |
| Holland & Knight LLP | Rod Anderson & Noel R Boeke | PO Box 1288 | | Tampa | FL | 33601-1288 |
| Honigman Miller Schwartz & Cohn LLP | Donald F Baty Jr Esq | 2290 First National Bldg | 660 Woodward Ave | Detroit | MI | 48226 |
| Honigman Miller Schwartz & Cohn LLP | E Todd Sable | 2290 First National Bldg | 660 Woodward Ave | Detroit | MI | 48226-3506 |
| Honigman Miller Schwartz & Cohn LLP | Joseph R Sgroi Esq | 2290 First National Bldg | 660 Woodward Ave Ste 2290 | Detroit | MI | 48226 |
| Honigman Miller Schwartz & Cohn LLP | Robert B Weiss | 2290 First National Bldg | | Detroit | MI | 48225 |
| Honigman Miller Schwartz & Cohn LLP | Tricia A Sherick | 2290 First National Bldg | 660 Woodward Ave | Detroit | MI | 48226 |
| IBM Corporation | Beverly H Shideler | Two Lincoln Ctr | | Oakbrook Terrace | IL | 60181 |
| IBM Corporation | Vicky Namken | 13800 Diplomat Dr | | Dallas | TX | 75234 |
| IBM Credit LLC | Andy Gravina Special Handling Group | 4111 Northside Pkwy | | Atlanta | GA | 30327 |
| IBM Credit LLC | Peter Brown | 4111 Northside Pkwy NW | L08H07 | Atlanta | GA | 30327-3015 |
| IKON Office Solutions | Recovery & Bankruptcy Group | 3920 Arkwright Rd Ste 400 | | Macon | GA | 31210 |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 21126 | | Philadelphia | PA | 19114-0326 |
| International Union UAW | Niraj R Ganatra Esq | 8000 E Jefferson Ave | | Detroit | MI | 48214 |
| Jason Incorporated | Will Schultz General Counsel | 411 E Wisconsin Ave Ste 2120 | | Milwaukee | WI | 53202 |
| K & S Wiring Systems Inc | Robert Mitchell | 323 Mason Rd Ste A | | Lavergne | TN | 37086 |
| Kelley Drye & Warren LLP | Benjamin D Feder & Gilbert R Saydah Jr | 101 Park Ave | | New York | NY | 10178 |
| Kilpatrick & Associates PC | Leonora K Baughman | 903 N Opdyke Rd Ste C | | Auburn Hills | MI | 48326 |
| Kilpatrick & Associates PC | Richardo I Kilpatrick | 903 N Opdyke Rd Ste C | | Auburn Hills | MI | 48326 |
| LA County Treasurer & Tax Collector | | PO Box 54110 | | Los Angeles | CA | 90054-0110 |
| Lambert Leser Isackson Cook Giunta | Susan M Cook & Keith A Schofner | 916 Washington Ave Ste 309 | | Bay City | MI | 48708 |
| Landis Rath & Cobb LLP | Adam G Landis & Kerri K Mumford | 919 Market St Ste 1800 | | Wilmington | DE | 19801 |
| Landis Rath & Cobb LLP | W E Chipman Jr & K K Mumford | 919 Market St Ste 1800 | | Wilmington | DE | 19801 |
| Law Debenture Trust Co of NY | James D Heaney | 400 Madison Ave | | New York | NY | 10017 |
| Linebarger Goggan Blair & Sampson | David G Aelvoet | 711 Navarro Ste 300 | | San Antonio | TX | 78205 |
| Linebarger Goggan Blair & Sampson | Elizabeth Weller | 2323 Bryan St Ste 1600 | | Dallas | TX | 75201 |
| Linebarger Goggan Blair & Sampson | John P Dillman | PO Box 3064 | | Houston | TX | 77253-3064 |
| Maddin Hauser Wartell Roth & Heller | Michael S Leib | 28400 Northwestern Hwy 3rd Fl | | Southfield | MI | 48034 |
| McDowell Rice Smith & Buchanan PC | A J Misler Esq | 605 W 47th St Ste 350 | | Kansas City | MO | 64112 |
| McDowell Rice Smith & Buchanan PC | A J Misler Esq & J F B Daniels Esq | 605 W 47th St Ste 350 | | Kansas City | MO | 64112 |
| McGuire Craddock & Strother PC | J Mark Chevallier & James G Rea | 3550 Lincoln Plz | 500 N Akard St | Dallas | TX | 75201 |

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| McGuireWoods LLP | John F Pollick Esq | 77 W Wacker Dr Ste 4100 | | Chicago | IL | 60601-1818 |
| McGuireWoods LLP | Mark E Freedlander Esq | EQT Plz | 625 Liberty Ave 23rd Fl | Pittsburgh | PA | 15222 |
| Miller Canfield Paddock & Stone PLC | Donald J Hutchinson Esq | 150 W Jefferson Ste 2500 | | Detroit | MI | 48226-4415 |
| Miller Canfield Paddock & Stone PLC | S S LaPlante Esq and J S Greene Esq | 150 W Jefferson Ste 2500 | | Detroit | MI | 48226-4415 |
| Missouri Dept of Revenue | Sheryl L Moreau Bankruptcy Unit | PO Box 475 | | Jefferson City | MO | 65105 |
| Monarch Alternative Capital LP | Patrick Bartels | 535 Madison Ave | | New York | NY | 10022 |
| Montgomery McCracken Walker Rhoads | Natalie D Ramsey & Laurie A Krepto | 1105 N Market St Ste 1500 | | Wilmington | DE | 19801 |
| Moore & Van Allen PLLC | Cynthia Jordan Lowery Esq | 40 Calhoun St Ste 300 | PO Box 22828 | Charleston | SC | 29413-2828 |
| Morgan Lewis & Bockius LLP | Howard S Beltzer & Emmeline S Liu | 101 Park Ave | | New York | NY | 10178 |
| Morris James LLP | Brett D Fallon Esq | 500 Delaware Ave Ste 1500 | PO Box 2306 | Wilmington | DE | 19899-2306 |
| Morris James LLP | Carl N Kunz III | 500 Delaware Ave Ste 1500 | PO Box 2306 | Wilmington | DE | 19899-2306 |
| Morris Nichols Arsht & Tunnell LLP | D C Abbot G T Donilon & J A Sensing | 1201 N Market St | PO Box 1347 | Wilmington | DE | 19899-1347 |
| Munsch Hardt Kopf & Harr PC | Joseph J Wielebinski | 3800 Lincoln Plz | 500 N Akard St | Dallas | TX | 75201-6659 |
| Nissan Trading Corp USA | Mr Kenichi Takatsuki | 1974 Midway Ln | | Smyrna | TN | 37167 |
| Nutter McClennen & Fish LLP | James F Coffey Esq | 155 Seaport Blvd | World Trade Center West | Boston | MA | 02210-2604 |
| Office of the United States Trustee | Jane Leamy | 844 King St Ste 2207 | Lockbox 35 | Wilmington | DE | 19801 |
| Office of the US Attorney General | Joseph R Biden III | Carvel State Office Building | 820 N French St | Wilmington | DE | 19801 |
| PA Dept of Labor & Industry | Denise A Mertz | 625 Cherry St Rm 203 | Bankruptcy & Compliance Unit | Reading | PA | 19602-1184 |
| Pension Benefit Guaranty Corp | J W Ruderman Esq & T B Anderson Esq | Office of the Chief Counsel | 1200 K St NW | Washington | DC | 20005-4026 |
| Polsinelli Shughart PC | C A Ward Esq & S M Katona Esq | 222 Delaware Ave Ste 1101 | | Wilmington | DE | 19801 |
| Post & Schell PC | Brian W Bisignani Esq | 17 N 2nd St 12th Fl | | Harrisburg | PA | 17101-1601 |
| Rawle & Henderson LLP | Gary Seitz | 300 Delaware Ave Ste 1015 | | Wilmington | DE | 19899-0588 |
| Reed Smith LLP | Ann E Pille Esq | 10 S Wacker Dr 40th Fl | | Chicago | IL | 60606 |
| Reed Smith LLP | Kathleen A Murphy Esq | 1201 N Market St Ste 1500 | | Wilmington | DE | 19801 |
| Richards Layton & Finger PA | John H Knight & Marisa A Terranova | One Rodney Sq | 920 N King St | Wilmington | DE | 19801 |
| Richards Layton & Finger PA | Paul N Heath | One Rodney Sq | 920 N King St | Wilmington | DE | 19801 |
| Saul Ewing LLP | Mark Minuti Esq | 222 Delaware Ave Ste 1200 | PO Box 1266 | Wilmington | DE | 19899 |
| Schulte Roth & Zabel LLP | D M Hillman Esq & M M Breen Esq | 919 Third Ave | | New York | NY | 10022 |
| Securities & Exchange Commission | Daniel M Hawke Regional Dir | The Mellon Independence Ctr | 701 Market St | Philadelphia | PA | 19106-1532 |
| Securities & Exchange Commission | | 100 F St NE | | Washington | DC | 20549 |
| Self Insurers Security Fund | Dennis J Raterink Asst AG | Labor Division | PO Box 30736 | Lansing | MI | 48909 |
| Siemens Product Lifecycle Mgmt Inc | Thomas Eberle | 2000 Eastman Dr | | Milford | OH | 45150 |
| Simpson Thatcher & Bartlett LLP | Patrick J Ryan | 425 Lexington Ave | | New York | NY | 10017-3954 |
| Skadden Arps Slate Meagher & Flom | George Panagakis | 155 N Wacker Dr | | Chicago | IL | 60606 |
| Skadden Arps Slate Meagher & Flom | Sarah E Pierce | One Rodney Sq | 10th & King Streets | Wilmington | DE | 19801 |
| Skadden Arps Slate Meagher & Flom | Seth E Jacobson | 155 N Wacker Dr | | Chicago | IL | 60606 |
| Smith Katzenstein Furlow LLP | Kathleen Miller | 800 Delaware Ave Ste 1000 | PO Box 410 | Wilmington | DE | 19899 |
| Spector & Ehrenworth PC | Douglas A Goldstein Esq | 30 Columbia Turnpike | | Florham Park | NJ | 07932-2261 |
| Stevens & Lee PC | Beth Stern Fleming | 1818 Market St 29th Fl | | Philadelphia | PA | 19103 |
| Stevens & Lee PC | F C Sabatino & J C Kilgannon | 1818 Market St 29th Fl | | Philadelphia | PA | 19103-1702 |
| Stradley Ronon Stevens & Young LLP | Kevin W Goldstein Esq | 300 Delaware Ave Ste 800 | | Wilmington | DE | 19801 |
| Sullivan & Cromwell LLP | S Holley L Wiesel D Pietro B Walker | 125 Broad St | | New York | NY | 10004-2498 |
| Sullivan Hazeltine Allinson LLC | Elihu E Allinson III Esq | 4 E 8th St Ste 400 | | Wilmington | DE | 19801 |
| Sullivan Hazeltine Allinson LLC | William A Hazeltine Esq | 4 E 8th St Ste 400 | | Wilmington | DE | 19801 |
| Sullivan Hazeltine Allinson LLC | William D Sullivan Esq | 4 E 8th St Ste 400 | | Wilmington | DE | 19801 |
| Tennessee Dept of Labor & Workforce | TN Attny Gen Office Bankruptcy Div | PO Box 20207 | | Nashville | TN | 37202-0207 |
| Thompson Coburn LLP | Dennis E Quaid | 55 E Monroe | | Chicago | IL | 60603 |
| Unisys Corporation | Janet Fitzpatrick Legal Asst | Unisys Way | PO Box 500 MS E8 108 | Blue Bell | PA | 19424 |
| Varnum LLP | M McElwee A Brody & R Littleton II | 333 Bridge St NW | PO Box 352 | Grand Rapids | MI | 49501-0352 |
| Vedder Price PC | A N Gelman Esq & J E Aberman Esq | 222 N LaSalle St Ste 2600 | | Chicago | IL | 60601 |

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Vorys Sater Seymour and Pease LLP | Tiffany Strelow Cobb Esq | 52 E Gay St | | Columbus | OH | 43215 |
| Waller Lansden Dortch & Davis LLP | M R Paslay & E B Schultenover | 511 Union St Ste 2700 | | Nashville | TN | 37219 |
| Warner Norcross & Judd LLP | Gordon J Toering | 900 Fifth Third Ctr | 111 Lyon St NW | Grand Rapids | MI | 49503 |
| Weber & Rose PSC | Cathy S Pike Esq | 471 W Main St Ste 400 | | Louisville | KY | 40202 |
| White & Williams LLP | James S Yoder Esq | 824 N Market St Ste 902 | PO Box 709 | Wilmington | DE | 19899-0709 |
| White & Williams LLP | Marc S Casarino Esq | 824 N Market St Ste 902 | PO Box 709 | Wilmington | DE | 19899-0709 |
| Whiteford Taylor & Preston LLP | Brent C Strickland Stephen B Gerald | Seven Saint Paul St | | Baltimore | MD | 21202-1636 |
| Whittington & Aulgur | R T Aulgur Jr & K J Doughty | 651 N Broad St Ste 206 | | Middletown | DE | 19709 |
| Wilmington Trust FSB | Renee Kuhl | 50 South Sixth St Ste 1290 | | Minneapolis | MN | 55402 |
| Womble Carlyle Sandridge & Rice | Matthew P Ward Esq | 222 Delaware Ave Ste 1501 | | Wilmington | DE | 19801 |
| Zdarsky Sawicki & Agostinelli LLP | Mark J Schlant Esq | 404 Cathedral Pl | 298 Main St | Buffalo | NY | 14202 |
| Pension Plan participants available upon request | | | | | | |

# **EXHIBIT B**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| VISTEON CORPORATION, <u>et al.</u>,[1] | ) ) ) | Case No. 09-11786 (CSS) |
|  | ) ) | Jointly Administered |
| Debtors. | ) ) |  |

## NOTICE OF STATUS CONFERENCE TO CONSIDER THE APPOINTMENT OF AN OFFICIAL COMMITTEE OF PENSION PLAN PARTICIPANTS

**TO:** Participants in the (a) Visteon Pension Plan (the "<u>VPP</u>"), (b) Visteon Systems Connersville and Bedford Pension Plan (the "<u>C&B Plan</u>"), (c) Visteon Caribbean, Inc. Pension Plan (the "<u>Caribbean Plan</u>"), (d) Visteon UAW Account Pension Plan (the "<u>UAW Plan</u>"), and (e) those persons who have requested notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE NOTICE THAT** on January 8, 2010, the Honorable Christopher S. Sontchi issued the Order Scheduling Status Conference Pursuant to 11 U.S.C. § 105(d) regarding whether to appoint an official committee of participants in the VPP, the C&B Plan, the Caribbean Plan, and/or the UAW Plan.

**PLEASE TAKE FURTHER NOTICE THAT** the status conference shall be held at the hearing scheduled on **January 21, 2010 at 11:00 a.m. prevailing Eastern Time** before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Visteon Corporation (9512); ARS, Inc. (3590); Fairlane Holdings, Inc. (8091); GCM/Visteon Automotive Leasing Systems, LLC (4060); GCM/Visteon Automotive Systems, LLC (7103); Infinitive Speech Systems Corp. (7099); MIG-Visteon Automotive Systems, LLC (5828); SunGlas, LLC (0711); The Visteon Fund (6029); Tyler Road Investments, LLC (9284); VC Aviation Services, LLC (2712); VC Regional Assembly & Manufacturing, LLC (3058); Visteon AC Holdings Corp. (9371); Visteon Asia Holdings, Inc. (0050); Visteon Automotive Holdings, LLC (8898); Visteon Caribbean, Inc. (7397); Visteon Climate Control Systems Limited (1946); Visteon Domestic Holdings, LLC (5664); Visteon Electronics Corporation (9060); Visteon European Holdings Corporation (5152); Visteon Financial Corporation (9834); Visteon Global Technologies, Inc. (9322); Visteon Global Treasury, Inc. (5591); Visteon Holdings, LLC (8897); Visteon International Business Development, Inc. (1875); Visteon International Holdings, Inc. (4928); Visteon LA Holdings Corp. (9369); Visteon Remanufacturing Incorporated (3237); Visteon Systems, LLC (1903); Visteon Technologies, LLC (5291). The location of the Debtors' corporate headquarters and the service address for all the Debtors is: One Village Center Drive, Van Buren Township, Michigan 48111.