BENJAMIN KING IV
720 Old Orchard Lane
Connersville, Indiana 47331

January 4, 2010

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE  19801

RE:  Court Case #09-11786-CSS

To The Honorable Christopher S. Sontchi;

I retired from Ford Electronics and Refrigeration Corporation on January 1, 1997 after 36 years of employment. After my retirement, Ford divested itself of the company but I continue to receive monthly retirement checks from Ford.

I am now faced with the possibility of loosing all or part of that retirement. At the age of seventy- five, new employment does not appear to be as easy to find as it was at age 26.

As a judge, I know that you are charged with the responsibility to make decisions that will affect the lives of many people. The decision to allow the retirees to maintain their pensions will greatly help all retirees because it is their main source of income that they worked for and earned.

Starting out as a grocery clerk in 1950 and continuing through 5 years working in a factory, 4 years in the U.S. Air Force and 35 years in industry, I have maintained a philosophy that the employer and the employee maintained an unwritten contract. You take care of me and I will take care of you. I still believe that.

I thank you for taking time to read this note.

*Benjamin King IV*

Benjamin King IV
720 Old Orchard Lane
Connersville, IN 47331


Cc:  Kurtzman Carson Consultants L.L.C.