Honorable Christopher s. Sontchi  
United States Bankruptcy Judge  
State of Delaware  
824 Market Street  
Wilmington, Delaware 19801

January 29th 2010

Dear Honorable Christopher S. Sontchi:

I retired from Ford Electronics & Refrigeration Corp (FERCO), a subsidiary of Ford Motor Company on April 1st 1991 after 35 Years of Company Service. I never was an employee of Visteon Corp. When Visteon was spun off from Ford Motor Co. Ford Motor Co. also transferred the pension Funds that were due to those of us that retired prior to the existence of Visteon Corp. Those funds were funded 96%. Now we find out that Visteon failed to make the necessary contributions to provide long term security for over 21000 retirees. During the time frame from the year 2000 until 2009 I would venture to say that the Visteon Senior Staff never missed a bonus payment. In fact in the letters I have received about the bankruptcy status I noticed that one of the items that Visteon wanted to have approved was an amount of $300 Million dollars for bonuses for their senior management. That could easily have funded our pension funds.

In hindsight Ford Motor Company had a responsibility to provide our pensions since that is where we put forth more time than we spent with our families over 35 years.

I request that you give consideration in your final decision for those of us that are in our "Golden Years" and provide the necessary pensions that we donated to and so rightfully deserve.

Respectfully,

William D. Cordivari  
William D. Cordivari  
389 Yorkshire Road  
Rosemont, Penna. 19010-1215

(610) 525-2117  
wdcordivar@aol.com