January 29, 2010

Honorable Christopher S. Sontchi
824 North Market Street
5th Floor
Wilmington, De 19801


Dear Judge Sontchi,


I would like to sincerely request that you reconsider the dissolution of benefits for displaced Visteon workers. Our community is very severely impacted by this decision. It could cause businesses already impacted by the loss of jobs over the last ten years to be bankrupt in a matter of months. Our hospital, which we desperately need, will be impacted at an estimated loss of revenue of 1.3 to 1.5 million dollars in services they render to the affected people. Please consider that you are not only devastating thousands of lives that planned on having life insurance and health insurance they were promised at retirement. Now, suddenly they not only lost their jobs but they are losing their future security. Think yourself, what would happen to you if this rug was pulled out from underneath you.
What should "I" do -- I am 76 years of age this year. I retired with 40 years of service to this

company. Over 40 years we gave up pay raises to pay for insurance and pension plans for our senior years. It is not fair for a company to take these privileges that we sacrificed for many years thinking it would be a plus in our senior years. Here we are now, not able to make extra income to live on, and what we thought we had is being taken away from us. Do you call this right? We gave our youth to this company and now their "Thank-you" is -- The money is gone!

If you allow this to happen there will be no law to protect those who are faithful workers who are willing to help companies to gain profits with their employment. We can not let this happen in our country of freedom. To earn profits as companies who are reliable will be no more and companies will take advantage of the hard working people. I judge that you will be fair to the working people of this country. Where would we be without the willing hard working people?

Is Medicaid big enough for all that would be involved? Think Not!

A very concerned worker and a Senior without hope if this is passed.

Alfred Renkam
849 W. Western Avenue
Connersville, Ind. 47331