January 29, 2010

Honorable Christopher S. Sontchi
United States Bankruptcy Judge
State of Delaware
824 Market Street
Wilmington, Delaware 19801

Dear Honorable Christopher S. Sontchi,

I retired from Ford Electronics & Refrigeration Corp. (FERCO), a subsidiary of Ford Motor Co., on January 1, 1992 after 28 years of company service. In the year 2000, Ford Motor Co. spun off FERCO to become a separate company called Visteon Corp. At the time of the transfer of the pension funds to be administered by Visteon Corp., the pension fund had been funded at 96%. We now find out that Visteon failed to make the required contributions to provide long-term security for the Salaried & Hourly employees of the Corporation. As a result, over 21,000 employees are at risk in receiving their hard earned pension amounts that Visteon had agreed and were legally bound to provide. In an effort to satisfy their creditors, Visteon would prefer to transfer pension responsibilities to the Pension Benefit Guaranty Corp, and not fulfill their obligation to their employees. PBGC has indicated that the Visteon Pension Fund is $100 Million under funded and would result in significant reductions in benefits paid to the retirees of Visteon Corp. It appears that the only alternative that might result in Visteon retirees receiving the promised pension benefit would be requiring Visteon to retain the pension responsibilities and provide the required funding necessary to meet pension funding guidelines. While the current financial status of Visteon does not insure that immediate funding contributions could be made, the promise of the overseas operations, and the potential recovery of the automobile industry in the next year or two could provide Visteon with the cash flow to accelerate pension funding contributions until proper funding requirements are met.

Another issue to consider concerns Ford Motor Company's liability to those retirees who worked their entire career in the subsidiary operations and never worked for Visteon Corp. Why didn't Ford Motor Co. retain the pensions funds for those vested employees, since they were Ford Motor Co. employees? Ford Motor Co. has placed all of these career employees at risk by transferring pension funds to Visteon, when Ford could have administered these pensions without risk.

I respectfully request that consideration be given to any and all alternatives that provide the originally guaranteed benefits to over 21,000 Salaried & Hourly employees.

Respectfully submitted,

Theodore Jupina
1333 Pickwick Lane
Lansdale, PA 19446

(215) 855-0678
tjup@verizon.net