Jan. 27th 2010

Judge Christopher S. Sontchi

We would like to request that you reconsider the dissolution of benefits for the retired Visteon workers.

We are from the Connersville area, living in Liberty, In. about 12 miles commuting to Connersville to Hospital (Doctors, stores). My husband made this trip daily gave over 30 years of his life to Ford Motor Co. retiring under Ford with the assurance of Insurance and His Pension. Your decision is not only going to devastate us but the whole surrounding area taking what we paid into all those years.

He is almost 73 years old, Not having to use our Insurance in our younger years but very little, we both have issues with our health that we need and depend on it now

Please reconsider this horrible decision that you have made and realize what you are doing to us, and thousands of other people.

Consider for a moment if this was you, your family or your parents.

Please help us!

Mr and Mrs. John H. Franklin
216 West High Street
Liberty, In. 47353