January 22, 2010

Honorable Christopher S. Sontchi
824 North Market Street
5th Floor
Wilmington, DE 19801

Dear Judge Sontchi,

I would like to sincerely request that you reconsider the dissolution of benefits for displaced Visteon workers. Our community is very severely impacted by this decision. It could cause businesses already impacted by the loss of jobs over the last ten years to be bankrupt in a matter of months. Our hospital, which we desperately need, will be impacted at an estimated loss of revenue of 1.3 to 1.5 million dollars in services they render to the affected people. Please consider that you are not only devastating thousands of lives that planned on having life insurance and health insurance they were promised at retirement. Now, suddenly they not only lost their jobs but they are losing their future security. Think yourself, what would happen to you if this rug was pulled out from underneath you.

Sincerely,

Brenda Hunter
24 years of Service
Age 57