TO:  Honorable Christopher S. Sontchi, Judge - U.S. Bankruptcy Court - Delaware

Visteon Reorganization:  Critical Information Involving Resolution

Re: Visteon Common Stock

Visteon's Managment voluntarily requested reorganization assistance via CH. 11 Bankruptcy Court.

Not all U.S. facilities and assets are included in the **"voluntary reorganization"**. Foreign operations and assets were not included - thus common stock values in those areas would remain the same on paper in reality.

Visteon's filing was effective May 28, 2009. Several hours prior to the opening of the market, Pardus Capital Management (hedge fund/Cayman Is. formation) sold over 30 million shares causing a loss approaching 200 million dollars for their fund and causing the value to drop from the $.30s. The next day, May 29, 2009 Visteon purchased 727, 305 of their shares for future distribution to four Board Members.
The Company and many stockholders and future stockholders view this "insider trading" as positive, if the funding was approved.

The Connersville Plant issue (a former Visteon plant and facilities closed in 2007) raised a lot of eyebrows. Visteon sort of donated the Plant (1.8 million square feet in Connersville Indiana) and 183 acres along with it for $500 and an alleged cost avoidance EPA type clean up amount of $4 million. The celebration of the City of Connersville landing Carbon Motors (for the assembly of a new type police vehicle approved by Homeland Security) was celebrated in July, 2009. The local, state, and political representatives that were involved did not complete the paperwork until December, 2009. It is unlikely that serious EPA issues were involved as the EPA does not allow major problems to sit unsolved. In any event the former air conditioning plant was given away for a fraction of what should have been compensated through the system and benefiting the Company and stockholders.

Last year the Company stated its intention to give bonuses to employes mainly executives and managers totally 81 million dollars, regardless of Court guidleines after exiting Chapter 11. In December again executive bonuses were added back in the formula after exiting Chapter 11 - and in addition a demand or plan to make available 10% of a newly created stock for Visteon executives. Now you can see the "intent" from the beginning. **(Note:$81 million equals 62 cents for each outstanding share)**

It is my opinion that the management team has performed well under the severe economic conditions. Since Visteon has not made a profit in 9 - years with the same or similar manufacturing entities. Visteon's problem according to those in the industry stems from contracts negotiated too low, causing little profit flexibility which was harmful in the inception of the Company. If you need my testimony, I will make myself available to the Court.

Please consider the whole situation on behalf of the Visteon Stockholders - Stockholders

Monday, February 01, 2010 America Online: Jsima20

remain the vital foundation of our Companies and our Country!

Joseph Sima
5478 Jacqueline Lane                                    February 1, 2010
North Olmsted, Ohio 44070
PH: 440-779-9464   E-mail: Jsima20@aol.com

**(Note: Supportive narratives and media coverages were mailed July 2009 thru January 2010)**

**13 wthr.com INDIANAPOLIS**

## Connersville buys Visteon plant for $500

*Updated: Dec 31, 2009 3:58 PM EST*



# HEADLINES

**Connersville - A startup company can now use the factory in eastern Indiana where it plans to build high-tech police cars, although it's still awaiting a decision on the federal loan it needs to start production.**

The city of Connersville took control this week of the vacant Visteon plant that Carbon Motors plans to occupy and potentially have 1,500 workers.

Carbon Motors chief executive William Santana Li said while that was a significant step, it wouldn't mean much unless the company obtains the $310 million it has sought from the U.S. Department of Energy's Advanced Technology Vehicles Manufacturing Loan Program.

The wait since Carbon Motors applied for the loan in August will likely delay the start of production to 2013, rather than the planned 2012 start, Li said.

"It's not a matter of if it's going to happen, it's when," Li told Eyewitness News partners at The Indianapolis Star. "The government can move quickly when it decides it wants to move quickly."

Company officials announced in July they had picked Connersville for the factory. The Visteon plant, which once employed more than 3,000 people, was shut down in 2007.

The city paid $500 to Visteon for building in a deal approved by a bankruptcy court judge in which the city agreed to pay for a $4 million contamination cleanup of the 183-acre site.

"Now the only thing we have between us and the building of police cars in Connersville is the Department of Energy," Mayor Leonard Urban said.

Carbon Motors has developed a prototype of its Carbon E7 squad car, which it says is the first vehicle specifically designed for police use. It includes bulletproof door and dash panels, radiation and biological threat detectors, and a 3-liter diesel engine the company says can reduce fuel costs by up to 40 percent.

(Copyright © 2009 The Associated Press. All rights reserved. This story may not be published, broadcast, rewritten or redistributed without the prior written authority of The Associated Press.)