# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VISTEON CORPORATION, et al.,[1] | ) | Case No. 09-11786 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Re: Docket No. 3026** |
| | ) | |

## NOTICE OF AMENDMENT OF PLAN SUPPORT AGREEMENT

PLEASE TAKE NOTICE that on May 8, 2010, the above-captioned debtors and debtors in possession (collectively, "Visteon" or the "Debtors") filed *Debtors' Motion for an Order Authorizing the Debtors to Enter into: (a) a Plan Support Agreement; (b) an Equity Commitment Agreement and to Pay Certain Fees in Connection Therewith; and (c) a Cash Recovery Backstop Agreement* [Docket No. 3026] (as supplemented, the "PSA/ECA Motion").[2] Pursuant to the PSA/ECA Motion, Visteon seeks court approval to enter into that certain plan support agreement, dated May 6, 2010, by and among the Debtors and certain holders representing more

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Visteon Corporation (9512); ARS, Inc. (3590); Fairlane Holdings, Inc. (8091); GCM/Visteon Automotive Leasing Systems, LLC (4060); GCM/Visteon Automotive Systems, LLC (7103); Infinitive Speech Systems Corp. (7099); MIG-Visteon Automotive Systems, LLC (5828); SunGlas, LLC (0711); The Visteon Fund (6029); Tyler Road Investments, LLC (9284); VC Aviation Services, LLC (2712); VC Regional Assembly & Manufacturing, LLC (3058); Visteon AC Holdings Corp. (9371); Visteon Asia Holdings, Inc. (0050); Visteon Automotive Holdings, LLC (8898); Visteon Caribbean, Inc. (7397); Visteon Climate Control Systems Limited (1946); Visteon Domestic Holdings, LLC (5664); Visteon Electronics Corporation (9060); Visteon European Holdings Corporation (5152); Visteon Financial Corporation (9834); Visteon Global Technologies, Inc. (9322); Visteon Global Treasury, Inc. (5591); Visteon Holdings, LLC (8897); Visteon International Business Development, Inc. (1875); Visteon International Holdings, Inc. (4928); Visteon LA Holdings Corp. (9369); Visteon Remanufacturing Incorporated (3237); Visteon Systems, LLC (1903); Visteon Technologies, LLC (5291). The location of the Debtors' corporate headquarters and the service address for all the Debtors is: One Village Center Drive, Van Buren Township, Michigan 48111.

[2] Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to them in the PSA/ECA Motion.

than two-thirds in amount of Visteon's prepetition unsecured notes (the "Plan Support Agreement"), attached thereto as Exhibit B.

PLEASE TAKE FURTHER NOTICE that attached hereto as **Exhibit A** is an amendment to the Plan Support Agreement (the "PSA Amendment").

PLEASE TAKE FURTHER NOTICE that the Debtors are providing notice of the PSA Amendment to: (a) the United States Trustee for the District of Delaware; (b) counsel to the Official Committee of Unsecured Creditors; (c) counsel to the DIP Facility Administrative Agent; (d) counsel to the ad hoc group of term loan lenders; (e) counsel to the Term Loan Facility Administrative Agent; (f) counsel to the ABL Facility Administrative Agent; (g) counsel the indenture trustee for each of the Debtors' outstanding unsecured bond issuances; (h) co-counsel to the Working Group of the Informal Noteholder Committee; (i) Counsel to the Ad Hoc Group of Noteholders; and (j) those parties who have filed and not withdrawn requests for notices under Bankruptcy Rule 2002.

| | |
|---|---|
| Dated: June 14, 2010 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ James E. O'Neill*<br>Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042)<br>Timothy P. Cairns (DE Bar No. 4228)<br>919 North Market Street, 17th Floor<br>Wilmington, Delaware 19899-8705<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>E-mail: ljones@pszjlaw.com<br>joneill@pszjlaw.com<br>tcairns@pszjlaw.com<br><br>- and -<br><br>**KIRKLAND & ELLIS LLP**<br>James H. M. Sprayregen, P.C. (IL 6190206)<br>Marc Kieselstein, P.C. (IL 6199255)<br>James J. Mazza, Jr. (IL 6275474)<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>E-mail: james.sprayregen@kirkland.com<br>marc.kieselstein@kirkland.com<br>james.mazza@kirkland.com<br><br>*Attorneys for the Debtors and Debtors in Possession* |