# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| VISTEON CORPORATION, et al.,[1] | ) Case No. 09-11786 (CSS) |
| Debtors. | ) Jointly Administered |

## AMENDED[2] NOTICE OF AGENDA FOR HEARING SCHEDULED
## FOR JUNE 14, 2010 AT 10:00 A.M. PREVAILING EASTERN TIME

**CONTESTED MATTERS**

1.  **PSA, ECA, Cash Recovery Backstop Agreement Motion**: Debtors' Motion for an Order Authorizing the Debtors to Enter Into: (A) a Plan Support Agreement; (B) an Equity Commitment Agreement and to Pay Certain Fees in Connection Therewith; and (C) a Cash Recovery Backstop Agreement [Filed: 5/7/10] (Docket No. 3010).

    Related Documents:

    (a)  [Corrected] Debtors' Motion for an Order Authorizing the Debtors to Enter Into: (A) a Plan Support Agreement; (B) an Equity Commitment Agreement and to Pay Certain Fees in Connection Therewith; and (C) a Cash Recovery Backstop Agreement [Filed: 5/8/10] (Docket No. 3026).

    (b)  Motion to Shorten Notice and Objection Periods for (I) Debtors' Motion for an Order Authorizing the Debtors to Enter Into: (A) a Plan Support Agreement; (B) an Equity Commitment Agreement and to Pay Certain Fees in Connection

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Visteon Corporation (9512); ARS, Inc. (3590); Fairlane Holdings, Inc. (8091); GCM/Visteon Automotive Leasing Systems, LLC (4060); GCM/Visteon Automotive Systems, LLC (7103); Infinitive Speech Systems Corp. (7099); MIG-Visteon Automotive Systems, LLC (5828); SunGlas, LLC (0711); The Visteon Fund (6029); Tyler Road Investments, LLC (9284); VC Aviation Services, LLC (2712); VC Regional Assembly & Manufacturing, LLC (3058); Visteon AC Holdings Corp. (9371); Visteon Asia Holdings, Inc. (0050); Visteon Automotive Holdings, LLC (8898); Visteon Caribbean, Inc. (7397); Visteon Climate Control Systems Limited (1946); Visteon Domestic Holdings, LLC (5664); Visteon Electronics Corporation (9060); Visteon European Holdings Corporation (5152); Visteon Financial Corporation (9834); Visteon Global Technologies, Inc. (9322); Visteon Global Treasury, Inc. (5591); Visteon Holdings, LLC (8897); Visteon International Business Development, Inc. (1875); Visteon International Holdings, Inc. (4928); Visteon LA Holdings Corp. (9369); Visteon Remanufacturing Incorporated (3237); Visteon Systems, LLC (1903); Visteon Technologies, LLC (5291). The location of the Debtors' corporate headquarters and the service address for all the Debtors is: One Village Center Drive, Van Buren Township, Michigan 48111.

[2] **Amended information is reflected in bold and double underline.**

(c) [Signed] Order Granting the Motion to Shorten Notice and Objection Periods for (I) Debtors' Motion for an Order Authorizing the Debtors to Enter Into: (A) a Plan Support Agreement; (B) an Equity Commitment Agreement and to Pay Certain Fees in Connection Therewith; and (C) a Cash Recovery Backstop Agreement and (II) Debtors' Motion for an Order Approving Certain Rights Offering Procedures and Forms in Connection Therewith [Filed: 5/10/10] (Docket No. 3045).

(c) [Signed] Order Granting the Motion to Shorten Notice and Objection Periods for (I) Debtors' Motion for an Order Authorizing the Debtors to Enter Into: (A) a Plan Support Agreement; (B) an Equity Commitment Agreement and to Pay Certain Fees in Connection Therewith; and (C) a Cash Recovery Backstop Agreement and (II) Debtors' Motion for an Order Approving Certain Rights Offering Procedures and Forms in Connection Therewith [Filed: 5/13/10] (Docket No. 3108).

(d) Notice of Debtors' Motion for an Order Authorizing the Debtors to Enter Into: (A) a Plan Support Agreement; (B) an Equity Commitment Agreement and to Pay Certain Fees in Connection Therewith; and (C) a Cash Recovery Backstop Agreement [Filed: 5/13/10] (Docket No. 3120).

(e) Supplemental Motion Seeking Authority to Enter Into a Plan Support Agreement with the Official Unsecured Creditors' Committee to Debtors' Motion for an Order Authorizing the Debtors to Enter Into: (A) a Plan Support Agreement; (B) an Equity Commitment Agreement and to Pay Certain Fees in Connection Therewith; and (C) a Cash Recovery Backstop Agreement [Filed: 5/23/10] (Docket No. 3185).

(f) **Motion of the Debtors for Leave to File Debtors' Omnibus Reply in Support of the Plan Related Agreements Motion [Filed: 6/11/10] (Docket No. 3319).**

(g) **[Signed] Order Approving Motion of the Debtors for Leave to File Debtors' Omnibus Reply in Support of the Plan Related Agreements Motion [Filed: 6/11/10] (Docket No. 3325).**

(h) **Motion for Leave to File Statement of the Co-Investors in Support of (I) Disclosure Statement Approval Motion and (II) Debtors' Motion for an Order Authorizing the Debtors to Enter Into: (A) a Plan Support Agreement; (B) an Equity Commitment Agreement and to Pay Certain Fees in Connection Therewith; and (C) a Cash Recovery Backstop Agreement [Filed: 6/11/10] (Docket No. 3330).**

(i) **Notice of Amendment Of Equity Commitment Agreement [Filed: 6/14/10] (Docket No. 3343).**

(j) **Notice of Amendment Of Plan Support Agreement [Filed: 6/14/10] (Docket No. 3344).**

Response Deadline:  May 21, 2010 at 4:00 p.m. Eastern Time.

Responses Received:

(a) Objection of the Prepetition Term Agent to Debtors' Motion for an Order Authorizing the Debtors to Enter Into: (A) a Plan Support Agreement; (B) an Equity Commitment Agreement and to Pay Certain Fees in Connection Therewith; and (C) a Cash Recovery Backstop Agreement [Filed: 5/18/10] (Docket No. 3147).

    (i) **Supplemental Statement in Support of the Prepetition Term Agent's Objection to Debtors' Motion for an Order Authorizing the Debtors to Enter Into: (A) a Plan Support Agreement; (B) an Equity Commitment Agreement and to Pay Certain Fees in Connection Therewith; and (C) a Cash Recovery Backstop Agreement [Filed: 6/11/10] (Docket No. 3328).**

(b) Omnibus Objection and Supplemental Amended Objection of Ad Hoc Equity Committee to, Respectively, (I) Debtors' Motion for Order Authorizing the Debtors to Enter Into: (A) Plan Support Agreement; (B) Equity Commitment Agreement and Preconfirmation Payment of Certain Fees in Connection Therewith; and (C) Cash Recovery Backstop Agreement, and (II) Debtors' Second Amended Disclosure Statement [Filed: 5/20/10] (Docket No. 3170).

    (i) Ad Hoc Equity Committee's Supplement to Omnibus Objection to Debtors' Second Amended Proposed Disclosure Statement and Related Agreements [Filed: 5/21/10] (Docket No. 3182).

    (ii) **Update of Ad Hoc Equity Committee Omnibus Objection to Debtors' Second Amended Proposed Disclosure Statement and Related Agreements [Filed: 6/11/10] (Docket No. 3329).**

(c) Objection by Aurelius Capital Master, Ltd., ACP Master, Ltd., and Aurelius Convergence Master, Ltd. to the Debtors' Motion for an Order Authorizing the Debtors to Enter Into: (A) a Plan Support Agreement; (B) an Equity Commitment Agreement and to Pay Certain Fees in Connection Therewith; and (C) a Cash Recovery Equity Commitment Agreement [Filed: 5/21/10] (Docket No. 3181).

    (i) **Supplement to the Objection by Aurelius Capital Master, Ltd., ACP Master, Ltd., and Aurelius Convergence Master, Ltd. to the Debtors' Motion for an Order Authorizing the Debtors to Enter Into: (A) a Plan Support Agreement; (B) an Equity Commitment Agreement and to Pay Certain Fees in Connection Therewith; and (C) a Cash Recovery Backstop Agreement [Filed: 6/11/10] (Docket No. 3327).**

(d) Response of the Working Group of the Informal Noteholder Committee to Various Objections to the Debtors' Motion for an Order Authorizing the Debtors to Enter Into: (A) a Plan Support Agreement; (B) an Equity Commitment Agreement and to Pay Certain Fees in Connection Therewith; and (C) a Cash Recovery Backstop Agreement [Filed: 5/24/10] (Docket No. 3189).

(e) Objection by Aurelius Capital Master, Ltd., ACP master, Ltd., and Aurelius Convergence Master, Ltd. to the Supplemental Motion Seeking Authority to Enter into a Plan Support Agreement with the Official Unsecured Creditors' Committee to Debtors' Motion for an Oder Authorizing the Debtors to Enter into: (A) a Plan Support Agreement; (B) an Equity Commitment Agreement; and (C) a Cash Recover Backstop Agreement [Filed: 6/9/10] (Docket No. 3306].

**Replies Filed:**

(a) **Debtors' Omnibus Reply in Support of the Plan Related Agreements Motion [Filed: 6/11/10] (Docket No. 3326).**

Status: This matter will go forward.

2. **Agreements Seal Motion**: Motion to File Under Seal Exhibit B, Exhibit C, and Exhibit D to the Debtors' Motion for an Order Authorizing the Debtors to Enter Into: (A) a Plan Support Agreement; (B) an Equity Commitment Agreement and to Pay Certain Fees in Connection Therewith; and (C) a Cash Recovery Backstop Agreement [Filed: 5/11/10] (Docket No. 3080).

Related Documents:

(a) Motion to Shorten Notice and Objection Periods for Motion to File Under Seal Exhibit B, Exhibit C, and Exhibit D to the Debtors' Motion for an Order Authorizing the Debtors to Enter Into: (A) a Plan Support Agreement; (B) an Equity Commitment Agreement and to Pay Certain Fees in Connection Therewith; and (C) a Cash Recovery Backstop Agreement [Filed: 5/11/10] (Docket No. 3081).

(b) [Signed] Order Granting the Motion to Shorten Notice and Objection Periods for Motion to File Under Seal Exhibit B, Exhibit C, and Exhibit D to the Debtors' Motion for an Order Authorizing the Debtors to Enter Into: (A) a Plan Support Agreement; (B) an Equity Commitment Agreement and to Pay Certain Fees in Connection Therewith; and (C) a Cash Recovery Backstop Agreement [Filed: 5/13/10] (Docket No. 3109).

(c) Notice of Motion to File Under Seal Exhibit B, Exhibit C, and Exhibit D to the Debtors' Motion for an Order Authorizing the Debtors to Enter Into: (A) a Plan Support Agreement; (B) an Equity Commitment Agreement and to Pay Certain Fees in Connection Therewith; and (C) a Cash Recovery Backstop Agreement [Filed: 5/13/10] (Docket No. 3121).

Response Deadline: May 21, 2010 at 4:00 p.m. Eastern Time.

Responses Received:

Status: This matter will go forward.

4

3.  **Rights Offering Procedures Motion**: Debtors' Motion for an Order Approving Certain Rights Offering Procedures and Forms in Connection Therewith [Filed: 5/7/10] (Docket No. 3015).

    Related Documents:

    (a) Motion to Shorten Notice and Objection Periods for (I) Debtors' Motion for an Order Authorizing the Debtors to Enter Into: (A) a Plan Support Agreement; (B) an Equity Commitment Agreement and to Pay Certain Fees in Connection Therewith; and (C) a Cash Recovery Backstop Agreement and (II) Debtors' Motion for an Order Approving Certain Rights Offering Procedures and Forms in Connection Therewith [Filed: 5/10/10] (Docket No. 3045).

    (b) [Signed] Order Granting the Motion to Shorten Notice and Objection Periods for (I) Debtors' Motion for an Order Authorizing the Debtors to Enter Into: (A) a Plan Support Agreement; (B) an Equity Commitment Agreement and to Pay Certain Fees in Connection Therewith; and (C) a Cash Recovery Backstop Agreement and (II) Debtors' Motion for an Order Approving Certain Rights Offering Procedures and Forms in Connection Therewith [Filed: 5/13/10] (Docket No. 3108).

    (c) Notice of Debtors' Motion for an Order Approving Certain Rights Offering Procedures and Forms in Connection Therewith [Filed: 5/13/10] (Docket No. 3119).

    (d) Notice of Filing Amended Exhibit A to the Debtors' Motion for an Order Approving Certain Rights Offering Procedures and Forms in Connection Therewith [Filed: 5/22/10] (Docket No. 3184).

    (e) **Notice of Filing Amended Rights Offering Procedures and Subscription Form [Filed: 6/14/10] (Docket No. 3345).**

    Response Deadline: May 21, 2010 at 4:00 p.m. Eastern Time.

    Responses Received:

    (a) The Ad Hoc Trade Committee's Objection to the Debtors' Rights Offering Motion [Filed: 5/21/10] (Docket No. 3177).

    Status: This matter will go forward.

4.  **Solicitation Motion**: Debtors' Motion for Entry of an Order (A) Approving the Adequacy of the Debtors' Disclosure Statement; (B) Approving Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Proposed Plan of Reorganization; (C) Approving the Form of Various Ballots and Notices in Connection Therewith; and (D) Scheduling Certain Dates with Respect Thereto [Filed: 12/17/09] (Docket No. 1477).

K&E 16934425.3

Related Documents: (Filed after May 1, 2010)

(a) Second Amended Joint Plan of Reorganization of Visteon Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the United States Bankruptcy Code [Filed: 5/7/10] (Docket No. 3011).

(b) Debtors' Second Amended Disclosure Statement for the Second Amended Joint Plan of Reorganization of Visteon Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the United States Bankruptcy Code [Filed: 5/7/10] (Docket No. 3012).

(c) Blackline of Second Amended Joint Plan of Reorganization of Visteon Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the United States Bankruptcy Code [Filed: 5/7/10] (Docket No. 3013).

(d) Blackline of Debtors' Second Amended Disclosure Statement for the Second Amended Joint Plan of Reorganization of Visteon Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the United States Bankruptcy Code [Filed: 5/7/10] (Docket No. 3014).

(e) Notice of Filing of Second Revised Exhibit A to Motion for Entry of an Order (a) Approving the Adequacy of the Debtors' Disclosure Statement; (b) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Proposed Plan of Reorganization; (c) Approving the Form of Various Ballots and Notices in Connection Therewith; and (d) Scheduling Certain Dates with Respect Thereto [Filed: 5/7/10] (Docket No. 3016).

(f) Notice of Continued Hearing to Consider Adequacy of Debtors' Disclosure Statement to May 24, 2010 [Filed: 5/13/10] (Docket No. 3118).

(g) Letter to Judge Sontchi re Adjournment of Hearing Scheduled for May 24, 2010 at 11:30 a.m. (Eastern Time) Filed by Wilmington Trust FSB, as Administrative Agent for the Prepetition Term Lenders [Filed: 5/23/10] (Docket No. 3186).

(h) Notice of Filing of Third Revised Exhibit A to Motion for Entry of an Order (A) Approving the Adequacy of the Debtors' Disclosure Statement; (B) Approving Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Proposed Plan of Reorganization; (C) Approving the Form of Various Ballots and Notices in Connection Therewith; and (D) Scheduling Certain Dates with Respect Thereto [Filed: 5/24/10] (Docket No. 3190).

(i) Third Amended Joint Plan of Reorganization of Visteon Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the United States Bankruptcy Code [Filed: 5/24/10] (Docket No. 3191).

(j) Debtors' Third Amended Disclosure Statement for the Third Amended Joint Plan of Reorganization of Visteon Corporation and Its Debtor Affiliates Pursuant to

Chapter 11 of the United States Bankruptcy Code [Filed: 5/24/10] (Docket No. 3192).

(k) Blackline of Third Amended Joint Plan of Reorganization of Visteon Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the United States Bankruptcy Code [Filed: 5/24/10] (Docket No. 3193).

(l) Blackline of Debtors' Third Amended Disclosure Statement for the Third Amended Joint Plan of Reorganization of Visteon Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the United States Bankruptcy Code [Filed: 5/24/10] (Docket No. 3194).

(m) [Corrected] Blackline of Third Amended Joint Plan of Reorganization of Visteon Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the United States Bankruptcy Code [Filed: 5/24/10] (Docket No. 3197).

(n) [Corrected] Blackline of Debtors' Third Amended Disclosure Statement for the Third Amended Joint Plan of Reorganization of Visteon Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the United States Bankruptcy Code [Filed: 5/24/10] (Docket No. 3198).

(o) **Motion for Leave to File Statement of the Co-Investors in Support of (I) Disclosure Statement Approval Motion and (II) Debtors' Motion for an Order Authorizing the Debtors to Enter Into: (A) a Plan Support Agreement; (B) an Equity Commitment Agreement and to Pay Certain Fees in Connection Therewith; and (C) a Cash Recovery Backstop Agreement [Filed: 6/11/10] (Docket No. 3330).**

(p) **Fourth Amended Joint Plan of Reorganization of Visteon Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the United States Bankruptcy Code [Filed: 6/14/10] (Docket No. 3338).**

(q) **Blackline of Fourth Amended Joint Plan of Reorganization of Visteon Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the United States Bankruptcy Code [Filed: 6/14/10] (Docket No. 3339).**

(r) **Debtors' Fourth Amended Disclosure Statement for the Fourth Amended Joint Plan of Reorganization of Visteon Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the United States Bankruptcy Code [Filed: 6/14/10] (Docket No. 3340).**

(s) **Blackline of Debtors' Fourth Amended Disclosure Statement for the Fourth Amended Joint Plan of Reorganization of Visteon Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the United States Bankruptcy Code [Filed: 5/24/10] (Docket No. 3341).**

(t) **Notice of Filing of Fourth Revised Exhibit A to Motion for Entry of an Order (A) Approving the Adequacy of the Debtors' Disclosure Statement; (B)**

**Approving Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Proposed Plan of Reorganization; (C) Approving the Form of Various Ballots and Notices in Connection Therewith; and (D) Scheduling Certain Dates with Respect Thereto [Filed: 6/14/10] (Docket No. 3342).**

Response Deadline: Extended to May 18, 2010 at 12:00 p.m. Eastern Time.

Responses Received:

(a)  Refer to Response Chart attached hereto as **Exhibit A**.

Replies Filed:

(b)  Debtors' Omnibus Reply in Support of the Disclosure Statement Approval Motion [Filed: 5/23/10] (Docket No. 3188).

Status: This matter will go forward.

Dated: June 14, 2010

PACHULSKI STANG ZIEHL & JONES LLP

/s/ James E. O'Neill
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ljones@pszjlaw.com
joneill@pszjlaw.com
tcairns@pszjlaw.com

- and -

**KIRKLAND & ELLIS LLP**
James H. M. Sprayregen, P.C. (IL 6190206)
Marc Kieselstein, P.C. (IL 6199255)
James J. Mazza, Jr. (IL 6275474)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
E-mail: james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
james.mazza@kirkland.com

*Attorneys for the Debtors and Debtors in Possession*

K&E 16934425.3