# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VISTEON CORPORATION, et al.,[1] | ) | Case No. 09-11786 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

## AMENDED NOTICE OF AGENDA FOR HEARING SCHEDULED
## FOR JUNE 17, 2010 AT 11:00 A.M. PREVAILING EASTERN TIME

> Matters previously scheduled for the June 14, 2010 hearing have been continued to this hearing. An updated Status Chart of Responses to the Fourth Amended Disclosure Statement for the Fourth Amended Joint Plan of Reorganization of Visteon Corporation and Its Debtor Affiliates is attached hereto as <u>Exhibit A</u>.

## CONTINUED MATTERS

1.  **OCUC Prosecution Motion**: Motion of the Official Committee of Unsecured Creditors Requesting Authorization to Prosecute Certain Claims on Behalf of the Debtors' Estates [Filed: 9/16/09] (Docket No. 988).

    Related Documents:

    (a) [Signed] Order Approving Stipulation on Motion of the Official Committee of Unsecured Creditors Requesting Authorization to Prosecute Certain Claims on Behalf of the Debtors' Estates [Filed: 11/12/09] (Docket No. 1304).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Visteon Corporation (9512); ARS, Inc. (3590); Fairlane Holdings, Inc. (8091); GCM/Visteon Automotive Leasing Systems, LLC (4060); GCM/Visteon Automotive Systems, LLC (7103); Infinitive Speech Systems Corp. (7099); MIG-Visteon Automotive Systems, LLC (5828); SunGlas, LLC (0711); The Visteon Fund (6029); Tyler Road Investments, LLC (9284); VC Aviation Services, LLC (2712); VC Regional Assembly & Manufacturing, LLC (3058); Visteon AC Holdings Corp. (9371); Visteon Asia Holdings, Inc. (0050); Visteon Automotive Holdings, LLC (8898); Visteon Caribbean, Inc. (7397); Visteon Climate Control Systems Limited (1946); Visteon Domestic Holdings, LLC (5664); Visteon Electronics Corporation (9060); Visteon European Holdings Corporation (5152); Visteon Financial Corporation (9834); Visteon Global Technologies, Inc. (9322); Visteon Global Treasury, Inc. (5591); Visteon Holdings, LLC (8897); Visteon International Business Development, Inc. (1875); Visteon International Holdings, Inc. (4928); Visteon LA Holdings Corp. (9369); Visteon Remanufacturing Incorporated (3237); Visteon Systems, LLC (1903); Visteon Technologies, LLC (5291). The location of the Debtors' corporate headquarters and the service address for all the Debtors is: One Village Center Drive, Van Buren Township, Michigan 48111.

Response Deadline: September 30, 2009 at 4:00 p.m. Eastern Time. Extended to July 8, 2010.

Responses Received:

(a) Limited Objection and Reservation of Rights, of Wilmington Trust FSB, as Administrative Agent, in Response to the Motion of the Official Committee of Unsecured Creditors Requesting Authorization to Prosecute Certain Claims on Behalf of the Debtors' Estates [Filed: 9/30/09] (Docket No. 1044).

Status: This matter has been continued to the July 15, 2010 omnibus hearing scheduled at 11:00 a.m. Eastern Time.

2. **PEWA Motion to Compel**: Motion of Panasonic Electric Works Corporation of America for an Order Compelling Debtors to Assume or Reject Its Pre-Petition Contract [Filed: 10/29/09] (Docket No. 1206).

Related Documents:

(a) Notice of Adjourned Hearing Regarding Motion of Panasonic Electric Works Corporation of America for an Order Compelling Debtors to Assume or Reject Its Pre-Petition Contract [Filed: 12/3/09] (Docket No. 1398).

(b) Notice of Adjournment re Docket No. 1206 [Filed: 2/17/10] (Docket No. 2115).

(c) Notice of Adjournment re Docket No. 1206 [Filed: 3/15/10] (Docket No. 2534).

Response Deadline: December 4, 2009 at 4:00 p.m. Eastern Time. Extended to January 14, 2010 at 4:00 p.m. Eastern Time for the Debtors.

Responses Received:

(a) Debtors' Objection to Motion of Panasonic Electronic Works Corporation of America for an Order Compelling the Debtors to Assume or Reject its Prepetition Contracts [Filed: 1/14/2010] (Docket No. 1629).

Status: This matter has been continued to the July 15, 2010 omnibus hearing scheduled at 11:00 a.m. Eastern Time.

3. **USF Holland Inc.'s Administrative Claims Motion**: USF Holland Inc.'s Motion for Allowance and Payment of Administrative Claim Pursuant to 11 U.S.C. § 503(b)(9) [Filed: 11/09/09] (Docket No. 1267).

Response Deadline: December 3, 2009 at 4:00 p.m. Eastern Time. Extended to July 8, 2010 at 4:00 p.m. Eastern Time for the Debtors.

Responses Received: Informal comments received from the Debtors.

Status: This matter has been continued to the July 15, 2010 omnibus hearing scheduled at 11:00 a.m. Eastern Time. If this matter is resolved consensually prior to the next hearing a proposed form of order will be submitted under certification of counsel.

4. **YRC Inc. Administrative Claims Motion**: YRC Inc.'s Motion for Allowance and Payment of Administrative Claim Pursuant to 11 U.S.C. § 503(b)(9) [Filed: 11/09/09] (Docket No. 1268).

   Response Deadline: December 3, 2009 at 4:00 p.m. Eastern Time. Extended to July 8, 2010 at 4:00 p.m. Eastern Time for the Debtors.

   Responses Received: Informal comments received from the Debtors.

   Status: This matter has been continued to the July 15, 2010 omnibus hearing scheduled at 11:00 a.m. Eastern Time. If this matter is resolved consensually prior to the next hearing a proposed form of order will be submitted under certification of counsel.

5. **OCUC Motion for 2004 Discovery of PwC**: Emergency Motion of the Official Committee of Unsecured Creditors for Leave to Conduct Discovery Pursuant to Fed. R. Bankr. P. 2004 [Filed: 12/15/09] (Docket No. 1459).

   Related Documents:

   (a) Notice of Hearing on Emergency Motion of the Official Committee of Unsecured Creditors for Leave to Conduct Discovery Pursuant to Fed. R. Bankr. P. 2004 [Filed: 12/22/09] (Docket No. 1492).

   (b) Certification of Counsel Regarding Stipulation Relating to Certain of Official Committee of Unsecured Creditors' Motions to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and for an Order Authorizing Service of Subpoenas to Compel Production of Certain Documents and Attendance for Deposition [Filed: 1/14/10] (Docket No. 1628).

   (c) Notice of Adjournment [Filed: 1/15/10] (Docket No. 1632).

   (d) [Signed] Order Approving Stipulation Resolving Official Committee of Unsecured Creditors' Motions to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and for an Order Authorizing Service of Subpoenas to Compel Production of Certain Documents and Attendance for Deposition [Filed: 1/15/10] (Docket No. 1635).

   (e) Certification of Counsel Regarding Order Approving Stipulation with Respect to Further Extension of Debtors' Exclusive Periods [Filed: 2/4/10] (Docket No. 1841).

   (f) [Signed] Order Approving Stipulation with Respect to Further Extension of Debtors' Exclusive Periods [Filed: 2/8/10] (Docket No. 1915).

(g)   Notice of Adjournment [Filed: 4/28/10] (Docket No. 2916).

Response Deadline:   January 14, 2010 at 4:00 p.m. Eastern Time. Extended to July 8, 2010 at 4:00 p.m. Eastern Time.

Responses Received:

(a)   Objection of PricewaterhouseCoopers LLP to Emergency Motion of the Official Committee of Unsecured Creditors for Leave to Conduct Discovery Pursuant to Fed. R. Bankr. P. 2004 [Filed: 1/14/10] (Docket No. 1625).

Status: This matter has been continued to the July 15, 2010 omnibus hearing scheduled at 11:00 a.m. Eastern Time.

6.   **OCUC Seal Motion re Motion for 2004 Discovery of PwC**: Motion for Order Authorizing the Official Committee of Unsecured Creditors to File Emergency Motion of the Official Committee of Unsecured Creditors for Leave to Conduct Discovery Pursuant to Fed. R. Bankr. P. 2004 Under Seal [Filed: 12/15/09] (Docket No. 1460).

Related Documents:

(a)   Notice of Hearing on Emergency Motion of the Official Committee of Unsecured Creditors for Leave to Conduct Discovery Pursuant to Fed. R. Bankr. P. 2004 [Filed: 12/22/09] (Docket No. 1492).

(b)   Certification of Counsel Regarding Stipulation Relating to Certain of Official Committee of Unsecured Creditors' Motions to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and for an Order Authorizing Service of Subpoenas to Compel Production of Certain Documents and Attendance for Deposition [Filed: 1/14/10] (Docket No. 1628).

(c)   Notice of Adjournment [Filed: 1/15/10] (Docket No. 1632).

(d)   [Signed] Order Approving Stipulation Resolving Official Committee of Unsecured Creditors' Motions to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and for an Order Authorizing Service of Subpoenas to Compel Production of Certain Documents and Attendance for Deposition [Filed: 1/15/10] (Docket No. 1635).

(e)   Certification of Counsel Regarding Order Approving Stipulation with Respect to Further Extension of Debtors' Exclusive Periods [Filed: 2/4/10] (Docket No. 1841).

(f)   [Signed] Order Approving Stipulation with Respect to Further Extension of Debtors' Exclusive Periods [Filed: 2/8/10] (Docket No. 1915).

(g)   Notice of Adjournment [Filed: 4/28/10] (Docket No. 2916).

4

Response Deadline: January 14, 2010 at 4:00 p.m. Eastern Time. Extended to July 8, 2010 at 4:00 p.m. Eastern Time.

Responses Received: Informal comments received from the Debtors.

Status: This matter has been continued to the July 15, 2010 omnibus hearing scheduled at 11:00 a.m. Eastern Time.

7. **OCUC Motion for 2004 Discovery of Debtors**: Motion of the Official Committee of Unsecured Creditors for Leave to Conduct Discovery of the Debtors Pursuant to Fed. R. Bankr. P. 2004 [Filed: 12/23/09] (Docket No. 1503).

   Related Documents:

   (a) Certification of Counsel Regarding Stipulation Relating to Certain of Official Committee of Unsecured Creditors' Motions to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and for an Order Authorizing Service of Subpoenas to Compel Production of Certain Documents and Attendance for Deposition [Filed: 1/14/10] (Docket No. 1628).

   (b) Notice of Adjournment [Filed: 1/15/10] (Docket No. 1632).

   (c) [Signed] Order Approving Stipulation Resolving Official Committee of Unsecured Creditors' Motions to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and for an Order Authorizing Service of Subpoenas to Compel Production of Certain Documents and Attendance for Deposition [Filed: 1/15/10] (Docket No. 1635).

   (d) Certification of Counsel Regarding Order Approving Stipulation with Respect to Further Extension of Debtors' Exclusive Periods [Filed: 2/4/10] (Docket No. 1841).

   (e) [Signed] Order Approving Stipulation with Respect to Further Extension of Debtors' Exclusive Periods [Filed: 2/8/10] (Docket No. 1915).

   (f) Notice of Adjournment [Filed: 4/28/10] (Docket No. 2916).

   Response Deadline: January 14, 2010 at 4:00 p.m. Eastern Time. Extended to July 8, 2010 at 4:00 p.m. Eastern Time.

   Responses Received: Informal comments received from the Debtors.

   Status: This matter has been continued to the July 15, 2010 omnibus hearing scheduled at 11:00 a.m. Eastern Time.

8. **OCUC Seal Motion re Motion for 2004 Discovery of Debtors**: Motion for Order Authorizing the Official Committee of Unsecured Creditors to File Motion for Leave to

Conduct Discovery of the Debtors Pursuant to Fed. R. Bankr. P. 2004 Under Seal [Filed: 12/23/09] (Docket No. 1504).

Related Documents:

(a) Certification of Counsel Regarding Stipulation Relating to Certain of Official Committee of Unsecured Creditors' Motions to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and for an Order Authorizing Service of Subpoenas to Compel Production of Certain Documents and Attendance for Deposition [Filed: 1/14/10] (Docket No. 1628).

(b) Notice of Adjournment [Filed: 1/15/10] (Docket No. 1632).

(c) [Signed] Order Approving Stipulation Resolving Official Committee of Unsecured Creditors' Motions to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and for an Order Authorizing Service of Subpoenas to Compel Production of Certain Documents and Attendance for Deposition [Filed: 1/15/10] (Docket No. 1635).

(d) Certification of Counsel Regarding Order Approving Stipulation with Respect to Further Extension of Debtors' Exclusive Periods [Filed: 2/4/10] (Docket No. 1841).

(e) [Signed] Order Approving Stipulation with Respect to Further Extension of Debtors' Exclusive Periods [Filed: 2/8/10] (Docket No. 1915).

(f) Notice of Adjournment [Filed: 4/28/10] (Docket No. 2916).

Response Deadline: January 14, 2010 at 4:00 p.m. Eastern Time. Extended to July 8, 2010 at 4:00 p.m. Eastern Time.

Responses Received: Informal comments received from the Debtors.

Status: This matter has been continued to the July 15, 2010 omnibus hearing scheduled at 11:00 a.m. Eastern Time.

9. **OCUC Motion for 2004 Discovery of Ford**: Emergency Motion of the Official Committee of Unsecured Creditors for Leave to Conduct Discovery Pursuant to Fed. R. Bankr. P. 2004 [Filed: 12/16/09] (Docket No. 1465).

Related Documents:

(a) Notice of Hearing on Emergency Motion of the Official Committee of Unsecured Creditors for Leave to Conduct Discovery Pursuant to Fed. R. Bankr. P. 2004 [Filed: 12/22/09] (Docket No. 1492).

Response Deadline: January 14, 2010 at 4:00 p.m. Eastern Time. Extended to July 8, 2010 at 4:00 p.m. Eastern Time.

6

Responses Received: Informal comments received from Ford and the Debtors.

Status: This matter has been continued to the July 15, 2010 omnibus hearing scheduled at 11:00 a.m. Eastern Time.

10. **OCUC Seal Motion re Motion for 2004 Discovery of Ford**: Motion for Order Authorizing the Official Committee of Unsecured Creditors to File Emergency Motion of the Official Committee of Unsecured Creditors for Leave to Conduct Discovery Pursuant to Fed. R. Bankr. P. 2004 Under Seal [Filed: 12/16/09] (Docket No. 1466).

    Related Documents:

    (a) Notice of Hearing on Emergency Motion of the Official Committee of Unsecured Creditors for Leave to Conduct Discovery Pursuant to Fed. R. Bankr. P. 2004 [Filed: 12/22/09] (Docket No. 1492).

    Response Deadline: January 14, 2010 at 4:00 p.m. Eastern Time. Extended to July 8, 2010 at 4:00 p.m. Eastern Time.

    Responses Received: Informal comments received from Ford.

    Status: This matter has been continued to the July 15, 2010 omnibus hearing scheduled at 11:00 a.m. Eastern Time.

11. **Committee Exclusivity Motion**: Motion of the Official Committee of Unsecured Creditors to Terminate Debtors' Exclusive Periods to File and Solicit Votes for Their Chapter 11 Plan [Filed: 3/31/10] (Docket No. 2704).

    Related Documents:

    (a) Motion to Shorten Notice of Motion of the Official Committee of Unsecured Creditors to Terminate Debtors' Exclusive Periods to File and Solicit Votes for Their Chapter 11 Plan [Filed: 3/31/10] (Docket No. 2705).

    (b) [Signed] Order Granting Motion to Shorten Notice of the Motion of the Official Committee of Unsecured Creditors to Terminate Debtors' Exclusive Periods to File and Solicit Votes for Their Chapter 11 Plan [Filed: 4/5/10] (Docket No. 2724).

    (c) Notice of Hearing re Docket No. 2704 [Filed: 4/6/10] (Docket No. 2740).

    (d) Notice of Adjournment re Docket No. 2704 [Filed: 5/10/10] (Docket No. 3029).

    Response Deadline: April 13, 2010 at 9:00 a.m. Eastern Time. Extended to May 5, 2010 at 4:00 p.m. Eastern Time.

Responses Received:

(a) Joinder and Limited Objection of Ad Hoc Committee of Equityholders to Motion of the Official Committee of Unsecured Creditors to Terminate Debtors' Exclusive Periods to File and Solicit Votes for Their Chapter 11 Plan [Filed: 4/19/10] (Docket No. 2846).

(b) Joinder by Aurelius Capital Master, Ltd., ACP Master, Ltd., and Aurelius Convergence Master, Ltd. To the Motion of the Official Committee of Unsecured Creditors to Terminate Debtors' Exclusive Periods to File and Solicit Votes for Their Chapter 11 Plan [Filed: 4/23/10] (Docket No. 2870).

(c) Joinder of the Certain Equity Security Holders in the Motion of the Official Committee of Unsecured Creditors to Terminate Debtors' Exclusive Periods to File and Solicit Votes for Their Chapter 11 Plan [Filed 4/23/10] (Docket No. 2877).

(d) Debtors' Omnibus Objection to the Motions of Certain Equity Holders to Terminate the Debtors' Exclusive Periods to File and Solicit Votes for Their Chapter 11 Plan [Filed: 5/5/10] (Docket No. 3003).

Replies Received:

(a) Omnibus Reply of the Official Committee of Unsecured Creditors to the Joinders of Certain Equity Holders to the Official Committee's Motion to Terminate Debtors' Exclusive Periods to File and Solicit Votes for Their Chapter 11 Plan [Filed: 5/7/10] (Docket No. 3024).

Status: **The Committee's Motion is continued to the July 15, 2010 omnibus hearing scheduled at 11:00 a.m. Eastern Time. The Joinders to the Committee Motion were heard at the May 12, 2010 omnibus hearing at which time the Court denied the Joinders.**

## RESOLVED MATTERS

12. **Gilford Relief from Stay Motion**: Motion for Relief from Automatic Stay Filed by Luther Gilford [Filed: 3/12/10] (Docket No. 2520).

    Related Documents:

    (a) Motion of Luther Gilford for Order Scheduling an Expedited Hearing and Shortening Notice on the Motion for Relief from Automatic Stay [Filed: 3/12/10] (Docket No. 2521).

    (b) [Signed] Order Denying Docket No. 2521 [Filed: 3/18/10] (Docket No. 2586).

(c) Certification of Counsel Regarding Order Approving Stipulation Between Visteon Corporation and Luther Gilford Modifying the Automatic Stay [Filed: 6/8/10] (Docket No. 3299).

(d) Order Approving Stipulation Between Visteon Corporation and Luther Gilford Modifying the Automatic Stay [Filed: 6/8/10] (Docket No. 3300).

(e) Notice of Withdrawal [Filed: 6/14/10] (Docket No. 3350).

Response Deadline: Not specified.

Responses Received: Informal comments received from the Debtors.

Status: This matter has been resolved and a notice of withdrawal has been filed.

**UNCONTESTED MATTERS**

13. **Sunningdale Shanghai 503(b)(9) Motion**: Motion of Sunningdale Precision Industries (Shanghai) Co. Ltd. for Allowance of Administrative Expense Pursuant to 11 U.S.C. § 503(b)(9) [Filed: 9/25/09] (Docket No. 1015).

    Related Documents:

    (a) Certification of Counsel Regarding Order Granting Motion of Sunningdale Precision Industries Ltd. (Shanghai) Co. Ltd. for Allowance of Administrative Expense Pursuant to 11 U.S.C. § 503(b)(9) [Filed: 6/14/10] (Docket No. 3353).

    (b) **[Signed] Order Granting Motion of Sunningdale Precision Industries (Shanghai) Co. Ltd. for Allowance of Administrative Expense Pursuant to 11 U.S.C. § 503(b)(9) [Filed: 6/15/10] (Docket No. 3369).**

    Response Deadline: November 5, 2009 at 4:00 p.m. Eastern Time. Extended to June 10, 2010 at 4:00 p.m. Eastern Time for the Debtors.

    Responses Received: Informal comments received from the Debtors.

    Status: **The order has been entered. No hearing will be necessary.**

14. **Sunningdale Singapore 503(b)(9) Motion**: Motion of Sunningdale Precision Industries, Ltd. (Singapore) for Allowance of Administrative Expense Pursuant to 11 U.S.C. § 503(b)(9) [Filed: 9/25/09] (Docket No. 1016).

    Related Documents:

    (a) Certification of Counsel Regarding Order Granting Motion of Sunningdale Precision Industries Ltd. (Singapore) for Allowance of Administrative Expense Pursuant to 11 U.S.C. § 503(b)(9) [Filed: 6/14/10] (Docket No. 3352).

(b) **[Signed] Order Granting Motion of Sunningdale Precision Industries Ltd. (Singapore) for Allowance of Administrative Expense Pursuant to 11 U.S.C. § 503(b)(9) [Filed: 6/15/10] (Docket No. 3371).**

Response Deadline: November 5, 2009 at 4:00 p.m. Eastern Time. Extended to June 10, 2010 at 4:00 p.m. Eastern Time for the Debtors.

Responses Received: Informal comments received from the Debtors.

Status: **The order has been entered. No hearing will be necessary.**

15. **Sunningdale Mexico 503(b)(9) Motion**: Motion of Sunningdale Technologies S.A. de C.V. (Mexico) for Allowance of Administrative Expense Pursuant to 11 U.S.C. § 503(b)(9) [Filed: 9/25/09] (Docket No. 1018).

    Related Documents:

    (a) Certification of Counsel Regarding Order Granting Motion of Sunningdale Technologies S.A. de C.V. (Mexico) for Allowance of Administrative Expense Pursuant to 11 U.S.C. § 503(b)(9) [Filed: 6/14/10] (Docket No. 3351).

    (b) **[Signed] Order Granting Motion of Sunningdale Technologies S.A. de C.V. (Mexico) for Allowance of Administrative Expense Pursuant to 11 U.S.C. § 503(b)(9) [Filed: 6/15/10] (Docket No. 3370).**

    Response Deadline: November 5, 2009 at 4:00 p.m. Eastern Time. Extended to June 10, 2010 at 4:00 p.m. Eastern Time for the Debtors.

    Responses Received: Informal comments received from the Debtors.

    Status: **The order has been entered. No hearing will be necessary.**

16. **Ernst & Young Second Quarterly Fee App**: Notice of Second Interim Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Risk Management, Tax, Accounting, and Valuation Services Providers for the Debtors and Debtors in Possession for the Period from September 1, 2009 through November 30, 2009 [Filed: 1/21/10] (Docket No. 1711).

    Related Documents:

    (a) Certification of No Objection Regarding Docket No. 1711 [Filed: 2/17/10] (Docket No. 2126).

    (b) Second Monthly Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Risk Management, Tax, Accounting, and Valuation Services Providers for the Debtors and Debtors in Possession for the Period from September 1, 2009 through September 30, 2009 [Filed: 11/6/09] (Docket No. 1240).

(c) Notice of Filing of Amended Cover Sheet for Second Monthly Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Risk Management Services Providers for the Debtors and Debtors in Possession for the Period from September 1, 2009 through September 30, 2009 [Filed: 11/6/09] (Docket No. 1250).

(d) Certification of No Objection Regarding Docket No. 1240 [Filed: 12/2/09] (Docket No. 1397).

(e) Third Monthly Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Risk Management, Tax, Accounting, and Valuation Services Providers for the Debtors and Debtors in Possession for the Period from October 1, 2009 through October 31, 2009 [Filed: 12/4/09] (Docket No. 1404).

(f) Certification of No Objection Regarding Docket No. 1404 [Filed: 12/30/09] (Docket No. 1520).

(g) Fourth Monthly Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Risk Management, Tax, Accounting, and Valuation Services Providers for the Debtors and Debtors in Possession for the Period from November 1, 2009 through November 30, 2009 [Filed: 1/7/10] (Docket No. 1565).

(h) Certification of No Objection Regarding Docket No. 1565 [Filed: 1/29/10] (Docket No. 1771).

(i) Certification of Counsel Regarding Agreed Order Approving the Second Interim Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Risk Management, Tax, Accounting, and Valuation Services Providers for the Debtors and Debtors in Possession for the Period from September 1, 2009 through November 30, 2009 [Filed: 6/14/10] (Docket No. 3357).

Response Deadline: February 10, 2010 at 4:00 p.m.

Responses Received: None.

Status: The applicant has filed a certification of counsel and requests entry of the order attached thereto prior to the hearing.

17. **TomTom Agreement and Seal Motion**: Motion of the Debtors for an Order Authorizing the Debtors (a) to Enter into a Non-Exclusive License Agreement with TomTom NV and (b) to File the License Agreement Under Seal [Filed: 5/27/10] (Docket No. 3240).

Related Documents:

(a) Certification of No Objection re Docket No. 3240 [Filed: 6/14/10] (Docket No. 3360).

Response Deadline: June 10, 2010 at 4:00 p.m. Eastern Time.

Responses Received: None.

Status: The Debtors have filed a certification of no objection and request entry of the order attached to the motion prior to the hearing.

## OMNIBUS CLAIM OBJECTIONS

18. **Eleventh Omnibus Claim Objection**: Eleventh Omnibus Objection of Visteon Corporation and Its Affiliated Debtors to Proofs of Claim (Amended Claims (Non-Substantive)) [Filed: 5/19/10] (Docket No. 3164).

    Related Documents:

    (a) Certification of No Objection re Docket No. 3164 [Filed: 6/14/10] (Docket No. 3358).

    Response Deadline: June 10, 2010 at 4:00 p.m. Eastern Time.

    Responses Received: None.

    Status: The Debtors have filed a certification of no objection and request entry of the order attached to the objection prior to the hearing.

19. **Twelfth Omnibus Claim Objection**: Twelfth Omnibus Objection of Visteon Corporation and Its Affiliated Debtors to Proofs of Claim (Duplicative Reclamation Demands, Non-Debtor Claims, and Claims to be Adjusted (Substantive)) [Filed: 5/19/10] (Docket No. 3165).

    Related Documents:

    (a) Certification of No Objection re Docket No. 3165 [Filed: 6/14/10] (Docket No. 3359).

    Response Deadline: June 10, 2010 at 4:00 p.m. Eastern Time.

    Responses Received: None.

    Status: The Debtors have filed a certification of no objection and request entry of the order attached to the objection prior to the hearing.

## CONTESTED MATTERS

20. **Cash Collateral Motion**: Motion of the Debtors for Entry of an Interim Order (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection to Prepetition Secured Lenders, and (C) Scheduling Final Hearing [Filed: 5/28/09] (Docket No. 18).

    Related Documents: (Filed after May 1, 2010)

    (a) Certification of Counsel Regarding Fourteenth Supplemental Interim Order (I) Authorizing the Use of Cash Collateral Under 11 U.S.C. § 363, (II) Granting Adequate Protection Under 11 U.S.C. §§ 361, 362 and 363 and (III) Scheduling a Final Hearing Under Bankruptcy Rule 4001(b) [Filed: 5/11/10] (Docket No. 3062).

    (b) [Signed] Fourteenth Supplemental Interim Order (I) Authorizing the Use of Cash Collateral Under 11 U.S.C. § 363, (II) Granting Adequate Protection Under 11 U.S.C. §§ 361, 362 and 363 and (III) Scheduling a Final Hearing Under Bankruptcy Rule 4001(b) [Filed: 5/12/10] (Docket No. 3098).

    (c) **Certification of Counsel Regarding Fifteenth Supplemental Interim Order (I) Authorizing the Use of Cash Collateral Under 11 U.S.C. § 363, (II) Granting Adequate Protection Under 11 U.S.C. §§ 361, 362 and 363 and (III) Scheduling a Final Hearing Under Bankruptcy Rule 4001(b) [Filed: 6/17/10] (Docket No. 3412).**

    (d) **Notice of Filing of Amended Budget [Filed: 6/17/10] (Docket No. 3413).**

    Response Deadline:  June 11, 2010 at 4:00 p.m. Eastern Time.

    Responses Received:

    (a) Limited Objection of Wilmington Trust FSB, as Administrative Agent, on Behalf of Itself and the Several Prepetition Term Lenders Under Certain Prepetition Term Loan Documents to and Reservation of Rights in Connection with Motion of Debtors for Entry of an Interim Order (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection to Prepetition Secured Lenders, and (C) Scheduling Final Hearing [Filed: 5/29/09] (Docket No. 65).

    (b) Response of Texas Instruments Incorporated to the Motion of the Debtors for Entry of an Interim Order (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection to Prepetition Secured Lenders, and (C) Scheduling Final Hearing [Filed: 6/12/09] (Docket No. 240).

    (c) Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Entry of a Final Order (A) Authorizing Use of Cash Collateral and (B) Granting Adequate Protection to Pre-Petition Secured Lender [Filed: 6/15/09] (Docket No. 248).

13

Status: The Debtors will file a supplemental order under certification of counsel and request entry of the order prior to the hearing.

21. **City of Dearborn Proof of Claim Motion**: Motion to File Proof of Claim [Filed: 5/18/10] (Docket No. 3150).

    Related Document:

    (a) Notice of Hearing on City of Dearborn's Motion to File Proof of Claim [Filed: 6/4/10] (Docket No. 3258).

    Response Deadline: June 10, 2010 at 4:00 p.m. Eastern Time.

    Responses Received:

    (a) Debtors' Objection to the City of Dearborn's Motion to File Proof of Claim [Filed: 6/10/10] (Docket No. 3314).

        (i) Declaration of Robert Aprilliano, Director of Tax for Visteon Corporation, in Support of the Debtors' Objection to the City of Dearborn's Motion to File Proof of Claim [Filed: 6/15/10] (Docket No. 3362).

    (b) Joinder of the Official Committee of Unsecured Creditors to the Debtors' Objection to the City of Dearborn's Motion to File Proof of Claim [Filed: 6/10/10] (Docket No. 3317).

    Status: This matter will go forward.

## QUARTERLY FEE APPLICATION MATTERS

Quarterly fee applications are scheduled to go forward at this hearing. Attached hereto as **Exhibit B** is a complete list of those fee applications scheduled to be heard. The items listed on **Exhibit B** hereto correspond to the order of the fee applications, and documents related thereto, that are in the fee application binders submitted to the Court, pursuant to the Court's Chambers' Procedures.

Related Document:

(a) [Signed] Order Establishing a Fee Review Committee and Approving Protocols Related Thereto [Filed: 3/5/10] (Docket No. 2462).

(b) Notice of Hearing to Consider Approval and Allowance of Quarterly Fee Applications [Filed: 6/9/10] (Docket No. 3309).

(c) **Statement of Fee Review Committee Regarding Third Interim Fee Applications of Professionals Retained by the Debtors and the Official Committee of Unsecured Creditors [Filed: 6/16/10] (Docket No. 3388).**

14

(d) Certification of Counsel Regarding Omnibus Order Approving Quarterly Fee Applications for Compensation and Reimbursement of Expenses [Filed: 6/17/10] (Docket No. 3414).

Status: Quarterly fee applications will go forward.

Dated: June 17, 2010

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ljones@pszjlaw.com
joneill@pszjlaw.com
tcairns@pszjlaw.com

- and -

**KIRKLAND & ELLIS LLP**
James H. M. Sprayregen, P.C. (IL 6190206)
Marc Kieselstein, P.C. (IL 6199255)
James J. Mazza, Jr. (IL 6275474)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
E-mail: james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
james.mazza@kirkland.com

*Attorneys for the Debtors and Debtors in Possession*