# Exhibit C

# Reorganized Debtors' Financial Projections

**VISTEON CORPORATION**
Financial Projections

**FINANCIAL PROJECTIONS**

The Debtors developed financial projections (the "Financial Projections") to support the feasibility of the *Fourth Amended Joint Plan of Reorganization of Visteon Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the United States Bankruptcy Court* (the "Plan").[1]

**THE FINANCIAL PROJECTIONS ARE BASED UPON A NUMBER OF SIGNIFICANT ASSUMPTIONS. ACTUAL OPERATING RESULTS AND VALUES MAY VARY SIGNIFICANTLY FROM THESE FINANCIAL PROJECTIONS.**

*Overview of Financial Projections*

As a condition to Confirmation, the Bankruptcy Code requires, among other things, the Bankruptcy Court to find that Confirmation is not likely to be followed by either liquidation or the need to further reorganize the Debtors. In connection with developing the Plan, and for purposes of determining whether the Plan satisfies feasibility standards, the Debtors' management has, through the development of the Financial Projections, analyzed the Reorganized Debtors' ability to meet their obligations under the Plan and to maintain sufficient liquidity and capital resources to conduct their businesses. The Financial Projections will also assist each holder of a Claim in determining whether to accept or reject the Plan. The Debtors prepared the Financial Projections in good faith, based upon estimates and assumptions made by the Debtors' management. The estimates and assumptions in the Financial Projections, while considered reasonable by management, may not be realized, and are inherently subject to uncertainties and contingencies. They are also based on factors such as industry performance, general business, economic, competitive, regulatory, market and financial conditions, all of which are difficult to predict and generally beyond the Debtors' control. Because future events and circumstances may well differ from those assumed, and unanticipated events or circumstances may occur, the Debtors expect that the actual and projected results will differ and the actual results may be materially greater or less than those contained in the Financial Projections. No representations can be made as to the accuracy of the Financial Projections or the Reorganized Debtors' ability to achieve the projected results. Therefore, the Financial Projections may not be relied upon as a guarantee or as any other form of assurance as to the actual results that will occur. The inclusion of the Financial Projections herein should not be regarded as an indication that the Debtors considered or consider the Financial Projections to reliably predict future performance. The Financial Projections are subjective in many respects, and thus are susceptible to multiple interpretations and periodic revisions based on actual experience and future developments. The Debtors do not intend to update or otherwise revise the Financial Projections to reflect the occurrence of future events, even in the event that assumptions underlying the Financial Projections are not borne out. The Financial Projections should be read in conjunction with the assumptions and qualifications set forth herein.

In general, as illustrated by the Financial Projections, the Debtors believe that with a significantly deleveraged capital structure, the Debtors' businesses will return to viability. The decrease in the amount of debt on the Debtors' balance sheet will substantially reduce interest expense and improve cash flow.

---

[1] Capitalized terms used in the Plan and not otherwise defined shall have the meanings ascribed to such terms in the Plan.

Based on the Financial Projections, the Debtors should have sufficient cash flow to pay and service their debt obligations and to operate their businesses. The Debtors believe that Confirmation and Consummation are not likely to be followed by the liquidation or further reorganization of the Reorganized Debtors. Accordingly, the Debtors believe that the Plan satisfies the feasibility requirement of section 1129(a)(11) of the Bankruptcy Code.

**THE DEBTORS DID NOT PREPARE THE FINANCIAL PROJECTIONS WITH A VIEW TOWARDS COMPLYING WITH THE GUIDELINES FOR PROSPECTIVE FINANCIAL STATEMENTS PUBLISHED BY THE AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS. THE DEBTORS' INDEPENDENT AUDITOR HAS NEITHER COMPILED NOR EXAMINED THE ACCOMPANYING PROSPECTIVE FINANCIAL INFORMATION TO DETERMINE THE REASONABLENESS THEREOF AND, ACCORDINGLY, HAS NOT EXPRESSED AN OPINION OR ANY OTHER FORM OF ASSURANCE WITH RESPECT THERETO. THE DEBTORS DO NOT, AS A MATTER OF COURSE, PUBLISH FINANCIAL PROJECTIONS OF THEIR ANTICIPATED FINANCIAL POSITION, RESULTS OF OPERATIONS OR CASH FLOWS.**

**ACCORDINGLY, NEITHER THE DEBTORS NOR THE REORGANIZED DEBTORS INTEND TO, AND EACH DISCLAIMS ANY OBLIGATION TO: (A) FURNISH UPDATED FINANCIAL PROJECTIONS TO HOLDERS OF CLAIMS OR EQUITY INTERESTS PRIOR TO THE EFFECTIVE DATE OR TO ANY OTHER PARTY AFTER THE EFFECTIVE DATE; (B) INCLUDE ANY SUCH UPDATED INFORMATION IN ANY DOCUMENTS THAT MAY BE REQUIRED TO BE FILED WITH THE SECURITIES AND EXCHANGE COMMISSION; OR (C) OTHERWISE MAKE SUCH UPDATED INFORMATION PUBLICLY AVAILABLE. IT IS THE CURRENT PRACTICE OF THE DEBTORS TO PERIODICALLY ISSUE PRESS RELEASES REPORTING FINANCIAL RESULTS AND HOLDERS OF CLAIMS ARE URGED TO REVIEW ANY SUCH PRESS RELEASES IN THE FUTURE IF, WHEN, AND AS, ISSUED.**

On December 17, 2009, the Debtors filed the *Joint Plan of Reorganization of Visteon Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the United States Bankruptcy Court*, which contained financial projections prepared as of December 15, 2009 based on their underlying business plan (the "Business Plan"). On March 15, 2010, the Debtors filed the *First Amended Joint Plan of Reorganization of Visteon Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the United States Bankruptcy Code,* which contained financial projections prepared as of February 26, 2010, based on the Business Plan as updated to reflect actual financial results for the year ended December 31, 2009, maintenance of the Debtors' defined benefit pension plans (the "Pension Plans"), and revised assumptions for 2010 (the "First Amended Business Plan").

The Plan is comprised of two mutually exclusive sub plans—the Rights Offering Sub Plan and the Claims Conversion Sub Plan. The Debtors will seek to consummate the Rights Offering Sub Plan in the event $1.65 billion in new capital is raised to satisfy the claims of the Debtors' secured term loan lenders. The Debtors prepared the Financial Projections of Visteon Corporation and its Debtor Affiliates for the years ending December 31, 2010 through December 31, 2013 (the "Projection Period"), as of April 6, 2010, based on the First Amended Business Plan updated only to reflect assumptions in the Rights Offering Sub Plan, such as additional general unsecured claim settlements, a capital raise to pay the holders of the Debtors' secured term loan claims in full in cash (including post-petition interest and fees) and consummation of a $1.25 billion Rights Offering and a $400 million senior secured term credit facility.

The Financial Projections assume that the Plan will be consummated in accordance with its terms and that all transactions contemplated by the Plan will be consummated by June 30, 2010 (the "Assumed

Effective Date"). Any significant delay in the Assumed Effective Date may have a significant negative impact on the operations and financial performance of the Debtors including, but not limited to, an increased risk of inability to meet sales forecasts and the incurrence of higher reorganization expenses.

Although the Financial Projections represent the Debtors' best estimates and good faith judgment (for which the Debtors believe they have a reasonable basis), of the results of future operations, financial position, and cash flows of the Reorganized Debtors, they are only estimates and actual results may vary considerably from such Financial Projections. Consequently, the inclusion of the Financial Projections herein should not be regarded as a representation by the Debtors, the Debtors' advisors or any other person that the projected results of operations, financial position, and cash flows of the Debtors will be achieved.

The Debtors do not intend to update or otherwise revise the Financial Projections to reflect circumstances that may occur after their preparation, or to reflect the occurrence of unanticipated events, even in the event that any or all of the underlying assumptions are shown to be in error. However, the Reorganized Debtors intend to disclose their actual results of operations, financial condition and cash flows during the Projection Period through publication of subsequent quarterly and annual financial statements and accompanying discussion and analysis, which will be contained in the quarterly and annual reports.

Additional information relating to the principal assumptions used in preparing the Financial Projections is set forth below.

*General Assumptions and Methodology*

The Financial Projections consist of the following unaudited pro forma financial statements: projected consolidated statements of operations for each year in the Projection Period; projected statements of financial position as of December 31 for each year in the Projection Period; and projected statements of cash flows for each year in the Projection Period. The Financial Projections are based on financial data derived from the Debtors' business planning process. The business planning process is undertaken annually by the Debtors to provide sales and cost projections which assist the Debtors in managing their working capital needs, planning for anticipated capital expenditures and developing their capital structure.

The Financial Projections: a) are based on projected market conditions in each of the Debtors' respective markets; b) utilize part detail to create plant and product group financials; c) assume emergence from Chapter 11 on the Assumed Effective Date under the terms expected in the Plan; d) reflect the successful exit and wind down of the North America interiors business and other North American plants; e) assume that the benefits under the Debtors' post-retirement employee health care and life insurance benefit ("OPEB") plans are terminated; f) assume that the Debtors' Pension Plans are maintained; g) assume that the Debtors' non-qualified employee retirement benefit plans are terminated; h) assume that the Reorganized Debtors adopt a new supplemental executive retirement plan and pension parity plan, each substantially in the form contained in the Plan Supplement, and shall reinstate and honor any benefits accrued under the Debtors' current supplemental executive retirement plan and pension parity plan for employees of the Reorganized Debtors pursuant to the new supplemental executive retirement plan and pension parity plan; and, i) assume consummation of a $1.25 billion Rights Offering and a $400 million senior secured term credit facility.

*Income Statement Assumptions*

Net Sales:  The Debtors' net sales include product sales and services revenue.  Product sales primarily include sales of component parts to global vehicle manufacturers and are driven by production volumes associated with the underlying vehicle platforms.  Services revenue primarily relates to information technology, engineering, administrative and other business support services provided by the Debtors, largely in support of divestiture transactions.

The Debtors' product sales projections utilize vehicle platform production forecast data from industry recognized third-party consultants adjusted to incorporate the Debtors' own expertise gained through information obtained directly from the customer and analysis of past history.  The Debtors combined these vehicle platform production forecasts with information pertaining to the Debtors' existing customer contracts and content for these vehicle platforms and an assessment of future contracts and content for these vehicle platforms to create the Debtors' product sales projections.

Services revenue primarily relates to information technology, engineering, administrative and other business support services provided by the Debtors to Automotive Component Holdings, LLC ("ACH"), under the terms of various agreements with ACH.  Services revenue declines during the Projection Period from $175 million in 2010 to $129 million in 2013, representing decreased utilization of the Debtors' services by ACH.

Cost of Goods Sold ("COGS"):  The Debtors' COGS expenditures primarily include direct material costs, labor and overhead, and product engineering expenses.  Direct material costs include purchases of various commodity raw materials (primarily metals and plastics) used in the production of salable component parts.  Labor and overhead includes plant related expenses.  Product engineering expenses represent expenses associated primarily with employees conducting research and development, product design and manufacturing engineering activities. Included in the projected engineering expenses are reductions in costs reflecting both continued structural actions and increased utilization of lower cost country resources while at the same time recognizing the importance of continued technological development.

Excluding the $322 million benefit related to the OPEB termination in 2010, COGS as a percentage of sales decreases throughout the Projection Period, generally due to assumed cost savings associated with ongoing restructuring and cost reduction activities and the benefit of increased capacity utilization as sales levels increase over the Projection Period.

Selling, General & Administrative Expenses ("SG&A"):  SG&A represents administrative expenses incurred at corporate and product group levels, and related IT and facility expenses.  SG&A expenses, excluding the $13 million of expense related to the OPEB termination in 2010, are projected to be $358 million or 5.4% of sales in 2010, decreasing to $272 million or 4.0% of sales in 2013 due to assumed savings associated with the Company's continued cost reduction activities and improved sales levels. [2]

Reorganization Items:  Reorganization items consist of estimated fees for professional advisors and other costs directly attributable to the Chapter 11 Cases.

---

[2] SG&A for 2010 is negatively affected by the amortization of actuarial losses associated with the OPEB termination.

Interest Expense:  Interest expense for 2010 includes the projected expense related to adequate protection under the ABL Facility and interest and fees under the DIP Facility for the period ending June 30, 2010.  For the second half of 2010 through 2013, interest expense is based upon the Debtors' anticipated debt structure following Consummation of the Plan, which for purposes of the Financial Projections is primarily comprised of a $400 million senior secured term facility at an interest rate of 10% paid quarterly.  Interest expense during the Projection Period also includes the non-cash amortization of certain transaction fees associated with the anticipated post-reorganization debt structure, a 1% availability fee on a $300 million undrawn revolving credit facility paid quarterly, and amounts related to other Affiliate debt, primarily foreign Affiliates**.**

Income Tax Expense: Consolidated income tax expense increases over the Projection Period reflecting increased profitability as well as a change in anticipated effective tax rates. These anticipated effective tax rates incorporate judgments regarding the Debtors' ability to utilize net operating loss carry-forwards to offset a portion of taxable income, as well as the impact of changes in tax laws.  U.S. income taxes were estimated by the Debtors after considering the application of pre-emergence tax attributes to offset any taxable income, subject to Section 382 limitations, and post-emergence net operating losses. The Debtors believe that they will have sufficient tax attributes in existence at the Assumed Effective Date and generated after the Assumed Effective Date to offset any U.S. taxable income during the Projection Period.

*Balance Sheet Assumptions*

The Debtors' projected consolidated statements of financial position set forth the projected consolidated financial position after Consummation of the Plan. The projected consolidated statements of financial position were developed based upon the Debtors' December 31, 2009 balance sheet contained in the Visteon Corporation Annual Report on Form 10-K for the year ended December 31, 2009, as adjusted for projected results of operations and cash flows over the Projection Period. The projected consolidated statements of financial position do not reflect the impact of "fresh start" accounting, which could result in a material change to the projected values of assets and liabilities.

Cash and Equivalents: Cash and equivalents are comprised of global cash and cash equivalent balances including amounts held in foreign non-wholly owned consolidated Affiliates.  The Debtors' operating profitability is projected to become more concentrated with their foreign subsidiaries and joint ventures. Accordingly, cash balances located outside the U.S. are projected to increase. The Debtors' ability to efficiently access cash balances in foreign jurisdictions is subject to local regulatory and statutory requirements.

Restricted Cash: Restricted cash primarily includes amounts of cash restricted pursuant to the ABL Facility and Term Loan Facility cash collateral orders entered by the Bankruptcy Court, as well as amounts required to cash collateralize ongoing letters of credit and international hedging activities.  Under the ABL Facility cash collateral order, there is an $80 million minimum cash requirement.  Under the Term Loan Facility cash collateral order, the Debtors are required to hold dividends paid by foreign Affiliates to Debtor entities.  Since the Petition Date, $35 million in dividends have been held in such accounts.  Both the ABL Facility minimum cash requirement and the Term Loan Facility dividend restriction are projected to be lifted upon the Assumed Effective Date.  Cash used to collateralize outstanding letters of credit and the Debtors' foreign currency hedging contracts is projected to remain restricted after the Assumed Effective Date.

Short and Long Term Debt:  Short and long-term debt balances as of December 31, 2010, 2011, 2012 and 2013 assume an anticipated post-reorganization capital structure that is comprised primarily of a $400 million senior secured term facility at an interest rate of 10% and foreign affiliate debt including

$60 million of new Halla debt in North America and Europe and $44 million from a French receivables factoring program.  Additionally, following Consummation of the Plan, the Reorganized Debtors expect to have ytgfv availability under a $300 million U.S. revolving credit facility.

Employee Benefits:  Employee benefit obligations assume that benefits under the Debtors' OPEB plans are terminated, the Debtors' Pension Plans are maintained, the Debtors' non-qualified employee retirement benefit plans are terminated, and the Reorganized Debtors adopt a new supplemental executive retirement plan and pension parity plan, each substantially in the form contained in the Plan Supplement, and shall reinstate and honor any benefits accrued under the Debtors' current supplemental executive retirement plan and pension parity plan for employees of the Reorganized Debtors pursuant to the new supplemental executive retirement plan and pension parity plan.  Prior to the Petition Date, the Debtors withdrew from the Central States, Southeast and Southwest Areas Pension Plan (which is a multiemployer plan). Further, the shutdown of the Debtors' North Penn facility triggered a withdrawal liability from the Teamsters Pension Trust Fund of Philadelphia and Vicinity, the bulk of which is related to prepetition service.  Withdrawal liabilities associated with these plans have been excluded from the Debtors' employee benefit obligations, and have been classified as liabilities subject to compromise.

Liabilities Subject to Compromise: Pre-petition amounts subject to compromise are assumed to be settled in accordance with the terms of the Plan.  For purposes of the Financial Projections, this settlement is reflected in statements of financial position and statements of cash flows only and is given effect during 2010 as an equity transaction.

*Cash Flow Assumptions*

Operating Activities:  Cash flows from operating activities are projected to increase from an outflow of $233 million in 2010 to an inflow of $460 million in 2013.  This improvement largely reflects net income improvements adjusted for non-cash items during the Projection Period.  Other significant sources and uses of cash from operations during the Projection Period include changes in trade working capital cash flows and other assets and liabilities.  Changes in trade working capital cash flows in 2010 are affected by accounts payable cash flows associated with post-emergence disbursements in accordance with the Plan.  Other assets and liabilities are affected by pension payments, reorganization related professional fee payments, and post-emergence disbursements to other secured claimants and general unsecured creditors in accordance with the Plan.

Investing Activities: Cash flows from investing activities primarily consist of capital expenditures, joint venture investments and proceeds from asset sales.  Capital expenditures are $185 million in 2010, and average $165 million per year for the remainder of the Projection Period.

Financing Activities:

"Short-Term Debt, Net" in 2010 includes a $127 million payment under the ABL Facility (including $39 million on drawn letters of credit) on the Assumed Effective Date and other debt reductions, partially offset by $60 million proceeds from new Halla debt in North America and Europe and $35 million of cash proceeds from a French factoring program.

"Cash Restriction" assumes that the ABL Facility minimum cash requirements and the Term Loan Facility dividend restriction will be lifted on the Assumed Effective Date, resulting in a cash inflow of $105 million in 2010.

"Proceeds from DIP Facility, Net of Issuance Costs" includes borrowings from the DIP Facility of $75 million in November 2009. Upon emergence, the $75 million outstanding balance on the DIP Facility is assumed to be repaid.

"Proceeds from Issuance of Debt, Net of Issuance Costs" includes a $400 million senior secured term facility less issuance fees for the new term loan and revolving credit facility.

"Principal Payments on Debt" includes the $1.5 billion paydown of term loan debt and final payment of Korean bonds previously issued in 2007.

"Rights Offering, Net of Fees" assumes a $950 million rights offering to Eligible Holders and a Direct Commitment of $300 million, fully backstopped by the Investors' Backstop Commitment, less a put premium of 3.5% of $1.25 billion, an arrangement premium of 1.33% of $1.25 billion, and transaction expenses.

**Visteon Corporation**
**Unaudited Projected Consolidated Statements of Operations**
(Dollars in Millions)

### Income Statement

| | For the Year Ended December 31, | | | | |
|---|---|---|---|---|---|
| | 2009 (Mils.) | 2010 (Mils.) | 2011 (Mils.) | 2012 (Mils.) | 2013 (Mils.) |
| Net Sales | | | | | |
|   Product Sales | $ 6,420 | $ 6,435 | $ 6,550 | $ 6,956 | $ 7,088 |
|   Services | 265 | 175 | 153 | 140 | 129 |
|     Total Net Sales | $ 6,685 | $ 6,610 | $ 6,703 | $ 7,096 | $ 7,217 |
| Cost Of Goods Sold | | | | | |
|   Product | $ (5,827) | $ (5,695) | $ (6,063) | $ (6,315) | $ (6,405) |
|   Services | (261) | (175) | (153) | (140) | (129) |
|     Total Cost of Goods Sold | $ (6,088) | $ (5,870) | $ (6,216) | $ (6,455) | $ (6,534) |
|     **Gross Margin** | $ 597 | $ 740 | $ 487 | $ 642 | $ 683 |
| SG&A | (331) | (371) | (293) | (273) | (272) |
| Restructuring Expense | (84) | (90) | (9) | (50) | - |
| Reimbursement from Escrow Account | 62 | - | - | - | - |
| Reorganization Items | (60) | (82) | - | - | - |
| Deconsolidation Gain | 95 | - | - | - | - |
| Other Gains (Losses) | 11 | - | - | - | - |
|     **Operating Income** | $ 290 | $ 197 | $ 185 | $ 319 | $ 411 |
| Interest Expense | (117) | (47) | (61) | (61) | (61) |
| Interest Income | 11 | 11 | 16 | 20 | 27 |
| Equity in Net Income of Affiliates | 80 | 92 | 84 | 90 | 96 |
|     **Income Before Income Taxes** | $ 264 | $ 253 | $ 224 | $ 368 | $ 473 |
| Tax Expense | (80) | (110) | (120) | (125) | (125) |
|     **Net Income** | $ 184 | $ 143 | $ 104 | $ 243 | $ 348 |
| Non-Controlling Interests | (56) | (59) | (62) | (69) | (71) |
|     **Net Income Attributable to Visteon** | $ 128 | $ 84 | $ 42 | $ 174 | $ 277 |

# Visteon Corporation
## Unaudited Projected Consolidated Statements of Financial Position
(Dollars in Millions)

**Balance Sheet**

| | As of December 31, | | | | |
|---|---|---|---|---|---|
| | 2009 (Mils.) | 2010 (Mils.) | 2011 (Mils.) | 2012 (Mils.) | 2013 (Mils.) |
| **Assets** | | | | | |
| Cash and Equivalents | $ 962 | $ 416 | $ 532 | $ 678 | $ 965 |
| Restricted Cash | 133 | 28 | 28 | 28 | 28 |
| Accounts Receivable, Net | 1,055 | 888 | 914 | 995 | 1,027 |
| Inventories, Net | 319 | 315 | 325 | 333 | 328 |
| Other Current Assets | 236 | 306 | 306 | 306 | 306 |
| Total Current Assets | $ 2,705 | $ 1,953 | $ 2,105 | $ 2,340 | $ 2,654 |
| Property and Equipment, Net | 1,936 | 1,759 | 1,591 | 1,487 | 1,391 |
| Equity in Net Assets of Non-Consolidated Affiliates | 294 | 396 | 454 | 517 | 586 |
| Other Non-Current Assets | 84 | 103 | 99 | 95 | 90 |
| **Total Assets** | **$ 5,019** | **$ 4,211** | **$ 4,249** | **$ 4,439** | **$ 4,721** |
| **Liabilities** | | | | | |
| Short-Term Debt, Including Current Portion of Long Term Debt | $ 225 | $ 168 | $ 167 | $ 167 | $ 167 |
| Accounts Payable | 977 | 893 | 935 | 996 | 1,015 |
| Accrued Employee Liabilities | 161 | 161 | 161 | 161 | 161 |
| Other Current Liabilities | 302 | 260 | 219 | 200 | 178 |
| Total Current Liabilities | $ 1,665 | $ 1,482 | $ 1,482 | $ 1,524 | $ 1,521 |
| Long-Term Debt | 6 | 406 | 406 | 406 | 406 |
| Employee Benefits | 568 | 524 | 472 | 390 | 340 |
| Deferred Income Taxes | 159 | 159 | 159 | 159 | 159 |
| Other Non-Current Liabilities | 257 | 257 | 257 | 257 | 257 |
| Total Non-Current Liabilities | $ 990 | $ 1,346 | $ 1,294 | $ 1,212 | $ 1,162 |
| Liabilities Subject to Compromise | 2,819 | - | - | - | - |
| **Total Liabilities** | **$ 5,474** | **$ 2,828** | **$ 2,776** | **$ 2,736** | **$ 2,683** |
| **Shareholders' Equity (Deficit)** | | | | | |
| Total Visteon Corporation Shareholders' Equity / (Deficit) | $ (772) | $ 1,051 | $ 1,093 | $ 1,267 | $ 1,544 |
| Noncontrolling Interests | 317 | 332 | 380 | 436 | 494 |
| **Total Shareholders' Equity (Deficit)** | **$ (455)** | **$ 1,383** | **$ 1,473** | **$ 1,703** | **$ 2,038** |
| **Total Liabilities and Shareholders' Equity (Deficit)** | **$ 5,019** | **$ 4,211** | **$ 4,249** | **$ 4,439** | **$ 4,721** |

# Visteon Corporation
## Unaudited Projected Consolidated Statements of Cash Flows
(Dollars in Millions)

**Statement of Cash Flows**

| | For the Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2009 (Mils.) | | 2010 (Mils.) | | 2011 (Mils.) | | 2012 (Mils.) | | 2013 (Mils.) |
| **Operating Activities** | | | | | | | | | |
| Net Income | $ | 184 | $ | 143 | $ | 104 | $ | 243 | $ | 348 |
| Adjustments to Reconcile Net Income to Net Cash Provided From (Used By) Operating Activities: | | | | | | | | | | |
| Depreciation & Amortization | $ | 352 | $ | 337 | $ | 343 | $ | 262 | $ | 256 |
| Non-Cash Pension/OPEB Amortization and Curtailment | | (215) | | (309) | | - | | - | | - |
| Deconsolidation Gain | | (95) | | - | | - | | - | | - |
| Equity in Net Income of Non-Consolidated Affiliates, Net of Dividends Remitted | | (38) | | (68) | | (58) | | (63) | | (69) |
| Reorganization Items | | 60 | | 82 | | - | | - | | - |
| Other Non-Cash Items | | (3) | | 11 | | 4 | | 6 | | 5 |
| Changes in Assets and Liabilities: | | | | | | | | | | |
| Accounts Receivable | $ | (127) | $ | 167 | $ | (26) | $ | (81) | $ | (32) |
| Inventories | | 33 | | 4 | | (11) | | (8) | | 5 |
| Accounts Payable | | 79 | | (203) | | 42 | | 61 | | 19 |
| Catch-Up Interest Payment on Term Debt at Exit | | - | | (129) | | - | | - | | - |
| Other Assets and Liabilities | | (89) | | (268) | | (93) | | (101) | | (72) |
| Net Cash Provided From (Used By) Operating Activities | $ | 141 | $ | (233) | $ | 305 | $ | 319 | $ | 460 |
| **Investing Activities** | | | | | | | | | | |
| Capital Expenditures | $ | (151) | $ | (185) | $ | (175) | $ | (160) | $ | (160) |
| Acquisitions and Investments in Joint Ventures, Net | | (30) | | (34) | | - | | - | | - |
| Proceeds From Divestitures and Asset Sales | | 69 | | 18 | | - | | - | | - |
| Cash Associated With Deconsolidation | | (11) | | - | | - | | - | | - |
| Net Cash Used By Investing Activities | $ | (123) | $ | (201) | $ | (175) | $ | (160) | $ | (160) |
| **Financing Activities** | | | | | | | | | | |
| Short-Term Debt, Net | $ | (19) | $ | (44) | $ | - | $ | - | $ | - |
| Cash Restriction | | (133) | | 105 | | - | | - | | - |
| Proceeds From DIP Facility, Net of Issuance Costs | | 71 | | (75) | | - | | - | | - |
| Proceeds From Issuance of Debt, Net of Issuance Costs | | 57 | | 379 | | - | | - | | - |
| Principal Payments on Debt | | (173) | | (1,563) | | (1) | | - | | - |
| Rights Offering, Net of Fees | | - | | 1,130 | | - | | - | | - |
| Other, Including Overdrafts | | (62) | | (44) | | (13) | | (13) | | (13) |
| Net Cash Used By Financing Activities | $ | (259) | $ | (112) | $ | (14) | $ | (13) | $ | (13) |
| Effect of Exchange Rate Changes on Cash | | 23 | | - | | - | | - | | - |
| Net Increase (Decrease) in Cash and Equivalents | $ | (218) | $ | (546) | $ | 116 | $ | 146 | $ | 287 |
| **Cash and Equivalents at Beginning of Year** | | 1,180 | | 962 | | 416 | | 532 | | 678 |
| **Cash and Equivalents at End of Year** | $ | 962 | $ | 416 | $ | 532 | $ | 678 | $ | 965 |

*Claims Conversion Sub Plan*

In the event sufficient capital is not raised under the Rights Offering Sub Plan to satisfy the claims of the Debtors' secured term loan lenders in full in cash, then the Plan shall "toggle" from the Rights Offering Sub Plan to the Claims Conversion Sub Plan. Changes to the Financial Projections resulting from Consummation of the Claims Conversion Sub Plan are summarized below.

*Income Statement Assumptions*

Interest Expense: Interest expense is lower by $23 million during the year ended December 31, 2010 and by $45 million during each of the years ended December 31, 2011, 2012 and 2013. Interest expense decreases in each year of the projection period because the capital structure under the Claims Conversion Sub Plan does not require $400 million of senior secured term debt at an interest rate of 10% and additional availability fees on the $150 million increase in the revolving credit facility capacity as contemplated by the Rights Offering Sub Plan.

Net Income: Net income is higher by $23 million during the year ended December 31, 2010 and by $45 million during each of the years ended December 31, 2011, 2012 and 2013 due to the elimination of interest expense associated with the Rights Offering Sub Plan throughout the Projection Period. Because the interest expense is associated with indebtedness assumed to be in the U.S., a tax jurisdiction with net operating losses, there is no tax impact related to the increase to pre-tax income resulting from lower interest expense.

*Balance Sheet Assumptions*

Cash and Equivalents: Cash balances as of December 31, 2010, 2011, 2012 and 2013 are higher by $157 million, $197 million, $236 million and $276 million, respectively, under the Claims Conversion Sub Plan. Significant drivers of the increases are summarized as follows:

| **Description of Adjustments** | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|
| | (Mils.) | (Mils.) | (Mils.) | (Mils.) |
| Settlement of secured term loan and interest | $ 1,629 | $ 1,629 | $ 1,629 | $ 1,629 |
| Proceeds from rights offering | (1,130) | (1,130) | (1,130) | (1,130) |
| Proceeds from exit financing term loan | (400) | (400) | (400) | (400) |
| Exit financing term loan fees and interest | 27 | 67 | 106 | 146 |
| Cash leakage on dividends required to support additional debtor exit payments | 31 | 31 | 31 | 31 |
| Total | $ 157 | $ 197 | $ 236 | $ 276 |

Other Assets and Liabilities: Other non-current assets as of December 31, 2010, 2011, 2012 and 2013 are lower by $15 million, $12 million, $9 million and $5 million, respectively. The decrease in all years is attributable to the elimination of unamortized debt costs associated with the $400 million senior secured term debt and revolving credit facility required under the Rights Offering Sub Plan.

      Other current liabilities as of December 31, 2010, 2011, 2012 and 2013 are lower by $4 million, $7 million, $10 million and $10 million, respectively. The decrease in all years is primarily attributable to the elimination of accrued withholding tax on dividends required to support the portion of cash payments to the holders of the Debtors' secured term loan lenders that are not covered by proceeds from the Rights Offering and the senior secured term facility, and accrued interest on the additional debt under the Rights Offering Sub Plan.

      <u>Long Term Debt</u>: Long-term debt balances decrease by $400 million as of December 31 for each year in the Projection Period as the capital structure contemplated under the Claims Conversion Sub Plan does not require $400 million of senior secured term debt at an interest rate of 10% as does the the Rights Offering Sub Plan.

*Cash Flow Assumptions*

      <u>Operating Activities</u>: Under the Claims Conversion Sub Plan, cash flows associated with operating activities improve by $146 million during the year ended December 31, 2010 and by approximately $40 million during each of the years ended December 31, 2011, 2012 and 2013. This improvement largely reflects higher net income in each year of the Projection Period associated with the elimination of interest expense associated with the Rights Offering Sub Plan. Additionally, during the year ended December 31, 2010, cash flows associated with operating activities benefit from about $130 million of accumulated interest expense on secured term loan indebteness that is converted to equity under the Claims Conversion Sub Plan rather than satisfied with cash as in the Rights Offering Sub Plan.

      <u>Financing Activities</u>: Cash flows associated with financing activities improve by $11 million during the year ended December 31, 2010 under the Claims Conversion Sub Plan primarily due to the net impact of:

- $1.5 billion increase in financing cash associated with conversion of pre-petition term loan debt to equity rather than the pay down contemplated under the Rights Offering Sub Plan,
- $379 million decrease in financing cash, which represents the elimination of proceeds net of issuance fees on the $400 million senior secured term facility and revolving credit facility required under the Rights Offering Sub Plan,
- $1.1 billion decrease in financing cash, which represents the elimination of net Rights Offering proceeds associated with the Rights Offering Sub Plan.