IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| VISTEON CORPORATION, et al. | : | Case No. 09-11786 (CSS) |
| | : | |
| | : | |
| Debtors. | : | |
| | : | Hearing Date: August 17, 2010 at 10:00 a.m. |

**UNITED STATES TRUSTEE'S STATEMENT REGARDING MOTION TO APPOINT RETIREE COMMITTEE, TO IMMEDIATELY REINSTATE RETIREMENT BENEFITS AND FOR DETERMINATION OF ADMINISTRATIVE CLAIM**

In support of her Statement (the "Statement") Regarding Motion to Appoint Retiree Committee, to Immediately Reinstate Retirement Benefits and for Determination of Administrative Claim, Roberta A. DeAngelis, the United States Trustee for Region 3 ("U.S. Trustee"), by and through her undersigned counsel, states as follows:

1. This Court has jurisdiction to hear the above-referenced Statement.

2. Pursuant to 28 U.S.C. § 586, the U.S. Trustee is charged with the administrative oversight of cases commenced pursuant to chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). This duty is part of the U.S. Trustee's overarching responsibility to enforce the bankruptcy laws as written by Congress and interpreted by the courts. *See United States Trustee v. Columbia Gas Sys., Inc. (In re Columbia Gas Sys., Inc.),* 33 F.3d 294, 295-96 (3d Cir. 1994) (noting that U.S. Trustee has "public interest standing" under 11 U.S.C. § 307, which goes beyond mere pecuniary interest); *Morgenstern v. Revco D.S., Inc. (In re Revco D.S., Inc.)*, 898 F.2d 498, 500 (6th Cir. 1990) (describing the U.S. Trustee as a "watchdog").

3. Pursuant to 11 U.S.C. § 307, the U.S. Trustee has standing to be heard with regard to the above-referenced Statement.

4. On May 28, 2009 (the "Petition Date"), the Debtors filed voluntary petitions for

relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Court").

5. On June 8, 2009, the U.S. Trustee appointed a statutory committee of unsecured creditors (the "Committee").

6. On July 13, 2010, the Third Circuit Court of Appeals issued its decision reversing the District Court's order affirming this Court's December 10, 2009 order granting the Debtors' motion to terminate certain retiree benefits.

7. In pertinent part, the Third Circuit's ruling stated that, "[t]he district court shall direct the bankruptcy court to order Visteon Corporation to take whatever action is necessary to immediately restore all terminated or modified benefits to their pre-termination/modification levels, and shall also direct the bankruptcy court not to permit any future termination or modification of the benefits except through compliance with the procedures set forth in 11 U.S.C. § 1114."

8. 11 U.S.C. §1114(d) states that, "the court, upon a motion by any party in interest, and after notice and a hearing, shall order the appointment of a committee of retired employees if the debtor seeks to modify or not pay the retiree benefits or if the court otherwise determines that it is appropriate, to serve as the authorized representative, under this section, of those persons receiving any retiree benefits not covered by a collective bargaining agreement. The United States trustee shall appoint any such committee."

9. The Debtors' stated intention is to continue to seek to modify certain retiree benefits. As such, in accordance with the Third Circuit's directive, in order to modify retiree benefits, the Debtors must comply with the section 1114 procedures. To date, the Debtors have not done so and should be directed by this Court to comply with the section 1114 procedures.
...

WHEREFORE, the U.S. Trustee requests that this Court issue an order directing the Debtors to comply with their obligations under section 1114 and/or granting such other relief as this Court deems appropriate, fair and just.

Respectfully submitted,

**ROBERTA A. DeANGELIS**
**UNITED STATES TRUSTEE**

**By:**   /s/ Jane M. Leamy
    Jane M. Leamy (#4113)
    Trial Attorney
    J. Caleb Boggs Federal Building
    844 King Street, Suite 2207, Lockbox 35
    Wilmington, DE 19801
    (302) 573-6491
    (302) 573-6497 (Fax)

Dated: August 16, 2010