IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| VISTEON CORPORATION, et al.,[1] ) | Case No. 09-11786 (CSS) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | Related Docket Nos. 3792, 3871, 3894, 3933 |
| ) | |

## ORDER APPROVING MOTION OF THE DEBTORS FOR LEAVE TO FILE DEBTORS' SUR-REPLY IN OPPOSITION TO THE UAW'S MOTION TO COMPEL THE DEBTORS TO RESTORE OPEB TO UAW RETIREES

Upon consideration of the *Motion of the Debtors for Leave to File Debtors' Sur-Reply in Opposition to the UAW's Motion to Compel the Debtors to Restore OPEB to UAW Retirees* (the "Motion for Leave"), it is hereby ORDERED that the Motion for Leave is granted.

Wilmington, Delaware
Dated: August 17, 2010

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Visteon Corporation (9512); ARS, Inc. (3590); Fairlane Holdings, Inc. (8091); GCM/Visteon Automotive Leasing Systems, LLC (4060); GCM/Visteon Automotive Systems, LLC (7103); Infinitive Speech Systems Corp. (7099); MIG-Visteon Automotive Systems, LLC (5828); SunGlas, LLC (0711); The Visteon Fund (6029); Tyler Road Investments, LLC (9284); VC Aviation Services, LLC (2712); VC Regional Assembly & Manufacturing, LLC (3058); Visteon AC Holdings Corp. (9371); Visteon Asia Holdings, Inc. (0050); Visteon Automotive Holdings, LLC (8898); Visteon Caribbean, Inc. (7397); Visteon Climate Control Systems Limited (1946); Visteon Domestic Holdings, LLC (5664); Visteon Electronics Corporation (9060); Visteon European Holdings Corporation (5152); Visteon Financial Corporation (9834); Visteon Global Technologies, Inc. (9322); Visteon Global Treasury, Inc. (5591); Visteon Holdings, LLC (8897); Visteon International Business Development, Inc. (1875); Visteon International Holdings, Inc. (4928); Visteon LA Holdings Corp. (9369); Visteon Remanufacturing Incorporated (3237); Visteon Systems, LLC (1903); Visteon Technologies, LLC (5291). The location of the Debtors' corporate headquarters and the service address for all the Debtors is: One Village Center Drive, Van Buren Township, Michigan 48111.