# SIGN - IN - SHEET

**CASE NAME:** Visteon
**CASE NO:** 09-11786 (CSS)
**COURTROOM LOCATION:** 6
**DATE:** 8/17/10 AT 10:00 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Andrew Bloomer | Kirkland & Ellis | Visteon |
| S. Wickett | B.N.G.H.M | TSM (SVSU) |
| Richard Bakosy | Schnader Harrison Segal + Lewis | Salaried Retirees |
| Howard Siegel | Brown Rudnick | Creditors' Committee |
| Howard Steel | " " " | " " " |
| Trent Cornell | Stahl Cowen | Certain Salaried Retirees |
| JAMES O'NEILL | PSZJ | VISTEON |
| Bruce Lewis | Cohen Weiss and Simon | UAW |
| Josh Ellison | " | UAW |
| SUSAN JENNIK | KENNEDY JENNIK & MURRAY | IUE-CWA |
| Jon Cohen | Stahl Cowen Crier | Certain Salaried Retirees |
| Bill Bowden | Ashby & Geddes | Creditors Committee |
| Marc Phillips | Connolly Bove Lodge & Hutz | Ford |
| ANDREW HINKELMAN | Whiteford | Legal Investors |
| John Strock | Fox Rothschild | Legal Investors |
| Jane Clancy | US Trustees Office | US Trustee |
| Daniel Butz | Morris Nichols | Term Lenders |
| Susan Kaufman | Cooch and Taylor | UAW + IUE |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

Court Conference

Calendar Date: 08/17/2010
Calendar Time: 10:00 AM ET

U.S. Bankruptcy Court-Delaware

Confirmed Telephonic Appearance Schedule
Honorable Christopher S. Sontchi
#6

1st Revision 08/16/2010 04:02 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|
| | | Visteon Corporation | 09-11786 | Hearing | 3688332 | Sorush Shawn Abboud | Fulcrum Credit Partners | Interested Party, Fulcrum Credit Partners / LISTEN ONLY |
| | | Visteon Corporation | 09-11786 | Hearing | 3687388 | Philip Abelson | Dewey & LeBoeuf LLP | Interested Party, Ad Hoc Committee of Equity Holders / LIVE |
| | | Visteon Corporation | 09-11786 | Hearing | 3688454 | Andrew Ambruoso | White & Case | Interested Party, Working Group of the Informal Note Holder Committee / LISTEN ONLY |
| | | Visteon Corporation | 09-11786 | Hearing | 3687265 | Carol L. Bale | SuttonBrook Capital Management, LP | Interested Party, SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Visteon Corporation | 09-11786 | Hearing | 3688137 | Robert G. Burns | Monarch Alternative Capital LP | Interested Party, Monarch Alternative Capital / LISTEN ONLY |
| | | Visteon Corporation | 09-11786 | Hearing | 3685649 | Peter H. Bruhn | ingham McCutchen, LLP | Interested Party, Wilmington Trust / LIVE |
| | | Visteon Corporation | 09-11786 | Hearing | 3687470 | Kelly Cusick | Pension Benefit Guaranty Corporation | Creditor, Pension Benefit Guaranty Corporation / LISTEN ONLY |
| | | Visteon Corporation | 09-11786 | Hearing | 3687367 | Jeremy Downs | Goldberg, Kohn, Bell, Black, | Creditor, Johnson Controls Interiors, LLC / LISTEN ONLY |
| | | Visteon Corporation | 09-11786 | Hearing | 3689271 | Michael Fabiano | GSO Capital Partners | Interested Party, GSO Capital Partners / LISTEN ONLY |
| | | Visteon Corporation | 09-11786 | Hearing | 3687297 | James N. Fisher | Visteon Corporation | Debtor, Visteon Corporation / LISTEN ONLY |
| | | Visteon Corporation | 09-11786 | Hearing | 3688174 | Mark E. Freedlander | McGuireWoods LLP | Creditor, Ford Motor Company / LIVE |
| | | Visteon Corporation | 09-11786 | Hearing | 3685797 | Sarah Harnett | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LISTEN ONLY |
| | | Visteon Corporation | 09-11786 | Hearing | 3685662 | Amelia C. Joiner | gham McCutchen, LLP | Creditor, Wilmington Trust / LISTEN ONLY |
| | | Visteon Corporation | 09-11786 | Hearing | 3687387 | Timothy Karcher | Dewey & LeBoeuf LLP | Creditor, Ad Hoc Committee of Equity Holders / LIVE |

| Case | Case No. | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Visteon Corporation | 09-11786 | Hearing | 3675885 | Abhishek Mathur | | Andrew & Kurth LLP- New York | Interested Party, AdHoc Trade Committee / LIVE |
| Visteon Corporation | 09-11786 | Hearing | 3687302 | Steve Meszaros | | Visteon Corporation | Debtor, Visteon Corporation / LISTEN ONLY |
| Visteon Corporation | 09-11786 | Hearing | 3685810 | Diane Meyers | | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LISTEN ONLY |
| Visteon Corporation | 09-11786 | Hearing | 3685676 | Ainsley G. Moloney | | Bingham McCutchen, LLP | Interested Party, Wilmington Trust / LIVE |
| Visteon Corporation | 09-11786 | Hearing | 3687307 | Robert Pallash (client) | | Visteon Corporation | Debtor, Visteon Corp. / LISTEN ONLY |
| Visteon Corporation | 09-11786 | Hearing | 3685656 | Samuel Rowley | | Bingham McCutchen, LLP | Creditor, Wilmington Trust / LIVE |
| Visteon Corporation | 09-11786 | Hearing | 3493850 | Daniella Saltz | | Ford Motor Company | Creditor, Ford Motor Company / LISTEN ONLY |
| Visteon Corporation | 09-11786 | Hearing | 3682379 | Lorenzo Semeria | | Lorenzo Semeria - In Pro Per/Pro Se | Interested Party, Lorenzo Semeria / LISTEN ONLY |
| Visteon Corporation | 09-11786 | Hearing | 3688431 | Chris Shore | 212-819-xxxx | White & Case | Interested Party, Working Group of the Informal Noteholder Committee / LIVE |
| Visteon Corporation | 09-11786 | Hearing | 3675880 | Paul Silverstein | 212-850-2819 | Andrews Kurth | Interested Party, AdHoc Trade Committee / LIVE |
| Visteon Corporation | 09-11786 | Hearing | 3687340 | Robert J. Tennenbaum | | Akin Gump Strauss Hauer & Feld | Creditor, The Co-Investors / LISTEN ONLY |
| Visteon Corporation | 09-11786 | Hearing | 3688415 | Gerard Uzzi | | White & Case | Interested Party, Working Group of Informal Noteholder Committee / LIVE |
| Visteon Corporation | 09-11786 | Hearing | 3654675 | John W. Weiss | | Alston & Bird LLP | Creditor, Ernst & Young LLP / LIVE |
| Visteon Corporation | 09-11786 | Hearing | 3687438 | Shaun Wong | | Credit Suisse | Creditor, Credit Suisse / LISTEN ONLY |