| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| S. WILLETT | BINGHAM | Term Loan Lenders |
| R. Craig Martin | Edwards Angell Palmer & Dodge | Lauf Debenture Trust Co as Indenture Tr. |
| Richard Hiersteiner | Sullivan & Worcester LLP | " " " " " " |
| Steven Smith | Decherd LLP | Law Debenture as Indenture Trustee for 12-25% Bonds |
| Mark Freedlander | McGuireWoods LLP | Ford |
| Mary Kyle | Brown | TorCom Lenders |
| SUSAN JENNIK | KENNEDY JENNIK FAMURRAY | IUE-CWA |
| Mark Toub | Pro Se | |
| Andrew Ambrosio | White + Case | Mohawk Capital LLC |
| Chris Shore | " | Lead Investors |
| Robert Stark / Monaco Sisson | Brown Rudnick | Committee |
| Bill Bowdin | Ashby + Geddes | " " |
| Andy McGann | Kirkland + Ellis | Debtor |
| Judson Brans | " | " |
| Arik Preis | Akin Gump Strauss Hauer Feld | Co-Investors |
| Marc Phillips | Connolly Bove Lodge + Hutz | Ford |
| Paul Harner Leslie Epshein | Paul Hastings LLP | Morgan Stanley |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

(1)

# SIGN - IN - SHEET

**CASE NAME:** Visteon  
**CASE NO:** 09-1786 (CSS)  
**COURTROOM LOCATION:** 6  
**DATE:** 8/31/10 AT 9:30 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Abhishek Mathur | Andrus Kurth LLP | Falcon Credit Partners LLC |
| Matthew Ward | Womble Carlyle | Chrysler |
| Philip Abelson | Dewey LeBoeuf | Ad Hoc Equity Committee |
| Vincent Indelecato | " | " |
| Mona Parikh | Buchanan Ingersoll + Rooney | " |
| Alan Root | Blank Rome | Co-Investors |
| Tom Horan | Womble Carlyle | Oppex America |
| James Moore | Kirkland Ellis | Visteon |
| Ryan Ernst | Cross + Simon | Nissan North America |
| Curt N. Kurtz | Mollis Ipust LLP | Nissan-Taulus, Sunyobs, ON Semiconductor, Aisin |
| Sudan Kaufman | Cooch and Taylor | WAW & FUE |
| JAMES E O'NEILL | BZJ | VISTEON |
| Jane Leamy | USTrustee Office | USTrustee |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# Court Conference

**U.S. Bankruptcy Court-Delaware**

Calendar Date: 08/31/2010
Calendar Time: 09:30 AM ET

## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi
### #6

2nd Revision 08/31/2010 05:09 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|
| | | Visteon Corporation | 091786 | Hearing | 3714722 | Sienna Singer | Kirkland & Ellis, LLP | Debtor, Visteon Corporation / LISTEN ONLY |
| | | Visteon Corporation | 09-11786 | Hearing | 3712261 | Michael D. Adamski | One East Partners | Interested Party, One East Partners / LISTEN ONLY |
| | | Visteon Corporation | 09-11786 | Hearing | 3713277 | Andrew Ambruoso | White & Case | Interested Party, Working Group of the Informal Note Holder Committee / LISTEN ONLY |
| | | Visteon Corporation | 09-11786 | Hearing | 3714620 | Carol L. Bale | SuttonBrook Capital Management, LP | Interested Party, SuttonBrook Capital Management LP / LISTEN ONLY |
| | | Visteon Corporation | 09-11786 | Hearing | 3703518 | Robert A. Bell | Vorys, Sater, Seymour & Pease LLP | Creditor, Showa Aluminum / LISTEN ONLY |
| | | Visteon Corporation | 09-11786 | Hearing | 3710938 | Michael Bevacqua | Sankaty Advisors | Interested Party, Sankaty Advisors / LISTEN ONLY |
| | | Visteon Corporation | 09-11786 | Hearing | 3714643 | Peg Brickley | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Visteon Corporation | 09-11786 | Hearing | 3715530 | Robert G. Burns | Monarch Alternative Capital LP | Interested Party, Monarch Alternative Capital / LISTEN ONLY |
| | | Visteon Corporation | 09-11786 | Hearing | 3714646 | Trent Cornell | Stahl Cowen Crowley Addis LLC | Debtor, Visteon Corporation / LIVE |
| | | Visteon Corporation | 09-11786 | Hearing | 3690014 | Ephraim Diamond | DK Partners | Creditor, Davidson Kempner / LISTEN ONLY |
| | | Visteon Corporation | 09-11786 | Hearing | 3710660 | Jeremy Downs | Goldberg, Kohn, Bell, Black, | Creditor, Johnson Controls Interiors, LLC / LISTEN ONLY |
| | | Visteon Corporation | 09-11786 | Hearing | 3697490 | David Duback | Waterstone Capital Management, L.P. | Creditor, Waterstone Capital Management / LISTEN ONLY |
| | | Visteon | 09-11786 | Hearing | 3716913 | Timothy J. Durken | Brown Rudnick LLP | Creditor, Official Committee for Unsecured Creditors / LISTEN ONLY |
| | | Visteon Corporation | 09-11786 | Hearing | 3694714 | James N. Fisher | Visteon Corporation | Debtor, Visteon Corporation / LISTEN ONLY |
| | | Visteon Corporation | 09-11786 | Hearing | 3716203 | Justin Gard | CRT Capital Group, LLC | Interested Party, CRT Capital Group, LLC / LISTEN ONLY |

| Case | Type | ID | Name | Firm | Representing |
|---|---|---|---|---|---|
| Visteon Corporation 09-11786 | Hearing | 3710951 | Todd Gerch | Tennenbaum Capital Partners LLC | Interested Party, Tennenbaum Capital Partners LLC / LISTEN ONLY |
| Visteon Corporation 09-11786 | Hearing | 3710958 | Robert Goldshine | Tennenbaum Capital Partners LLC | Interested Party, Tennenbaum Capital Partners LLC / LISTEN ONLY |
| Visteon Corporation 09-11786 | Hearing | 3700980 | Sarah Harnett | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LISTEN ONLY |
| Visteon Corporation 09-11786 | Hearing | 3710976 | Gavin Kagan | Houlihan Lokey | Interested Party, Houlihan Lokey Howard & Zukin / LISTEN ONLY |
| Visteon Corporation 09-11786 | Hearing | 3713137 | Kristi A. Katsma | Dickinson Wright PLLC | Interested Party, Special Counsel to the Debtor / LISTEN ONLY |
| Visteon Corporation 09-11786 | Hearing | 3715920 | Anthony Kim | DebtWire | Interested Party, DebtWire / LIVE |
| Visteon Corporation 09-11786 | Hearing | 3715318 | Stephen Lam | Corre Partners | Interested Party, Corre Partners / LISTEN ONLY |
| Visteon Corporation 09-11786 | Hearing | 3714765 | Stephen S. LaPlante | Miller Canfield Paddock & Stone, PLC | Creditor, Ford Motor Company / LIVE |
| Visteon Corporation 09-11786 | Hearing | 3705114 | Jonathan Levine | Andrews Kurth | Interested Party, AdHoc Trade Committee / LIVE |
| Visteon Corporation 09-11786 | Hearing | 3713282 | Lydia Lin | White & Case | Creditor, Working Group of The Informal Noteholder Committee / LISTEN ONLY |
| Visteon Corporation 09-11786 | Hearing | 3705121 | Abhishek Mathur | Andrew & Kurth LLP- New York | Interested Party, Ad Hoc Trade Committee / LIVE |
| Visteon Corporation 09-11786 | Hearing | 3694723 | Steve Meszaros | Visteon Corporation | Debtor, Visteon Corporation / LISTEN ONLY |
| Visteon Corporation 09-11786 | Hearing | 3700990 | Diane Meyers | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LISTEN ONLY |
| Visteon Corporation 09-11786 | Hearing | 3716043 | Chris Norris | Chris Norris - In Pro Per/Pro Se | In Propria Persona, Chris Norris / LISTEN ONLY |
| Visteon Corporation 09-11786 | Hearing | 3715663 | John Novak | Barclays Capital, Inc. | Interested Party, Barclays Capital, Inc. / LISTEN ONLY |
| Visteon Corporation 09-11786 | Hearing | 3694748 | Robert Pallash (client) | Visteon Corporation | Debtor, Visteon Corp. / LISTEN ONLY |
| Visteon Corporation 09-11786 | Hearing | 3714633 | Matt Pennino | Gleacher & Company | Creditor, Ad Hoc Equity Committee / LISTEN ONLY |
| Visteon Corporation 09-11786 | Hearing | 3748869 | Jacob Pollack | JPMorgan Chase & Co. | Interested Party, JPMorgan Chase & Co. / LISTEN ONLY |

| | | | | |
|---|---|---|---|---|
| Visteon Corporation | 09-11786 | Hearing | 3710970 | Andrew P. Robbins | Tennenbaum Capital Partners LLC | Interested Party, Tennenbaum Capital Partners LLC / LISTEN ONLY |
| Visteon Corporation | 09-11786 | Hearing | 3710932 | Samuel Rowley | Bingham McCutchen, LLP | Creditor, Wilmington Trust / LIVE |
| Visteon Corporation | 09-11786 | Hearing | 3687792 | Daniella Saltz | Ford Motor Company | Creditor, Ford Motor Company / LISTEN ONLY |
| Visteon Corporation | 09-11786 | Hearing | 3715732 | Norman D. Schoenfeld | Liquidity Solutions, Inc. | Creditor, Liquidity Solutions, Inc. / LISTEN ONLY |
| Visteon Corporation | 09-11786 | Hearing | 3715524 | Lorenzo Semeria | Lorenzo Semeria - In Pro Per/Pro Se | Interested Party, Lorenzo Semeria / LISTEN ONLY |
| Visteon Corporation | 09-11786 | Hearing | 3715529 | Joseph R. Sgroi | Honigman Miller Schwartz & Cohn, | Creditor, General Motors / LISTEN ONLY |
| Visteon Corporation | 09-11786 | Hearing | 3714588 | Andrew E. Shirley | Andrew E. Shirley - In Pro Per/Pro Se | Interested Party, Andrew E. Shirley / LIVE |
| Visteon Corporation | 09-11786 | Hearing | 3705095 | Paul Silverstein | Andrews Kurth | Interested Party, Ad Hoc Trade Committee / LIVE |
| Visteon Corporation | 09-11786 | Hearing | 3715110 | Jeffery Stegenga | Alvarez & Marsal | Interested Party, Alvarez & Marsal / LISTEN ONLY |
| Visteon Corporation | 09-11786 | Hearing | 3715297 | Robert J. Tennenbaum | Akin Gump Strauss Hauer & Feld, | Creditor, The Co-Investors / LISTEN ONLY |
| Visteon Corporation | 09-11786 | Hearing | 3714417 | Shelley Thornopoulos | Shelley Thornopoulos - In Pro Per/Pro | Creditor, Unsecured Creditor / LIVE |
| Visteon Corporation | 09-11786 | Hearing | 3715222 | Michael A. Trahan | Carlson Capital | Creditor, Carlson Capital / LISTEN ONLY |
| Visteon Corporation | 09-11786 | Hearing | 3710984 | Neale X. Trangucci | Mason Capital Management | Interested Party, Mason Capital / LISTEN ONLY |
| Visteon Corporation | 09-11786 | Hearing | 3710991 | Nate VanDuzer | Fidelity Management & Research | Interested Party, Fidelity Management & Research Company / LISTEN ONLY |
| Visteon Corporation | 09-11786 | Hearing | 3711010 | Dimitar Voukadinov (Client) | Houlihan Lokey | Interested Party, Houlihan Lokey / LISTEN ONLY |
| Visteon Corporation | 09-11786 | Hearing | 3714411 | Shaun Wong | Credit Suisse | Creditor, Credit Suisse / LISTEN ONLY |
| Visteon Corporation | 09-11786 | Hearing | 3714808 | Luqman Yacub | Luqman Yacub - In Pro Per/Pro Se | Representing, Luqman Yacub / LISTEN ONLY |