IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| VISTEON CORPORATION, et al.,[1] ) | Case No. 09-11786 (CSS) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

NOTICE OF AGENDA FOR HEARING SCHEDULED
FOR SEPTEMBER 2, 2010 AT 9:30 A.M. PREVAILING EASTERN TIME

**All matters have been resolved. The Court has cancelled the hearing.**

## CONTINUED MATTERS

1.  **City of Dearborn Proof of Claim Motion**: Motion to File Proof of Claim [Filed: 5/18/10] (Docket No. 3150).

    Related Documents:

    (a) Notice of Hearing on City of Dearborn's Motion to File Proof of Claim [Filed: 6/4/10] (Docket No. 3258).

    (b) Notice of Evidentiary Hearing on Motion of City of Dearborn to File Proof of Claim [Filed: 7/21/10] (Docket No. 3708).

    (c) Certification of Counsel Regarding Order Approving Stipulation by and Between the Debtors and the City of Dearborn Resolving Docket No. 3150 [Filed: 8/30/10] (Docket No. 4074).

    (d) [Signed] Order Approving Stipulation by and Between the Debtors and the City of Dearborn Resolving Docket No. 3150 [Filed: 8/31/10] (Docket No. 4092).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Visteon Corporation (9512); ARS, Inc. (3590); Fairlane Holdings, Inc. (8091); GCM/Visteon Automotive Leasing Systems, LLC (4060); GCM/Visteon Automotive Systems, LLC (7103); Infinitive Speech Systems Corp. (7099); MIG-Visteon Automotive Systems, LLC (5828); SunGlas, LLC (0711); The Visteon Fund (6029); Tyler Road Investments, LLC (9284); VC Aviation Services, LLC (2712); VC Regional Assembly & Manufacturing, LLC (3058); Visteon AC Holdings Corp. (9371); Visteon Asia Holdings, Inc. (0050); Visteon Automotive Holdings, LLC (8898); Visteon Caribbean, Inc. (7397); Visteon Climate Control Systems Limited (1946); Visteon Domestic Holdings, LLC (5664); Visteon Electronics Corporation (9060); Visteon European Holdings Corporation (5152); Visteon Financial Corporation (9834); Visteon Global Technologies, Inc. (9322); Visteon Global Treasury, Inc. (5591); Visteon Holdings, LLC (8897); Visteon International Business Development, Inc. (1875); Visteon International Holdings, Inc. (4928); Visteon LA Holdings Corp. (9369); Visteon Remanufacturing Incorporated (3237); Visteon Systems, LLC (1903); Visteon Technologies, LLC (5291). The location of the Debtors' corporate headquarters and the service address for all the Debtors is: One Village Center Drive, Van Buren Township, Michigan 48111.

Response Deadline:   June 10, 2010 at 4:00 p.m. Eastern Time.

Responses Received:

(a)  Debtors' Objection to the City of Dearborn's Motion to File Proof of Claim [Filed: 6/10/10] (Docket No. 3314).

   (i)  Declaration of Robert Aprilliano, Director of Tax for Visteon Corporation, in Support of the Debtors' Objection to the City of Dearborn's Motion to File Proof of Claim [Filed: 6/15/10] (Docket No. 3362).

(b)  Joinder of the Official Committee of Unsecured Creditors to the Debtors' Objection to the City of Dearborn's Motion to File Proof of Claim [Filed: 6/10/10] (Docket No. 3317).

Status: The order has been entered. No hearing will be necessary.

Dated: August 31, 2010

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*

Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705
Telephone:   (302) 652-4100
Facsimile:   (302) 652-4400
E-mail:   ljones@pszjlaw.com
           joneill@pszjlaw.com

- and -

**KIRKLAND & ELLIS LLP**
James H. M. Sprayregen, P.C. (IL 6190206)
Marc Kieselstein, P.C. (IL 6199255)
James J. Mazza, Jr. (IL 6275474)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
E-mail:   james.sprayregen@kirkland.com
           marc.kieselstein@kirkland.com
           james.mazza@kirkland.com

Attorneys for the Debtors and Debtors in Possession