## UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Visteon Corporation
One Village Center Drive
Van Buren Township, MI 48111
 **EIN:** 38−3519512
Visteon Automotive Systems, Inc.

**Chapter:** 11

*Case No.*: 09−11786−CSS

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on 8/31/10 was filed on 9/2/10 . The following deadlines apply:

The parties have 7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 9/23/10 .

If a request for redaction is filed, the redacted transcript is due 10/4/10 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 12/1/10 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

Clerk of Court

Date: 9/2/10

(ntc)