B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re: Visteon Corporation, et al., Jointly Administered,   Case No. 09-11786

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Tannor Partners Credit Fund II, LP | MH EQUIPMENT COMPANY |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Tannor Partners Credit Fund II, LP
200 Business Park Drive, Suite 200
Armonk, New York 10504
Phone: (914) 514-8300

Last Four Digits of Acct #:_____

Name and Address where notices to transferor should be sent:

MH EQUIPMENT COMPANY
2235 RELIABLE PARKWAY
CHICAGO, IL 60686
Phone: _____
Court Claim # (if known)   338
Amount of Claim: $1,815.93
Date Claim Filed:   7/13/2009

Phone: _____
Last Four Digits of Acct. #:_____

Name and Address where transferee payments
Should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Robert J. Tannor          Date: 9/28/2010
    Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C.§§152 & 3571.*

## Evidence of Transfer

<u>MH EQUIPMENT COMPANY</u> ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto <u>Tannor Partners Credit Fund II, LP, 200 Business Park Drive, Suite 200, Armonk, New York, 10504</u>, its successors and assigns ("Assignee"), all rights, title and interest in and to all claims of Assignor in the aggregate amount of <s>$1,145.93</s> as stated in the Proof of Claim and or Debtor's schedules and or cure claim schedules against <u>Visteon Corporation</u>, et al., Jointly Administered in the United States Bankruptcy Court, District of Delaware ("the Court"), <u>Case no. 09-11786</u> or any other court with jurisdiction. JEP
↳ $1,815.93 JEP

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. All references in this document to dollar amounts shall be deemed to be expressed in US Dollars, unless specifically noted otherwise and initialed by the Assignee.

IN WITNESS WHEREOF, dated the 18 day of Sept, 2010

By: _Karin S Daly_
(Signature of Authorized Party)

_MH Equipment_
(Company Name)

_Karin Daly_
(Print name of Authorized Party)

By: _/s/ Robert J. Tannor_
Robert J. Tannor

Tannor Partners Credit Fund II, LP

914-514-8300
(Telephone Number)