**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | )    Chapter 11 |
| VISTEON CORPORATION, et al.3, | ) |
| | )    Case No. 09-11786 (CSS) |
| Reorganized Debtors. | ) |
| | )    Jointly Administered |
| | ) |
| | )    Regarding Docket No. 5353 |
| | ) |

**ORDER**

This 12ᵗʰ day of Sept, 2011, upon consideration of the *Motion for Relief from Permanent Injunction and for Abstention* (the "Motion") filed by Roncelli, Inc. (the "Movant") and due and proper notice of the Motion having been given, and no other or further notice being necessary or required; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED, that:

1.   The Motion is GRANTED;

2.   The Movant is granted relief from any and all stays or injunctions applicable to these proceedings in order to prosecute Michigan Litigation (defined in the Motion), and to satisfy any judgment the Movant may obtain with the proceeds from any available insurance policies or

---

3 The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: Visteon Corporation (9512); ARS, Inc. (3590); Fairlane Holdings, Inc. (8091); GCM/Visteon Automotive Leasing Systems, LLC (4060); GCM/Visteon Automotive Systems, LLC (7103); Infinitive Speech Systems Corp. (7099); MIG-Visteon Automotive Systems, LLC (5828); SunGlas, LLC (0711); The Visteon Fund (6029); Tyler Road Investments, LLC (9284); VC Aviation Services, LLC (2712); VC Regional Assembly & Manufacturing, LLC (3058); Visteon AC Holdings Corp. (9371); Visteon Asia Holdings, Inc. (0050); Visteon Automotive Holdings, LL C (8898); Visteon Caribbean, Inc. (7397); Visteon Climate Control Systems Limited (1946); Visteon Domestic Holdings, LLC (5664); Visteon Electronics Corporation (9060); Visteon European Holdings Corporation (5152); Visteon Financial Corporation (9834); Visteon Global Technologies, Inc. (9322); Visteon Global Treasury, Inc. (5591); Visteon Holdings, LLC (8897); Visteon International Business Development, Inc. (1875); Visteon International Holdings, Inc. (4928); Visteon LA Holdings Corp. (9369); Visteon Remanufacturing Incorporated (3237); Visteon Systems, LLC (1903); Visteon Technologies, LLC (5291).  The location of the Reorganized Debtors' corporate headquarters and the service address for all the Reorganized Debtors is: One Village Center Drive, Van Buren Township, Michigan 48111.

assets of non-debtor third parties;

      3.   This Court shall abstain from hearing any and all matters relating to the Michigan litigation or the Objection (defined in the Motion) which Reorganized Debtors filed with respect to the Movant pursuant to 28 U.S.C. § 1334(c)(2); and

      4.   This Order shall be effective immediately upon its entry on the Docket.

Dated: ___9/12___, 2011

Christopher S. Sontchi
United States Bankruptcy Court Judge

2